UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ROSE M. DEWS-MILLER,            )
                                )
   Plaintiff,                   )
                                )
   v.                           )   Civil Action No. 06-1764 (GK)
                                )
CONDOLEEZZA RICE,               )
Secretary of State,             )
                                )
   Defendant.                   )
_____)

**O R D E R**

This matter is now before the Court upon Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement [Dkt. No. 2, Dkt. No. 3]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss or, in the Alternative, for a More Definite Statement no later than **March 10, 2007.** If Plaintiff fails to respond, or to request additional

time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

|  |  |
|---|---|
| February 9, 2007 | /s/_____<br>Gladys Kessler<br>U.S. District Judge |

**Copies to**: **attorneys on record via ECF and**

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735