UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | ) |
| Defendant | ) |

### ERRATA

Defendant timely filed a report in accordance with Local Rule 16.3. However, Defendant did not include an Initial Scheduling Order. Therefore, Defendant respectfully files the attached proposed Initial Scheduling Order. Defendant regrets any inconvenience caused to the Court or plaintiff for the filing of this Errata.[1]

---

[1] In Defendant's Local Rule 16.3 Report, Defendant indicated that "[t]he Complaint failed to provide defendant with clear and adequate notice of the facts or law allegedly at issue. Therefore, defendant was severely hampered in formulating any response." See Docket Entry No. 6 at p. 1. Hence, Defendant's Rule 16.3 report was conditioned upon Plaintiff's filing a more definite statement.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2007, I caused the foregoing to be served by first class mail, postage prepaid, and electronic mail, to plaintiff *pro se*:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735
rdewsmill@netzero.net

                                        /s/
                                        MARIAN L. BORUM
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**INITIAL SCHEDULING ORDER**

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

Parties are limited to 10 depositions per side.

Parties are limited to serving 25 discrete interrogatories, requests for production of documents and requests for admission.

Discovery is stayed pending decision on Defendant's dispositive motion. If Defendant's motion is denied, Plaintiff shall file a more definite statement within 20 days of the Court's order. Discovery shall close 180 days following the filing of Plaintiff's complaint in compliance wit h Fed. R. Civ. P. Rule 8.

| | |
|---|---|
| Deadline for filing dispositive motions: | 60 days after the close of discovery |
| Deadline for filing oppositions to dispositive motions: | 45 days after the filing of dispositive motions |
| Deadlines for filing reply to opposition to dispositive motions: | 30 days after the filing of the opposition to dispositive motions |
| Pretrial Conference: | _____ days after Court rules on post-discovery dispositive motions |

IT IS SO ORDERED.

Date: _____          _____
                                                UNITED STATES DISTRICT JUDGE