UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-1764 (GK) |
| : | |
| CONDOLEEZZA RICE, : | |
| Secretary of State, : | |
| : | |
| Defendant. : | |
| : | |

## O R D E R

An Initial Scheduling Conference was held in this case on February 14, 2007. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that consideration of the pending Motion to Dismiss or, in the Alternative, for a More Definite Statement [Dkt. No. 2, Dkt. No. 3] in this case will be **stayed** so that Plaintiff may continue her efforts to retain counsel to represent her. Plaintiff's Opposition to the Motion is due **April 10, 2007**, and Defendant's Reply is due **April 17, 2007**.

February 14, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to: attorneys on record via ECF and**

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735