**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1764 (GK) |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S LOCAL RULE 16.3 REPORT

In accordance with Local Rule 16.3, plaintiff is filing this report. Plaintiff was notified late in the afternoon Friday, February 9, 2007 by the Court that this report was due prior to the February 14, 2007, Initial Scheduling Conference. The matters set forth in Rule 16.3(c) have not been discussed with Plaintiff prior to the filing of **DEFENDANT'S LOCAL RULE 16.3 REPORT** on February 9, 2007.

On October 16, 2006, plaintiff filed this Complaint.

Plaintiff

Plaintiff, Rose M. Dews-Miller served summons to the following as instructed by the Court.

A) On November 1, 2006 Condoleezza Rice, Secretary Department of State via First-Class, Restricted Delivery, Return Receipt, Certified Label #70053110000139682475 was delivered on November 5, 2006 and was signed for by C Geimpetric. Then on/about November 15, 2006, plaintiff received call for Mr. Rowan of the U.S. Attorney's Office requesting a copy of the complaint filed with the summons. At this point, plaintiff forwarded copy of requested complaint to Condoleezza Rice, Secretary Department of State on November 17, 2006 via Priority Mail, Label

#03062400000161949584 was delivered on November 20, 2006. An answer to the complaint which was served to Condoleezza Rice, Secretary Department of State with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. As of today, February 13, 2007 no response to plaintiff's summons have been received from Condoleezza Rice, Secretary Department of State..

B)  On November 1, 2006 U.S. Attorney General, Department of Justice via First-Class, Return Receipt, Certified Label #70053110000139682499 was delivered on November 6, 2006 and was signed for by A. Jennings.  Then on/about November 15, 2006, plaintiff received call for Mr. Rowan of the U.S. Attorney's Office requesting a copy of the complaint filed with the summons.  At this point, plaintiff forwarded copy of requested complaint to U.S. Attorney General, Department of Justice on November 17, 2006 via Priority Mail, Label #03062400000161949591 was delivered on November 20, 2006.  An answer to the complaint which was served to U.S. Attorney General, Department of Justice with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.  As of today, February 13, 2007 no response to plaintiff's summons have been received.

Plaintiff hereby request Court to grant a "Judgment by Default" in light of the facts that Condoleezza Rice, Secretary of State, Defendant in (A) above defaulted to answer summons received on November 20, 2006 within **60 days** of receipt and the U.S. Attorney General, Department of Justice in (B) above defaulted to answer summons received on November 20, 2006 within **60 days**

of receipt.

Pursuant to Local Rule 16.3(d), plaintiff states the following:

1.    <u>Dispositive Motions</u>:   The case may be able to be resolved by dispositive motion.

2.    <u>Joinder of Parties/Amendment of Complaint/Narrowing of Issues</u>: Plaintiff will be able to determine if it will be necessary to join parties or narrow the issues.

3.    <u>Magistrate</u>: Plaintiff will be able to determine whether referral to a Magistrate Judge for settlement or trial would be appropriate.

4.    <u>Possibility of Settlement</u>: The plaintiff  will be able to determine whether there is the possibility of settlement based upon whether Court grant a "Judgment by Default" or not.

5.    <u>ADR</u>: The plaintiff will be able to determine whether ADR may be appropriate at a later date.

6.    <u>Motions</u>:   The plaintiff  will be able to determine whether there is the possibility of any motions based upon whether Court grant a "Judgment by Default" or not.

7.    <u>Initial Disclosures</u>: Plaintiff is unable to respond to the issue of initial disclosures under Fed. R. Civ. P. 26(a)(1).

8, 9.    <u>Discovery/Experts</u>:   Plaintiff is unable to respond to the issues of discovery or the need for expert witnesses.

10.    <u>Class Action</u>: Based upon the Complaint as currently filed, this does not appear to be applicable.

11.    <u>Bifurcation</u>: Plaintiff is unable to respond to the issue of bifurcation.

12.    <u>Pretrial Conference</u>:   The plaintiff is unable to respond to the issue to  set a pretrial conference.

13.    <u>Trial Date</u>:   The plaintiff proposes that the trial date be set at the Court's convenience.

14.    <u>Other Matters</u>:  N/A.


Dated: February 13, 2007




                                    Respectfully submitted,


                                    Rose M. Dews-Miller
                                    _____
                                    Rose M. Dews-Miller, Plaintiff
                                    <u>Pro</u> <u>Se</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of February, 2007, service of the

foregoing was made by mailing copies thereof to:

1. **Condoleezza Rice, Secretary**
   **Department of State**
   **2201 "C" Street, NW**
   **Washington, DC 20520-7310**

   *Certified Mail*
   *# 7005 1820 0003 6895 7920*

2. **U.S. Attorney General**
   **Department of Justice**
   **950 Pennsylvania Avenue, NW**
   **Washington, DC 20530**

   *Certified Mail*
   *#7005 1820 0003 6895 7968*

3. **United States Attorney**
   **District of Columbia**
   **501 3rd Street, N.W.**
   **Washington, DC 20001**
   Attention:    Marian L. Borum
                 Assistant United States Attorney

   *Certified Mail*
   *#7005 1820 0003 6895 7975*


*Rose M. Dews-Miller*

Rose M. Dews-Miller, Plaintiff
Pro Se

5