UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, Plaintiff, pro-se, pursuant to Fed. Rule of Procedure (6)(b) and hereby requests an enlargement of time to respond to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement in the above-captioned matter and therefore states as follows:

1. That Plaintiff filed a complaint in the above-captioned matter in October 2006;

2. That this Court set the matter in for a scheduling conference on Wednesday, February 14, 2007;

3. That the parties appeared before the Honorable Gladys Kessler on February 14, 2007 for the scheduling conference;

4. That during the scheduling conference, Judge Kessler advised Plaintiff to obtain a lawyer;

5. That Judge Kessler extended Plaintiff's time to respond to Defendant's Motion to Dismiss or in the alternative Motion for a More Definite Statement;

6. That Judge Kessler indicated by way of court Order that the Defendant's Motion to Dismiss or in the Alternative, for a More Definite Statement was stayed so that Plaintiff could

RECEIVED
APR 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

continue her efforts to retain counsel;

7. That the Order of Court stated that Plaintiff's Opposition to Defendant's Motion is due on April 10, 2007 and that Defendant's Reply is due on April 17, 2007;

8. That since the scheduling conference, Plaintiff has undertaken efforts to retain counsel to no avail (See Exhibit A);

9. That counsel for Defendant consents to this Motion to Enlarge Time;

10. That no party in this matter would be prejudiced by the Court granting Plaintiff's Motion.

WHEREFORE, Plaintiff hereby requests:

1. That Plaintiff's time to respond to Defendant's Motion to Dismiss or in the alternative Motion for a More Definite Statement be enlarged for 30 days;

2. That this Court stay its ruling on Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement pending receipt of Plaintiff's Opposition; and

3. For such other and further relief as this Court may deem necessary and proper.

Respectfully submitted,

ROSE M. DEWS-MILLER

*Rose M. Dews-Miller*
Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735
(301) 868-9436
*Plaintiff, pro se*

LAW OFFICES
## McCOLLUM & ASSOCIATES, LLC
P.O. BOX 1717
7309 BALTIMORE AVENUE - SUITE 117
COLLEGE PARK, MARYLAND 20741-1717
(301) 864-6070, VOICE   (301) 864-4351, FACSIMILE
(301) 699-0372, TTY
jmccollum@jmlaw.net

*EXHIBIT A*

DISTRICT OF COLUMBIA
MARYLAND

March 27, 2007

Rose Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735

Dear Ms. Dews-Miller:

  We sympathize with what you have been through, but we will not be able to represent you.

  Others may disagree with our decision, so this is not to say there is no case. This simply means that our firm is unable to handle any claim or negotiations for you. We encourage you to seek advice from other attorneys and hope that you are successful in finding someone willing to pursue any claims that may exist.

  You can contact the District of Columbia Bar Lawyer Referral Service, 202-737-4700, or check the website for information at www.dcbar.org. It might be able to assist you with finding another lawyer.

  Thank you for considering us in this matter.

Very truly yours,

James E. McCollum, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2007, a copy of the Motion for Enlargement of Time and proposed Order were (✓) Mailed first class postage prepaid; ( ) faxed; ( ) Hand Delivered to:

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
*Attorney for Defendant*

_____
Rose M. Dews-Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

## ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Plaintiff's Motion to Enlarge Time is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff has an additional thirty days to respond to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement; and it is further

**ORDERED**, that this Court's ruling on Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement is hereby stayed pending receipt of Plaintiff's Opposition.

_____
Gladys Kessler
U.S. District Judge

SIGNED COPIES TO:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530