UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 06-1764 (GK) |
| ) | |
| CONDOLEEZA RICE, ) | |
| Secretary of State, ) | |
| Defendant. ) | |

## MOTION FOR CM/ECF PASSWORD

COMES NOW, Plaintiff Rose M. Dews-Miller, pro se, and requests leave of this Court to be granted a CM/ECF password for the purpose of electronically filing and therefore states as follows:

1. That Plaintiff has filed a complaint pro se with this Honorable Court in October 2006;

2. That Plaintiff has access to the internet;

3. That Plaintiff has the capacity to file documents and receive the filings of other parties electronically on a regular basis;

4. That Plaintiff is available to participate in a CM/ECF training provided by the Clerk of this Court.

WHEREFORE, Plaintiff hereby requests:

1. That Plaintiff be granted leave of court to obtain a CM/ECF password; and

2. For such other and further relief as this Court may deem necessary and proper.

**RECEIVED**

APR 1 0 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Respectfully submitted,

**ROSE M. DEWS-MILLER**

*Rose M. Dews-Miller*
Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland  20735
(301) 868-9436
*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _10th_ day of ___April___, 2007, a copy of the Motion for CM/ECF Password and proposed Order were (✓) Mailed first class postage prepaid; ( ) faxed; ( ) Hand Delivered to:

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530


_Rose M. Dews-Miller_
Rose M. Dews-Miller

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

## ORDER

Upon consideration of the Motion for CM/ECF Password for pro se Plaintiff, and for good cause shown, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion be and is hereby **GRANTED**.

_____
Gladys Kessler
UNITED STATES DISTRICT JUDGE

SIGNED COPIES TO:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530