UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

### ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time, and for good cause shown, it is this 11th day of April, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Plaintiff's Motion to Enlarge Time is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff has ~~an additional thirty days~~ until May 15, 2007 to respond to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement; and it is further

**ORDERED**, that this Court's ruling on Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement is hereby stayed pending receipt of Plaintiff's Opposition.

_____
Gladys Kessler
U.S. District Judge

SIGNED COPIES TO:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530