UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSE M. DEWS-MILLER          )
                             )
            Plaintiff,       )
                             )
      v.                     )   CIVIL ACTION NO: 06-1764 (GK)
                             )
CONDOLEEZA RICE,             )
Secretary of State,          )
            Defendant.       )

## ORDER

Upon consideration of the Motion for CM/ECF Password for pro se Plaintiff, and for good cause shown, it is this 12th day of April, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Plaintiff's Motion be and is hereby GRANTED, upon condition that Plaintiff complete the training required by our Local Rules.

Gladys Kessler
UNITED STATES DISTRICT JUDGE

SIGNED COPIES TO:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530