UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CONDOLEEZA RICE, )<br>Secretary of State, )<br>Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW, Plaintiff, pro-se, and hereby submits Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement in the above-captioned matter. Plaintiff hereby submits her **FIRST AMENDED COMPLAINT** that provides a more definite statement of plaintiff's claims against Defendant and therefore states as follows:

1. That Plaintiff filed a complaint in the above-captioned matter in October 2006;

2. That in response to Plaintiff's complaint, Defendant filed a Motion to Dismiss or in the Alternative Motion for a More Definite Statement.;

3. That this Court granted Plaintiff's Motion to Enlarge time to respond to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement;

4. That in response to Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement, Plaintiff has submitted her First Amended Complaint that provides a more definite statement of plaintiff's claims against Defendant.

RECEIVED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. That Plaintiff's First Amended Complaint renders the relief sought in Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement moot.

WHEREFORE, Plaintiff hereby requests:

1. That Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement be denied as moot; and

2. For such other and further relief as this Court may deem necessary and proper.

Respectfully submitted,

**ROSE M. DEWS-MILLER**

*Rose M. Dews Miller*
Rose M. Dews-Miller
P.O. Box 863
Clinton, Maryland 20735
(301) 868-9436
*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 15th day of May, 2007, a copy of the Plaintiff's Opposition To Defendant's Motion To Dismiss Or In The Alternative Motion For A More Definite Statement and proposed Order were ( ) Mailed first class postage prepaid; ( ) faxed; (X) Hand Delivered to:

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
*Attorney for Defendant*

*Rose M. Dews Miller*
Rose M. Dews-Miller

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 06-1764 (GK) |
| | ) |
| CONDOLEEZA RICE, | ) |
| Secretary of State, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement, and any opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement is hereby **DENIED**.

_____
Gladys Kessler
U.S. District Judge

SIGNED COPIES TO:

Rose M. Dews-Miller
P.O. Box 863
Clinton, Maryland  20743

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONDOLEEZA RICE, ) <br> Secretary of State, ) <br> Defendant. ) | CIVIL ACTION NO: 06-1764 (GK) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement, and any opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that Defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement is hereby **DENIED**.

_____
Gladys Kessler
U.S. District Judge

SIGNED COPIES TO:

Rose M. Dews-Miller
P.O. Box 863
Clinton, Maryland 20743

Marian L. Borum, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center Building
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530