# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER<br>8507 Woodyard Road<br>Clinton, MD 20735<br><br>      Plaintiff,<br><br>      v.<br><br>CONDOLEEZZA RICE,<br>Secretary, Department of State,<br>2201 C Street, N.W.<br>Washington, D.C. 20520-7310<br><br>      Defendant. | Civil Action No. 06-1764 (GK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for the Defendant, in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Marian L. Borum.

Respectfully submitted,


s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)



s/Marian L. Borum
MARIAN L. BORUM, D.C. BAR # 396739
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room E4810
Washington, D.C.  20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007, I caused the foregoing *Notice of Substitution of Counsel* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)