UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condaleeza Rice, Secretary of State, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's First Amended Complaint.

On May 15, 2007, Plaintiff filed an Amended Complaint in this action. As a result of this filing, the Motion to Dismiss or in the Alternative for a More Definite Statement which Defendant filed on January 18, 2007, and the Opposition thereto which Plaintiff filed on May 15, 2007, are a nullity. Plaintiff's Amended Complaint is now the operative pleading in this action, and Defendant's Answer or other response to Plaintiff's First Amended Complaint is currently due by May 29, 2007. See Fed. R. Civ. Pro. 6, 15(a).

Defendant respectfully requests that the deadline for responding to Plaintiff's First Amended Complaint be extended by sixty days, from May 29, 2007 to July 30, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered in this action. On May 23, 2007, the undersigned counsel attempted without success to reach the pro se Plaintiff, Rose M. Dews-Miller, to ask for her consent for this motion.

This enlargement of time is sought for three reasons. First, the undersigned Counsel for Defendant, Jonathan C. Brumer, recently began a detail at the United States Attorney's Office, on May 7, 2007. This case was reassigned from Assistant United States Attorney Marian L. Borum to Mr. Brumer on or about May 17, 2007. Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Amended Complaint. Mr. Brumer anticipates that he may want to file a dispositive motion in response to the Amended Complaint, which will require additional time for preparation. Second, counsel for Defendant will be out of the office on scheduled leave on May 24, May 25, and May 29, and has several imminent deadlines in his other cases, including Answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Bonaparte v. DOJ, Civil Action No. 07-0749 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.), and a Reply in Kotz v. Lappin, et. al., Civil Action No. 07-0856 (D.D.C.). Third, the Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Amended Complaint. Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Amended Complaint be extended to July 30, 2007.

                    Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2007, I caused the foregoing *Motion for Enlargement of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735


__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER<br><br>    Plaintiff,<br><br>    v.<br><br>CONDOLEEZZA RICE,<br>Secretary of State,<br><br>    Defendant. | Civil Action No. 06-1764 (GK) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the amended complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until July 30, 2007, to respond to the Amended Complaint.

 

_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530