RECEIVED

JUN − 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSE M. DEWS-MILLER,                )
                                    )
            Plaintiff               )
                                    )
    v.                              )          Civil Action No. 06-1764 (GK)
                                    )
CONDOLEEZZA RICE,                   )
Secretary of State,                 )
                                    )
            Defendant               )
_____)

## PLAINTIFF'S LOCAL RULE 16.3 REPORT

Plaintiff, Rose M. Dews-Miller, (hereinafter "Plaintiff"), pro se, hereby files in accordance with Local Rule 16.3, this report. Plaintiff was notified via first-class mail on June 7, 2007 of the Initial Scheduling Conference now set for June 14, 2007 at 10:15 a.m. is hereby rescheduled for June 12, 2007 at 10:00 a.m. by the Court. The matters set forth in Rule 16.3(c) have not been discussed with Defendant. Plaintiff hereby contacted Defendant on June 8, 2007 for **Duty to Confer,** but Defendant was unavailable. Plaintiff left message that she would be filing her **Local Rule 16.3 Report** today, June 8, 2007.

On October 16, 2006, plaintiff filed this Complaint.

### Plaintiff

1.    Plaintiff, Rose M. Dews-Miller served summons to the following as instructed by the Court.

2.    On November 1, 2006 Condoleezza Rice, Secretary Department of State via First-Class, Restricted Delivery, Return Receipt, Certified Label #70053110000139682475 was delivered on November 5, 2006 and was signed for by C Geimpetric. Then on/about November 15, 2006, plaintiff received call for Mr. Rowan of the U.S. Attorney's Office requesting a copy

of the complaint filed with the summons. At this point, plaintiff forwarded copy of requested complaint to Condoleezza Rice, Secretary Department of State on November 17, 2006 via Priority Mail, Label #03062400000161949584 was delivered on November 20, 2006. An answer to the complaint which was served to Condoleezza Rice, Secretary Department of State with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. As of today, June 8, 2007 no response to plaintiff's summons have been received from Condoleezza Rice, Secretary Department of State..

3.     On November 1, 2006 U.S. Attorney General, Department of Justice via First-Class, Return Receipt, Certified Label #70053110000139682499 was delivered on November 6, 2006 and was signed for by A. Jennings. Then on/about November 15, 2006, plaintiff received call for Mr. Rowan of the U.S. Attorney's Office requesting a copy of the complaint filed with the summons. At this point, plaintiff forwarded copy of requested complaint to U.S. Attorney General, Department of Justice on November 17, 2006 via Priority Mail, Label #03062400000161949591 was delivered on November 20, 2006. An answer to the complaint which was served to U.S. Attorney General, Department of Justice with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. As of today, June 8, 2007 no response to plaintiff's summons have been received.

4.      Plaintiff hereby request Court to grant a "Judgment by Default" in light of the facts that

Condoleezza Rice, Secretary of State, Defendant in (2) above defaulted to answer summons

received on November 20, 2006 within **60 days** of receipt and the U.S. Attorney General,

Department of Justice in (3) above defaulted to answer summons received on November 20,

2006 within **60 days** of receipt.

5.      Plaintiff appeared in this Court on February 14, 2007 for **Initial Scheduling Conference;**

6.      Plaintiff filed with this Court on May 15, 2007 the **FIRST AMENDED COMPLAINT;**

**Pursuant to Local Rule 16.3(d), plaintiff states the following:**

1.      Dispositive Motions:   The case should not be resolved by dispostive motion.

2.      Joinder of Parties/Amendment of Complaint/Narrowing of Issues: Plaintiff will be able to

determine if it will be necessary to join parties or narrow the issues.

3.      Magistrate: Plaintiff will be able to determine whether referral to a Magistrate Judge for

settlement or trial would be appropriate.

4.      Possibility of Settlement: The plaintiff  will be able to determine whether there is the

possibility of settlement based upon whether Court grant a "Judgment by Default" or not.  Secondly,

Defendant informed Plaintiff on April 9, 2007 that she was awaiting "a figure" from the U.S.

Department of State, but then on May 23, 2007, Notice of Substitution of Counsel by Jonathan C.

Brumer on behalf of CONDOLEEZZA RICE, Substituting for attorney Marion L. Borum (Brumer,

Jonathan).

5.      ADR: The plaintiff will be able to determine whether ADR may be appropriate at a later date.

6.      Motions:  The plaintiff  will be able to determine whether there is the possibility of any

motions based upon whether Court grant a "Judgment by Default" or not.

7.      Initial Disclosures: Plaintiff is unable to respond to the issue of initial disclosures under Fed.

R. Civ. P. 26(a)(1).

8, 9.    <u>Discovery/Experts</u>:    Plaintiff is unable to respond to the issues of discovery or the need for expert witnesses.

10.    <u>Class Action</u>: Based upon the Complaint as currently filed, this does not appear to be applicable.

11.    <u>Bifurcation</u>: Plaintiff is unable to respond to the issue of bifurcation.

12.    <u>Pretrial Conference</u>:    The plaintiff is unable to respond to the issue to  set a pretrial conference.

13.    <u>Trial Date</u>:    The plaintiff proposes that the trial date be set at the Court's convenience.


14.    <u>Other Matters</u>:  N/A.


Dated: June 8, 2007



Respectfully submitted,


*Rose M. Dews Miller*                          6-8-07
Rose M. Dews-Miller, Plaintiff
Pro <u>Se</u>                                          DATE



(H)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this <u>8th</u> day of <u>June, 2007,</u> a copy of the **PLAINTIFF'S LOCAL RULE**

**16.3 REPORT** was (  ) Mailed first class postage prepaid; (  ) faxed; ( X ) Hand Delivered to:


1.      **United States Attorney**
        **District of Columbia**
        **501 3rd Street, N.W.**
        **Washington, DC 20001**
        Attention:      Jonathan C. Brumer
                Special Assistant United States Attorney




_Rose M. Dews Miller_                    6-8-07
Rose M. Dews-Miller, Plaintiff
Pro <u>Se</u>                              DATE


(5)