UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CONDOLEEZZA RICE, ) <br> Secretary of State, ) <br> ) <br> Defendant ) <br> _____ ) | Civil Action No. 06-1764 (GK) <br><br> **RECEIVED** <br><br> JUN 1 1 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## CONSENT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

COMES NOW, Plaintiff, pro-se, and hereby submits this Consent Motion to Reschedule Initial Scheduling Conference in the above-captioned matter and therefore states as follows:

1. That the Initial Scheduling Conference in this matter was originally scheduled for Thursday, June 14, 2007;

2. That on Thursday, June 7, 2007, Plaintiff returned from out-of-town and became aware that the Initial Scheduling Conference had been rescheduled for two days earlier on Tuesday, June 12, 2007 at 10:00 a.m.;

3. That Plaintiff would like to reschedule the June 12, 2007 as it is inconvenient for Plaintiff;

4. That the Plaintiff has spoken with Defense counsel who would like to reschedule the Scheduling Conference to a date after July 5, 2007, the date on which Defendantââ €™s response to Plaintiffââ €™s Amended Complaint is due;

5. That the parties have agreed to reschedule this matter for July 10, 2007.

WHEREFORE, it is hereby requested:

1. That the Consent Motion to Reschedule the Initial Scheduling Conference be granted;

2.  For such other and further relief as this Court may deem necessary and proper.

Respectfully submitted,

*Rose M. Dews Miller*

**ROSE M. DEWS-MILLER**
Plaintiff, pro se
8507 Woodyard Road
Clinton, MD 20735-2046
(301) 868-9436

June 11, 2007
DATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2007, a copy of the Motion to Reschedule Initial Scheduling Conference and proposed Order were (✓) Mailed first class postage prepaid; ( ) faxed; (✓) Hand Delivered to:

**JONATHAN C. BRUMER**
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
*(202) 514-7431*
*(202) 514-8780 (facsimile)*

Respectfully submitted,

*Rose M. Dews Miller*

**ROSE M. DEWS-MILLER**
Plaintiff, pro se
8507 Woodyard Road
Clinton, MD 20735-2046

June 11, 2007
DATE

②

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

## O R D E R

Upon consideration of the Consent Motion to Reschedule Initial Scheduling Conference, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, **ORDERED**, that the Motion to Reschedule Initial Scheduling Conference is hereby **GRANTED;** and it is further **ORDERED** that the Initial Scheduling Conference be rescheduled for July 10, 2007.

                                                                                    _____
                                                                                    **Gladys Kessler**
                                                                                    **U.S. District Judge**

SIGNED COPIES TO:

**ROSE M. DEWS-MILLER,**
**Plaintiff**
8507 Woodyard Road
Clinton, Maryland  20735

**JONATHAN C. BRUMER,**
*Attorney for Defendant*
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

(2)