UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>Secretary of State, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1764 (GK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT,
AND MOTION TO CONTINUE SCHEDULING CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condoleezza Rice, Secretary of State, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's First Amended Complaint. Defendant further requests that this Court continue the scheduling conference, which is currently set for July 10, 2007 at 10:00 a.m., until a date after Defendant has filed her response to Plaintiff's Amended Complaint. On July 3, 2007, the undersigned counsel contacted the pro se Plaintiff, Rose M. Dews-Miller, and asked for her consent for this motion. During that conversation, Ms. Dews-Miller consented to the enlargement of Defendant's time to respond to the Amended Complaint which Defendant seeks in this motion, but stated that she did not consent to continuing the scheduling conference.

Defendant requests that the deadline for responding to the Complaint be extended by twenty six (26) days, from July 5, 2007 to July 31, 2007. This is Defendant's second request for an enlargement of time in this case. No scheduling order has been entered in this action. In support of Defendant's Motion, Defendant respectfully states as follows:

1. On May 15, 2007, Plaintiff filed an Amended Complaint in this action. As a result of this filing, Defendant's Answer or other response to Plaintiff's First Amended Complaint was originally due by May 29, 2007. See Docket Entry No. 14; Fed. R. Civ. Pro. 6, 15(a). On or about May 17, 2007, this case was transferred to the undersigned counsel from Assistant United States Attorney Marian Borum.

2. On May 23, 2007, Defendant filed a Motion for Enlargement of Time, her first in this case. In that Motion, Defendant respectfully requested that her deadline for responding to Plaintiff's Amended Complaint be extended by sixty days, from May 29, 2007 to July 30, 2007. See Docket Entry No. 17.

3. On May 25, 2007, the Court issued a Minute Order in which it partially granted Defendant's Motion for Enlargement, and instructed Defendant to file her Answer or Other Response to the Complaint by July 5, 2007.

4. Only this afternoon did the undersigned counsel learn of the existence of a box filled with documents which are not just relevant, but critical to the disposition, of this action. The box had been sitting in the office of one of his colleagues, as it had been mistakenly assumed that it related to another case involving the same agency and similar claims. Among other things, it contains a thick document (which has numerous lengthy exhibits) which was prepared by agency counsel several months ago, but which was not brought to his attention until today. It also contains two reports of investigation concerning two different administrative appeals and the exhibits to those reports, which in total comprise five bound volumes. The undersigned counsel will need some time to familiarize himself with this box of documents before he can prepare an adequate response to Plaintiff's Amended Complaint.

5. Counsel for Defendant regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four day filing rule. However, because the box of indispensible documents was only discovered today, after the lapse of the four day period, counsel for Defendant was unable to file this motion within the Court's time limitations for motions for enlargement of time.

6. Counsel for Defendant anticipates filing a dispositive motion in response to the Amended Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 5, 2007.

7. Since May 25, 2007, when this Court partially granted Defendant's First Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, he prepared and filed the following pleadings, among others: (1) a Motion to Dismiss or, in the Alternative, for Summary in <u>Bonaparte v. United States Department of Justice</u>, 07-749 (D.D.C.); (2) a Motion to Dismiss and Opposition to a Motion for a Preliminary Injunction and/or a Temporary Restraining Order in <u>Kotz v. Lappin</u>, *et. al.*, Civil Action No. 07-0856 (D.D.C.); (3) a Reply brief in <u>Kotz v. Lappin</u>, *et. al.*, Civil Action No. 07-0856 (D.D.C.); (4) a Response to an Order to Show Cause in <u>Mitchell v. Federal Bureau of Prisons</u>, Civil Action No. 05-05420 (D.C. Cir.); and (5) a Response to an Order to Show Cause in <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.). He was also forced to seek enlargements of time concerning other deadlines in still other cases during that timeframe.

8. Within the next thirty days, counsel for Defendant will have numerous imminent deadlines in his other cases, including Answers and/or Dispositive Motions in: (1) <u>Delgado v. Gonzales</u>, Civil Action No. 07-256 (D.D.C.); (2) <u>West v. Jackson</u>, Civil Action No. 07-727

(D.D.C.); (3) Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); (4) White v. Federal Bureau of Investigation, *et. al.*, Civil Action No. 07-838 (D.D.C.); (5) Federal Cure v. Lappin, 07-843 (D.D.C.); and (6) Johnson v. Fenty, 07-935 (D.D.C.).

9. In addition, within the next thirty days, the undersigned counsel will be responsible for drafting discovery requests, responding to discovery requests, and conducting a deposition in Von Muhlenbrock v. Billington, 05-1921 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to July 31, 2007, and to continue the scheduling conference.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2007, I caused the foregoing *Consent Motion for Enlargement of Time to Respond to Amended Complaint, and Motion to Continue Scheduling Conference* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735

　　/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>Secretary of State,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1764 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant's *Consent Motion for Enlargement of Time to Respond to Amended Complaint, and Motion to Continue Scheduling Conference*, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

ORDERED, that Defendant shall have until July 31, 2007, to respond to the Amended Complaint, and it is

FURTHER ORDERED, that the scheduling conference, which is currently set for July 10, 2007 at 10:00 a.m., will be canceled and continued until a date after Defendant has filed her response to Plaintiff's Amended Complaint.

_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530