UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSE M. DEWS-MILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>Secretary of State, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1764 (GK) |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condoleezza Rice, Secretary of State, by and through the undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's First Amended Complaint. On July 30, 2007 and July 31, 2007, the undersigned counsel twice called the *pro se* Plaintiff, Rose M. Dews-Miller, in hopes of speaking with her about this motion and obtaining her consent for it. He left messages for her both times, but was unable to reach her.[1]

Defendant requests that the deadline for responding to the Complaint be extended by eight (8) days, from July 31, 2007 to August 8, 2007. This is Defendant's third request for an enlargement of time in this case. No scheduling order has been entered in this action. In support of Defendant's Motion, Defendant respectfully states as follows:

1. On May 15, 2007, Plaintiff filed an Amended Complaint in this action. See Docket

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties

Entry No. 14. The Amended Complaint is lengthy, comprising no fewer than twenty two counts and 115 paragraphs, and makes numerous legal arguments. Id. The procedural history of this case is very involved as the Plaintiff has filed numerous potentially relevant administrative appeals in various forums over the years, and consequently the record is voluminous. This case is also quite complex in the range of legal issues implicated.

    2. As a result of the filing of Plaintiff's Amended Complaint, Defendant's Answer or other response to Plaintiff's First Amended Complaint was originally due by May 29, 2007. See Docket Entry No. 14; Fed. R. Civ. Pro. 6, 15(a). On or about May 17, 2007, this case was transferred to the undersigned counsel from Assistant United States Attorney Marian Borum.

    3. On May 23, 2007, Defendant filed a Motion for Enlargement of Time, her first in this case. In that Motion, Defendant respectfully requested that her deadline for responding to Plaintiff's Amended Complaint be extended by sixty days, from May 29, 2007 to July 30, 2007. See Docket Entry No. 17.

    4. On May 25, 2007, the Court issued a Minute Order in which it partially granted Defendant's Motion for Enlargement, and instructed Defendant to file her Answer or Other Response to the Complaint by July 5, 2007.

    5. On July 3, 2007, Defendant filed a Consent Motion for Enlargement of time, her second in the case, seeking an enlargement of time up to July 31, 2007 because of unforeseen circumstances. See Docket Entry No. 22. On July 5, 2007, the Court issued a Minute Order granting Defendant's Consent Motion for Enlargement, and instructing Defendant to file her Answer or Other Response to the Complaint by July 31, 2007.

    6. Since July 5, 2007, when the Court granted Defendant's Consent Motion for

Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, among other pleadings, he prepared and filed an Answer in <u>Delgado v. Gonzales</u>, Civil Action No. 07-256 (D.D.C.), a Motion to Dismiss, or in the alternative, for Summary Judgment in <u>Murthy v. Johanns</u>, Civil Action No. 06-2208 (D.D.C.), and another Motion in <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.). He also drafted and served a set of interrogatories, a set of request for production, a notice of deposition, and responses to a discovery request in connection with <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.) during this period.

7. The undersigned counsel anticipates that he will file a dispositive motion in response to the Complaint. He has in fact devoted a great deal of time in the past few weeks to the drafting of this motion, and was in the office this entire past weekend working on it. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 31, 2007.

8. The undersigned counsel recently learned for the first time that the agency counsel assigned to this case would be going into surgery on July 31, 2007, and would be unavailable for that entire day. On July 30, 2007, agency counsel also told the undersigned counsel that she would also be leaving her office early that day in preparation for that surgery. For these two reasons, it became clear on July 30, 2007 that there would not be sufficient time for her to review the brief before the July 31, 2007 deadline. The agency counsel assigned to this case is uniquely positioned to advise the undersigned counsel about the procedural history of this very complicated case. The undersigned counsel has been advised that no one else in her office knows about the case. Consequently, in view of the complexity of this case, it is vital that

agency counsel have an opportunity and adequate time to review Defendant's brief before it is finalized and filed in Court. The undersigned counsel cannot predict how long a recovery time the agency counsel will need from her surgery, but is hopeful and anticipates that she will recover and be available to review the brief and provide any necessary guidance within the next eight days, allowing for the brief to be filed within that time frame.

9. Counsel for Defendant regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four day filing rule. However, it only became apparent on July 30, 2007 that there would not be sufficient time for agency counsel to review the draft brief before the filing deadline because of her impending surgery. Consequently, he was unable to file this motion within the Court's time limitations for motions for enlargement of time.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to August 8, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2007, I caused the foregoing *Motion for Enlargement of Time to Respond to Amended Complaint* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

>ROSE M. DEWS-MILLER
>8507 Woodyard Road
>Clinton, MD 20735

　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　JONATHAN C. BRUMER, D. C. BAR # 463328
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W., Room E4815
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　(202) 514-7431
　　　　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Enlargement of Time to Respond to Amended Complaint*, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until August 8, 2007, to respond to the Amended Complaint.

_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530