# EXHIBIT   2



October 10, 1995

Ms. Hattie Baldwin, Director
Office of Civil Rights
U.S. Information Agency

Dear Ms. Baldwin;

Under CFR 1614, Section 504, I request that my EEO case against the
Agency be reopened. On January 27, 1995, I signed an EEO settlement
agreement with the Agency and the Agency has breached the
agreement.

The agreement stated that I would be assigned on detail for six
months to the Office of the Comptroller (M/C) as a Budget Analyst
and would be supervised by Ms. Carol Keith and Ms. Eva Diekman. I
never received a personnel action (SF-50) officially activating
this detail. I received my position description and performance
standards upon entering the office and assumed the duties of the
posted position PDM-40-95. I understand that during my tenure time
there the agency was actively interviewing other candidates for the
position and two candidates were selected.

Number 2 of the agreement recommends that I be offered training so
as to enhance my ability to succeed in the temporary position. I
was never offered or given any training. As far as "informal"
performance evaluations, no meetings were ever held, though Ms.
Keith continually praised me for the job I was doing.

After seven months in that office, I initiated a request for the
interim evaluation, so as to determine what my status. I was given
a Minimally Successful that had already been signed prior to any
discussions by Ms. Keith and Ms. Diekman on August 14, 1995. This
action created extreme emotional hardship and, by the terms of the
settlement agreement, forced me to go back to the Office of
Inspector General, where the EEO Complaint originated.

I have been on sick leave since then and have been instructed by my
physician (see attached), that I am not to return to work until
October 16 at the earliest. As you may be aware, Ms. Ann Young of
the Office of Inspector General, has put me on AWOL, since in her
opinion, my original doctor's certificate was not sufficient.

I request that when I return to the Agency, I remain in the Office
of the Comptroller, with Ms. Keith, until my case is fully
resolved. I request a meeting with you at your earliest convenience to
discuss the next step in this process and can be reached at (301)
868-9436.

Sincerely,

Rose M. Dews-Miller

Rose Mary Dews-Miller