# EXHIBIT 4

Case 1:06-cv-01764-GK    Document 24-5    Filed 08/08/2007    Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036



02/26/96

US Information Agcy
Deputy Dir., EEO
301 4th St., S.W.  Rm.365
Washington, DC  20547

RE: Rose M Dews-Miller
Docket # : 01962642   Filed: 021696
Agency #1: OCR086349
Agency #2: OCR0863491
Agency #3:

Dear Sir/Madam:

This is to acknowledge that the above-referenced appeal has been received and is considered filed on the date indicated. The appellant has been notified that any statement or brief in support of the appeal must be submitted to the agency and the Commission within 30 days of the filing date of the appeal. Late submissions will be returned to the appellant and not considered.

In accordance with Equal Employment Opportunity Commission Regulations 29 C.F.R. Section 1614.403(d) a request for the agency file and brief will be sent to the agency 30 days from the filing date of the appeal. You may however, submit the agency file and brief upon receipt of this letter.

The agency should reference the above docket number in all submissions and correspondence to the Commission.

Sincerely,

William J. Bartlett, Director
Compliance and Control Division
Office of Federal Operations

Enclosures

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

1. **Appellant's name (Last, First, Middle): [Please Print or Type]**
   DEWS-MILLER, Rose M.

2. **Home/mailing address:**
   Post Office Box 863
   Clinton, MD 20735

   *[Stamp: FEB 1996 Received EEOC OFO]*

3. **Name and address of attorney or other representative, if any:**
   Mr. John D. Pratt
   6713 Harwood Place - Springfield, VA 22152-2419

4. **Appellant's daytime telephone number (incl. area code):**
   (301) 868-9436

5. **Representative's telephone number (if applicable):**
   (703) 569-1944

6. **Has the appellant filed a formal complaint with his/her agency?**
   ☐ No   ☑ Yes - indicate the Agency's complaint number: OCR-0863-49
   OCR-0863-49-1

7. **Name of the agency being charged with discrimination:**
   United States Information Agency

8. **Location of the duty station or local facility in which the complaint arose:** Washington, D.C.

9. **Has a FINAL DECISION been issued by the agency, an Arbitrator, FLRA, or MSPB on this complaint?**
   ☑ YES (Indicate the date the appellant RECEIVED it 12/18/95 **, and ATTACH A COPY.)
   ☐ NO
   * Federal Gov't Shut-Down 12/16/95 to 1/6/96 and (FURLOUGH).
   Closed Due to '96 Blizzard 1/8/96 - 1/12/96, except 1/11/96, I do not report to work.
   ☑ This appeal alleges a breach of a settlement agreement. I Returned to work on 1/16/96.

10. **Has a complaint been filed on this same matter with this Commission, another agency, or through any other administrative or collective bargaining procedure?**
    ☐ NO  ☑ YES (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate).
    The Agency's Complaints filed were sent to EEOC, on 3/30/94.

11. **Has a civil action (lawsuit) been filed in connection with this complaint?**
    ☑ NO  ☐ YES (ATTACH A COPY OF THE CIVIL ACTION FILED)

12. **Signature of appellant or appellant's representative**
    Rose M. Dews Miller

13. **Date:**
    February 16, 1996

**NOTICE:** Before mailing this appeal, be sure to <u>attach a copy of the final decision</u> from which you are appealing, if one has been issued. Any comments or brief in support of the appeal MUST be filed with the Commission AND with the agency within 30 days of the date this appeal is filed. Making a knowingly false statement on this form is punishable by law. See 18 USC § 1001. PRIVACY ACT STATEMENT ON REVERSE SIDE.

**FOR EEOC USE ONLY:**

**OFO DOCKET NUMBER:**

EEOC FORM 573 REV 4-92