# EXHIBIT 6

# OFFICE OF CIVIL RIGHTS
## UNITED STATES INFORMATION AGENCY
COMPLAINT OF DISCRIMINATION (Please Type or Print)

03/28/96
OCR 96-15

**1. Complainant's Full Name:** ROSE M. DEWS MILLER

**Street Address, R.D Number, or Post Office Box Number:** 8507 Woodyard Road

**City State Zip Code:** Clinton, MD 20735

**2. Your Telephone Number (including area code)**
Home: (301) 868-9436
Work: (301) 868-9430
[no assigned number at work]

**3.**
**A. Name of Office Which You Believe Discriminated Against You.**
Office of Inspector General; Office of Personnel; Office of the Comptroller

**B. Street Address of Office:** 400 6th Street, SW and 301 4th Street, S.W.

**C. City State Zip Code:** Washington, D.C. 20547

**4.**
**A. Name of Agency Where You Work:** U.S. Information Agency

**B. Street Address of Your Agency:** 301 4th Street, S.W.

**C. City State Zip Code:** Washington, D.C. 20547

**D. Title and Grade of Your Job:** Administrative Officer, GS-341-11

**5. Date on Which Most Recent Alleged Discrimination Took Place:** Month 11 Day 28 Year 95

**6. Check Below Why You Believe You Were Discriminated Against?**
- [ ] Race or Color
- [ ] Religion
- [ ] Sex — Male / Female
- [ ] Age
- [ ] National Origin
- [ ] Handicap — Physical / Mental
- [X] Reprisal
- [ ] Other

**7. Explain How You Believe You Were Discriminated Against** (Treated differently from other employees or applicants) Because of Your Race, Color, Religion, Sex, Age, Handicap, Reprisal or National Origin:

Reprisal for filing prior discrimination complaints with the Office of Civil Rights.

**8. What Corrective Action Do You Want Taken on Your Complaint?**

~~To Be Determined~~ To be determined.

**9. A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor**
DATE OF FIRST CONTACT: 11/28/95
DATE OF LAST INTERVIEW: 03/13/96

**B.) Name of Counselor:** Deborah L. Darby

**10. Date of This Complaint:** 03/28/96

**11. Sign Your (Complainant's) Name Here:** Rose M. Dews Miller

EXHIBIT: 1
PAGE 1 OF 6 PAGES

March 28, 1996

MEMORANDUM FOR:   Hattie P. Baldwin, Director
Office of Civil Rights
United States Information Agency
301 4th Street, S.W.
Room 858
Washington, D.C. 20547

FROM:   Rose M. Dews Miller
Administrative Officer
Office of Inspector General

SUBJECT:   Formal Complaints for
1) Performance Appraisal 2/1/95-7/31/95
2) Performance Appraisal 5/1/94-1/24/95
3) AWOL from 9/5/95 to 11/24/95
4) Denial of Within Grade Increase (WGI)

REFERENCE:   Notice of Right to File A Discrimination Complaint from Deborah L. Darby (EEO Counselor), dated March 7, 1996 and received on March 13, 1996 via P150928434, Certified Mail

Basis for Alleged Discrimination:   REPRISAL - Filing of prior Discrimination Complaints with the Office of Civil Rights.

USIA Employees Involved:
1) M/CBA - Eva M. Diekmann
2) M/CBA - Carol Keith
3) OIG - Louis J. Leporatti
4) OIG - Darwin D. Roberts
5) M/HR - Jenni Mallios
6) OIG - Anne T. Young
7) OIG - Marian C. Bennett

1) Performance Appraisal 2/1/95-7/31/95
   Rating: Minimally Successful
   USIA Employees involved:   M/CBA - Eva Diekmann, Reviewer
                                       M/CBA - Carol Keith, Rater
   Reason:   Violation of USIA's Manual of Operations & Administration, Part V-A, Section 453.2(c) which states "*If at any time, an employee's performance on one or more critical requirements (or two or more noncritical requirements) is identified as Minimally Successful, the Rating Officer must assist the employee in improving performance, after consulting with the Office of Personnel (Schedule C and probationary employees may be excluded). The Rating Officer must:

EXHIBIT: 1
PAGE 2 OF 6 PAGES

2

1) counsel the employee that his/her performance is Minimally Successful;
2) explain the deficiencies in performance, citing examples;
3) explain the steps the Rating Officer will take to assist the employee to resolve the deficiencies such as formal and/or on-the-job training, counseling, and/or closer supervision; and
4) provide the performance standards at the Fully Successful level."

The Rating Officer did not inform me as required in the United States Information Agency's Manual of Operations & Administration, Part V-A, Section 453.2(c)(1),(2), and (3). No discussions that I was going to receive a Minimally Successful Rating; explanation of deficiencies in performance and taking necessary steps to assist me to resolve the deficiencies was ever taken by the Rating Officer.

2) Performance Appraisal 5/1/94 to 1/24/95
   Rating: Minimally Successful
   USIA Employees involved:   OIG - Louis J. Leporatti, Reviewer
                              OIG - Darwin D. Roberts, Rater
   Reason:   Violation of USIA's Manual of Operations & Administration, Part V-A, Section 453.2(c) which states "*If at any time, an employee's performance on one or more critical requirements (or two or more noncritical requirements) is identified as Minimally Successful, the Rating Officer must assist the employee in improving performance, after consulting with the Office of Personnel (Schedule C and probationary employees may be excluded). The Rating Officer must:
   1) counsel the employee that his/her performance is Minimally Successful;
   2) explain the deficiencies in performance, citing examples;
   3) explain the steps the Rating Officer will take to assist the employee to resolve the deficiencies such as formal and/or on-the-job training, counseling, and/or closer supervision; and
   4) provide the performance standards at the Fully Successful level."

The Rating Officer did not inform me as required in the United States Information Agency's Manual of Operations & Administration, Part V-A, Section 453.2(c)(1),(2), and (3). No discussions that I was going to receive a Minimally Successful Rating; explanation of deficiencies in performance and taking necessary steps to assist me to resolve the deficiencies was ever taken by the Rating Officer.

EXHIBIT: 1
PAGE 3 OF 6 PAGES

3

3) Absence Without Leave (AWOL) 9/5/95 to 11/24/95
   USIA Employees involved:   OIG - Anne T. Young
                               M/HR - Jeni Mallios
                               M/CBA - Eva M. Diekmann

   Reasons:   As stated in USIA's Manual of Operations & Administration, Part V-A, Section 506.3(c)(1) which states "<u>Supervisors</u> will assure that: (1) injuries are promptly reported and steps are taken to care for injuries;". The work injury occurred on 7/10/95 and was reported by me to Carol Keith on 7/10/95 and Eva Diekmann on 7/12/95. At the time of the injury, Anne T. Young was not my supervisor on record.

4) Denial of Within Grade Increase (WGI) from letter dated November 9, 1995 from Anne T. Young.
   USIA Employees involved:   OIG - Anne T. Young
                               M/HR - Jeni Mallios
                               OIG - Marian C. Bennett

   Reason:   Violation of USIA's Manual of Operations & Administration, Part V-A, Section 453.2(c) which states "*If at any time, an employee's performance on one or more critical requirements (or two or more noncritical requirements) is identified as Minimally Successful, the Rating Officer must assist the employee in improving performance, after consulting with the Office of Personnel (Schedule C and probationary employees may be excluded). The Rating Officer must:
   1)   counsel the employee that his/her performance is Minimally Successful;
   2)   explain the deficiencies in performance, citing examples;
   3)   explain the steps the Rating Officer will take to assist the employee to resolve the deficiencies such as formal and/or on-the-job training, counseling, and/or closer supervision; and
   4)   provide the performance standards at the Fully Successful level."

   The Rating Officers, Carol Keith and Darwin Roberts did not inform me as required in the United States Information Agency's Manual of Operations & Administration, Part V-A, Section 453.2(c)(1),(2), and (3). No discussions that I was going to receive a Minimally Successful Rating; explanation of deficiencies in performance and taking necessary steps to assist me to resolve the deficiencies was ever taken by the Rating Officer.

4

As of today, I have not filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board. The Designation of Representative form is attached, notifying you in writing of my designated representative.

My address is 8507 Woodyard Road, Clinton, MD 20735.

EXHIBIT: 1
PAGE 5 OF 6 PAGES

# UNITED STATES INFORMATION AGENCY

# DESIGNATION OF REPRESENTATIVE

I, __Rose M. Dews Miller__, hereby designate
(Name of Complainant)

__John D. Pratt__, __6713 Harwood Place__,
(Name of Representative)   (Street Address)

_____, __Springfield, VA 22152-2419__,
                        (City, State, Zip Code)

__(703) 569-1944__, to act in my behalf as my
(Telephone Number)

representative in all matters pertaining to my complaint filed on __March 28, 1996__.
(Date Complaint Filed)

I understand that the authority and responsibilities granted to the above named person by virtue of this designation may be terminated by me at any time. Should this occur, I will immediately notify the Equal Opportunity Officer or the Director, Office of Equal Employment Opportunity and Civil Rights, United States Information Agency, of my action in writing.

Date: __March 28, 1996__    __Rose M. Dews Miller__
                                       (Signed)

EXHIBIT: __1__
PAGE __6__ OF __6__ PAGES