# EXHIBIT 7

**United States**
**Information**
**Agency**

WASHINGTON DC 20547-0001

USIA

IN REPLY REFER
TO: OCR-96-15

*mailed 8/5/96*
*recvd 8/6/96*

July 31, 1996

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Rose Mary Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Dear Ms. Dews-Miller:

This is in reference to the Complaint of Discrimination (hereinafter, "complaint") which was filed against the U.S. Information Agency (hereinafter, "Agency") on **March 28, 1996.** Receipt of the complaint was acknowledged on **April 1, 1996,** and assigned Agency Complaint Number **OCR-96-15.** Please refer to this Complaint Number in all communications regarding the complaint.

Based on a thorough review of your complaint, the following allegations have been accepted for processing:

> Whether you have been continuously discriminated against on the basis of reprisal (previous EEO activities), when as you allege:

(1)   For the May 1, 1994 to January 24, 1995 Performance Appraisal Report, you received a "Minimally Successful" performance rating. The Rating and Reviewing Officers failed to discuss the "Minimally Successful" rating or to explain your deficiencies to you before issuing this rating, pursuant to the Manual of Operations & Administration ("MOA"), Part V-A, Section 453.2(c)(1), (2), and (3);

(2)   For the February 1, 1995 to July 31, 1995 Performance Appraisal Report, you received a "Minimally Successful" performance rating. The Rating and Reviewing Officers failed to discuss the "Minimally Successful" rating or to explain your deficiencies to you before issuing this rating, pursuant to the MOA, Part V-A, Section 453.2(c)(1), (2), and (3);

EXHIBIT: 4
PAGE 1 OF 3

- 2 -

(3)  From September 5, 1995 through November 24, 1995, you were placed on Absence Without Leave ("AWOL") for a work injury. You reported the work injury to your immediate supervisors (Rating and Reviewing Officers), pursuant to MOA, Part V-A, Section 506.3(c)(1). However, the Management Official who placed you on AWOL was not your supervisor at the time of your work injury; and

(4)  On November 9, 1995, you were denied a Within Grade Increase (WGI). The Rating and Reviewing Officers failed to discuss your deficiencies in performance with you that resulted in the denial of the WGI, pursuant to MOA, Part V-A, Section 453.2(c)(1), (2), and (3).

If you believe that the allegations in your complaint have not been correctly identified, please notify me, in writing, **within 10 calendar days** after your receipt of this letter, specifying why you believe the allegations have not been correctly identified. If you fail to respond during the specified time frame, the accepted allegations will be investigated as identified.

A thorough investigation of the accepted allegations will be conducted by an authorized EEO Complaints Investigator who will contact you **within 30 calendar days** of the date of this letter. The regulations require that the investigation be completed **within 180 calendar days** of filing the complaint. The time period may be extended voluntarily no more than an additional **90 calendar days** upon a written agreement between you and an official of this Office. A copy of the Report of Investigation will be mailed to you upon completion of the Investigation. (See, 29 C.F.R. § 1614.108.)

You may be assured that the complaint will be processed in accordance with the provisions of 29 C.F.R. §§ 1614.106 through 1614.110. Should you have any questions, you may contact Ms. Delia L. Johnson of my staff at (202) 619-5151.

Sincerely,

*Hattie P. Baldwin*

Hattie P. Baldwin
Director

Enclosure: EEO Counselor's Report

cc: John D. Pratt, Complainant's Representative

EXHIBIT: 4
PAGE 2 OF 3 PAGES

- 2 -

(3) From September 5, 1995 through November 24, 1995, you were placed on Absence Without Leave ("AWOL") for a work injury. You reported the work injury to your immediate supervisors (Rating and Reviewing Officers), pursuant to MOA, Part V-A, Section 506.3(c)(1). However, the Management Official who placed you on AWOL was not your supervisor at the time of your work injury; and

(4) On November 9, 1995, you were denied a Within Grade Increase (WGI). The Rating and Reviewing Officers failed to discuss your deficiencies in performance with you that resulted in the denial of the WGI, pursuant to MOA, Part V-A, Section 453.2(c)(1), (2), and (3).

If you believe that the allegations in your complaint have not been correctly identified, please notify me, in writing, **within 10 calendar days** after your receipt of this letter, specifying why you believe the allegations have not been correctly identified. If you fail to respond during the specified time frame, the accepted allegations will be investigated as identified.

A thorough investigation of the accepted allegations will be conducted by an authorized EEO Complaints Investigator who will contact you **within 30 calendar days** of the date of this letter. The regulations require that the investigation be completed **within 180 calendar days** of filing the complaint. The time period may be extended voluntarily no more than an additional **90 calendar days** upon a written agreement between you and an official of this Office. A copy of the Report of Investigation will be mailed to you upon completion of the Investigation. (See, 29 C.F.R. § 1614.108.)

You may be assured that the complaint will be processed in accordance with the provisions of 29 C.F.R. §§ 1614.106 through 1614.110. Should you have any questions, you may contact Ms. Delia L. Johnson of my staff at (202) 619-5151.

Sincerely,

*Hattie P. Baldwin*

Hattie P. Baldwin
Director

Enclosure: EEO Counselor's Report

cc: John D. Pratt, Complainant's Representative

EXHIBIT: 4
PAGE 2 OF 3 PAGES



U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
WASHINGTON DC
PB METER 7250271
2520
U.S. POSTAGE

EXHIBIT: 4
PAGE 3 OF 3 PAGES

Fold at line over top of envelope to the right of the return address

**CERTIFIED**

P 150 929 531

**MAIL**

U.S. OFFICIAL MAIL
PENALTY
FOR
PRIVATE
USE $300

WASHINGTON
MAR 05 84
DC

2520
PB METER
7250271
U.S. POSTAGE

EXHIBIT: 4
PAGE 3 OF 3 PAGES

Fold at line over top of envelope to
the right of the return address

**CERTIFIED**

P 150 929 531

**MAIL**