# EXHIBIT   11



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Office of Equal Opportunity



1 1 2000

Ms. Rose M. Dews-Miller
c/o John Pratt
6713 Harwood Place
Springfield, Va. 2212-2419

### NOTICE OF RIGHT TO FILE A FORMAL DISCRIMINATION COMPLAINT - EEO Counseling No. 00-19- USIA No. OCR-96-15R(former)

Dear Ms. Dews-Miller:

This is notice that the pre-complaint counseling has been completed in connection with the matter presented to me as an EEO Counselor. The Deputy Director of the Office of Equal Employment Opportunity and Civil Rights, United State Department of State, forwarded your complaint file to this office and requested that EEOC provide EEO Counseling on the following issues: (A) Continued and continuos harassment by Jennie Mallios, [an employee in the Office of Human Resources] and others, who participated in creating a "hostile environment" in any personnel action, benefit, and entitlement for you after filing prior EEO complaints; (B) Invasion of your medical records obtained from the Office of Worker's compensation Programs (OWCP) and then communicated to others in USIA who had no right to their contents; (C) Withholding essential records from OWCP from November 1995 to January 1997, which caused an unwarranted delay in the processing of your claim; (E) Mallios' illegal and unethical discussion of [your] medical files with other unqualified persons in USIA; and (F) Your non-accommodation under the Rehabilitation Action of 1973,.... which requires federal agencies to develop and implement plans for the hiring, placement, promotion and retention of persons with disabilities.

If you still believe you have been discriminated against on the basis of race, color, religion, sex, age, national origin, mental/physical handicap, and/or reprisal for participation in protected EEO activity, you have the right to file a complaint of discrimination within 15 calendar days after receipt of this notice.

This complaint must be in writing, in person, or by mail with the following official authorized to receive discrimination complaints:

    Director
    Office Equal Employment Opportunity and Civil Rights
    U.S. State Department
    Washington, D.C. 20520-4216

PAGE 11 of 17

ATTACHMENT 3
PAGE 1 OF 5

Notice of Right to File a Formal Discrimination Complaint
EEO Counseling No. **No. 00-19 - USIA No. OCR-**
Page 2

For your convenience, you may wish to use the enclosed EEO Complaint of Discrimination (Form 429) when filing your formal complaint. If so, please complete this form, sign and date it, and return it to one of the officials identified above. Also, you will find accompanying this letter, a blank declaration. If you choose to file a formal complaint, you must submit the completed declaration together with your formal complaint, or shortly thereafter. Please be aware that the investigation of your complaint might not proceed without your declaration. If you misplace the blank declaration sent herewith, your written statement followed by the recitation below, will satisfy legal standards:

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on (date).           (Signature)

The formal complaint must specify the issues which form the basis for the complaint and the matters giving rise to the complaint, which were discussed with the EEO Counselor. If you wish to raise new matters, it will be necessary to go through counseling on such matters.

The complaint should state whether you have filed a negotiated grievance under the collective bargaining agreement or an appeal to the U.S. Merit Systems Protection Board on the same subject matter, and include the filing date(s). This information is necessary for the agency to determine whether your complaint is appropriate for processing under 29 C.F.R. Part 1614.

If you retain an attorney or any other person as a representative, you must notify the Director, Office of Equal Employment Opportunity and Civil Rights, of this in writing. This notice should be delivered as soon as you retain a representative, and should include the name, address and telephone number of the representative.

Sincerely,

Karen C. Swilling
Investigations and Compliance Division
Office of Equal Opportunity

Enclosures: (2)

    Complaint of Discrimination Form (EEO Form 429)
    Declaration Form
    Certified Receipt No.

