# EXHIBIT  20

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Rose M. Dews-Miller,
Complainant,

v.

Condoleezza Rice,
Secretary,
Department of State,
Agency.

Request No. 05A60716

Appeal No. 01A44926

Hearing No. 100-A2-7576X; 100-A2-7576X

Agency No. 0019

## DENIAL

Complainant timely requested reconsideration of the decision in *Rose M. Dews-Miller v. Department of State*, EEOC Appeal No. 01A44926 (April 11, 2006). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

Complainant alleged that she was retaliated against by the agency with regard to numerous claims. Complainant requested a hearing before an EEOC Administrative Judge (AJ). After a hearing was held, the AJ issued a decision finding that complainant failed to prove that she was retaliated as alleged. Complainant appealed the AJ's decision to the Commission. In the underlying decision, the Commission determined that the EEOC Administrative Judge's ultimate finding of no retaliation was supported by substantial evidence in the record.

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A44926 remains the

2                                                                                          05A60716

Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File a Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

JUL 1 3 2006
_____
Date

3                                                                    05A60716

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Rose M. Dews-Miller
P.O.B. 863
Clinton, MD 20735-0863

Barbara S. Pope, Asst. Secretary EEO
Department of State
2201 C St., NW Rm. 4216
Washington, DC 20520-7310

JUL 1 3 2006
_____
Date

_____
Equal Opportunity Assistant