# EXHIBIT 21

United States Information Agency
Washington, D.C. 20547



**OFFICE OF INSPECTOR GENERAL**

NOV  9 1995

Ms. Rose Mary Dews Miller
P.O. Box 863
Clinton, MD 20735

THROUGH:   Marian C. Bennett
           Inspector General

Dear Ms. Miller:

This letter is to notify you of the Office of Inspector General's (OIG) negative determination on your within grade increase. You became eligible for a within grade increase on October 29, 1995. However, you will not receive a within grade increase at this time because your performance is not at an acceptable level of competence. Your most recent annual rating of record comprised of two interim appraisals--one from OIG and the other from Office of Comptroller--showed your performance was at the minimally successful level. You have not reported for duty to OIG since your detail to Office of Comptroller ended on August 31, 1995.

You are entitled to have a representative in this matter. If you wish to have a representative, you must notify Janice Brambilla, Director of Personnel, in writing, stating the name, title, and address of the representative. Ms. Brambilla's address is: USIA, Room 534, 301 4th Street, S.W., Washington, D.C. 20547. Her telephone number is (202) 619-4611.

You or your representative have the right to request Ms. Brambilla to reconsider this determination. If you choose to request reconsideration, your written request must be filed within 15 days of your receipt of this notice of negative determination and must set forth the reasons the Agency should reconsider the determination. You or your representative have a right to review all of the material used to support this negative within grade increase determination. Arrangements for review of the material must be made with me. My telephone number is (202) 401-7054.

To receive a within grade increase in the future your performance must improve to meet or exceed the fully successful performance standards contained in the attached performance plan. This determination to deny your within grade increase will be automatically reviewed in one year in order to determine whether your performance is acceptable so that you can receive a within

EXHIBIT 36
PAGE 1 OF 2 PAGES

grade increase at that time. If, at any time prior to that date, your performance improves to the fully successful level or above, as documented in a performance appraisal, you will be granted a within grade increase at that earlier date.

A copy of this notice of negative determination will be placed in your Official Personnel Folder with an SF-50, Notification of Personnel Action. If the determination is reversed at some later date, through reconsideration or appeal, these documents will be removed from your Official Personnel Folder.

Sincerely yours,

*Anne T. Young*
Anne T. Young
Assistant Inspector General for
Management and Administration

Attachment. As stated.

cc: Jeni Mallios, Office of Personnel

EXHIBIT 36
PAGE 2 OF 2 PAGES