# EXHIBIT 25



U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

November 20, 1996

Ms. Rose M. Dews-Miller
c/o John D. Pratt
6713 Harwood Place
Springfield, Va 22152-2419

Re: OSC File No. MA-96-0449

Dear Ms. Dews-Miller:

This is in response to your request for assistance to the Office of Special Counsel against the U.S. Information Agency. We have reviewed the comments which you sent in response to our status report dated October 31, 1996. However, while we understand your dismay with your employment situation, you provided no additional information which would enable us to change our determination.

Accordingly, based on the facts and legal analysis as detailed in our status report, we are closing the file. Because you have alleged reprisal for whistleblowing, you may have a right to seek corrective action from the Merit System Protection Board (MSPB) under the provisions of 5 U.S.C. §§ 1214(a)(3) and 1221. The Merit Systems Protection Board regulations concerning rights to file an individual right of action with the Board can be found at 5 C.F.R., parts 1201-1206 and 1209.

Should you wish to discuss this matter, you may contact me on (202) 653-7188. This letter should not be construed as an adjudication of any matter you have pending or plan to file under any administrative appeals procedure.

Sincerely,

J. Sandra Thomas
Complaints Examiner
Complaints Examining Unit

LMD:AW:JST/jst

Att 21 pg 1 of 1



U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

November 20, 1996

Ms. Rose Dews-Miller
c/o John D. Pratt
6713 Harwood Place
Springfield, VA 22152-2419

Re: OSC File No. MA-96-0449

Dear Ms. Dews-Miller:

The purpose of this letter is to notify you that you may have a right to seek corrective action from the Merit Systems Protection Board (MSPB). As we informed you in our closure letter of this date, we have terminated our inquiry into your allegations. Because you alleged that you were the victim of the prohibited personnel practice described in 5 U.S.C. § 2302(b)(8), commonly called reprisal for whistleblowing, you may have the following rights.

You may seek corrective action from the MSPB under the provisions of 5 U.S.C. §§ 1214(a)(3) and 1221 (individual right of action) for any personnel action taken or proposed to be taken against you because of a protected disclosure that was the subject of your complaint to this office. You may file a request for corrective action with the MSPB within 65 days after the date of this letter.

The Merit Systems Protection Board regulations concerning rights to file an individual right of action with the Board can be found at 5 C.F.R., parts 1201-1206 and 1209. If you choose to file such an appeal you should submit this letter to the Board as part of your appeal.

Sincerely,

J. Sandra Thomas
Complaints Examiner
Complaints Examining Unit

Att 2a pg 1 of 3