Exhibit 26



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

December 12, 1996

Mr. John D. Pratt
6713 Harwood Place
Springfield, VA 22152-2419

Re:  OSC File No. MA-96-0449, Dews-Miller
Reconsideration for Reconsideration

Dear Mr. Pratt:

This is in response to your request for reconsideration of the decision of the Office of Special Counsel to close the above-captioned file. We have reviewed the information you submitted, and have determined that you have not presented any additional evidence that would lead us to change our decision to close the file in this matter.

Accordingly, your request for reconsideration is denied and there is no further appeal available to you within the Office of Special Counsel.

Sincerely,

William E. Reukauf
Associate Special Counsel
for Prosecution

cc:    Rose Dews-Miller

WER:coa

*OSC MA-96-0449*
*~~Contributes~~*

*10:53am*
*Carrie Andrews from*
*OSC. You left message*
*for Bill Reukauf. Plse*
*call her by 5pm...*

*Att 28 Pg 1 of 1*