**EXHIBIT 29**

```
To: "Mallios,Jenny H" @ PC_LAN_Users.USIA
From: Epstein, Carol
Subject: Dews-Miller
Date: 11/17/97    Time:  4:22PM

Dated Nov. 14 and received today--MSPB denied appelant's petition for review of initial decision of May
2, 1997.  Does not meet criteria for review.  Submission of 7/16 was untimely filed and not considered.
Initial decision is now final.
```

Melinda -
I don't have a copy of the final MSPB decision Carol Epstein refers to in this e-mail, but if she said it, you can bank on it.