# Exhibit 30



Page 1

77 M.S.P.R. 202 (Table)

77 M.S.P.R. 202 (Table)
(Cite as: 77 M.S.P.R. 202 (Table))

**Dews-Miller** v. U.S. Information Agency
M.S.P.B. 1997.
(The decision of the Board is referenced in a Table of Unpublished Decisions appearing in the United States Merit Systems Protection Board Reporter.)
Merit Systems Protection Board
Rosemary **Dews-Miller**
v.
U.S. Information Agency
**NO. DC-1221-97-0441-W-1**

November 14, ,1997

Denied.

M.S.P.B. 1997.
Dews-Miller v. U.S. Information Agency
77 M.S.P.R. 202 (Table)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.