# EXHIBIT 31



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

January 14, 1997

Rec'd 1/18/97

Ms. Rose M. Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Re: OSC File No. MA-97-0571

Dear Ms. Dews-Miller:

This will acknowledge receipt of the above-referenced complaint which was referred to us by Senator Barbara A. Mikulski. In the near future, a member of our staff may contact you to discuss this matter if any additional information is needed to consider this case. Please provide the telephone number where you wish to be contacted, if you have not already done so. For overseas telephone numbers, please include country codes; we do not have access to Autovon.

If you wish to write to us again concerning this matter, please include the file number listed above. We can also be reached by telephone at 202-653-7188 or on our toll-free number at 1-800-872-9855. Your contact at the Office of Special Counsel is J. Sandra Thomas. Enclosed is OSC's policy statement concerning the disclosure of information, which includes a disclosure consent form. If you do not sign and return one of the three consent statement options on the consent form to OSC within 20 days of the date of this letter, it will be assumed that you agree to Consent Statement I.

If this complaint alleges a violation of the prohibited personnel practice described in 5 U.S.C. § 2302(b)(8), commonly called reprisal for whistleblowing a separate information sheet is included with this letter which includes answers to commonly asked questions and discusses the right to file a request for corrective action with the Merit Systems Protection Board. The Board's regulations concerning rights to file a corrective action case can be found at 5 C.F.R. Parts 1201-1205 and 1209.

Please bear in mind that each year OSC receives a large number of complaints concerning prohibited personnel practices. While we attempt to handle all cases as expeditiously as is possible, we generally process them in the order received.

Sincerely,

Debyn R. Brown
Docket Clerk

11.21.97 MSPB
Attachment 2