# EXHIBIT 33



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 300
Washington, D.C. 20036-4505

September 23, 1997

Ms. Rose Dews-Miller
c/o John D. Pratt, Representative
6713 Harwood Place
Springfield, VA 22152-2419

Re: <u>OSC File No. MA-97-0571</u>

Dear Ms. Dews-Miller:

We have received and reviewed the comments which you sent in response to our status report of August 25, 1997. While we understand your dismay, your comments provided no additional evidence or a legal basis which would reverse our preliminary determination. Accordingly, for the reasons stated in our status report of August 25, 1997, we are closing the file.

Because you alleged reprisal for whistleblowing, you may have a right to seek corrective action from the Merit Systems Protection Board under the provisions of 5 U.S.C. §§ 1214(a)(3) and 1221. You may file a request for corrective action with the Board within 65 days after the date of this letter. The Merit Systems Protection Board regulations concerning rights to file a corrective action case with the Board can be found at 5 C.F.R. Parts 1201-1206 and 1209. Should you wish to discuss this matter, you may contact me on (202) 653-7188.

Sincerely,

Pernell Caple
Complaints Examiner
Complaints Examining Unit

11-21-97 MSPB

Attachment 11