# EXHIBIT 38

MERIT SYSTEMS PROTECTION BOARD

| | |
|---|---|
| ROSEMARY DEWS-MILLER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | DOCKET NUMBER |
| ) | DC-1221-98-0147-W-1 |
| JOSEPH DUFFEY, Director, ) | |
| U.S. Information Agency, ) | |
| Agency. ) | |
| _____) | |

### AGENCY'S RESPONSE TO PETITION FOR REVIEW

Appellant, Rose Mary Dews-Miller, filed a petition for review of the initial decision of Administrative Judge Ben-Ami, which dismissed her appeal on the grounds that this Board lacks jurisdiction over her appeal.

The Agency respectfully asks this Board to deny the petition for review on the grounds that it does not meet this Board's criteria for granting such a petition. It does not establish that new and material evidence is available that, despite due diligence, was not available when the record closed or that the decision of the judge is based on an erroneous interpretation of statute or regulation. 5 C.F.R. 1201.115 (d). While the petition takes issue with the judge's decision, it cites no statute or regulation that he misinterpreted.

For the foregoing reasons, this Board should deny the petition for review.

Respectfully submitted,

*[signature]*

CAROL B. EPSTEIN
Assistant General Counsel
U.S. Information Agency
301 4th Street, S.W., Room 700
Washington, D.C. 20547
(202) 619-6891

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Agency's Response to Petition for Review was sent, via first-class mail, to John D. Pratt, reprsentative for appellant, at 6713 Harvard Place, Springfield, VA. 22152 this 28th day of April 1998.

*[signature]*
CAROL B. EPSTEIN