# EXHIBIT 39



81 M.S.P.R. 136 (Table) Page 1

81 M.S.P.R. 136 (Table)
**(Cite as: 81 M.S.P.R. 136 (Table))**

**H**
**Dews-Miller** v. U.S. Information Agency
M.S.P.B. 1998.
(The decision of the Board is referenced in a Table of Unpublished Decisions appearing in the United States Merit Systems Protection Board Reporter.)
Merit Systems Protection Board
Rose Mary **Dews-Miller**
v.
U.S. Information Agency
**NO. DC-1221-98-0147-W-1**

September 04, 1998

Denied.

M.S.P.B. 1998.
Dews-Miller v. U.S. Information Agency
81 M.S.P.R. 136 (Table)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.