# EXHIBIT 40

Letter from Plaintiff to Eva Dirkman Dated August 26, 1995 and Ms. Dirkman's Response Dated August 31, 1995

August 26, 1995 _Saturday_

For: M/CBA - Eva Diekmann

Rec'd from Jeni 10/19/95

Due to the on the job injury that I sustained on July 10, 1995, I have since been experiencing complications with that injury. Currently, I am under various physicians care. Therefore, I am requesting use of compensatory time by the way of the FECA - continuation of pay for an indefinite period of time beginning with August 21, 1995.

Rose M. Dews Mills

at last-time the timecard(s) should be amended.

8/31 Ja telecon w Rosemary. I explained we had no info to use as basis to record her absence as COP, so Eva will let the sick leave stand till there's a med report to cover COP.

EXHIBIT: 25
PAGE 1 OF 1 PAGES