# EXHIBIT 41

Memorandum to Dews-Miller from Young Dated September 7, 1995



**United States Information Agency**
Washington, D.C. 20547

OFFICE OF INSPECTOR GENERAL

## MEMO FOR THE RECORD

At 8:50 am on 9/6/95, I called Rose Mary Dews Miller. I told her that I had been informed that her detail to the Comptroller's Office was completed and that as of September 1, 1995, she was expected to report for duty in the OIG. I asked when I could expect to see her. She said she did not know. She said she was getting ready to go to see the doctor at 10 am. She said it would depend on when she was released from his care. I told Rose Mary that in the absence of a medical certificate, I had little choice but to put her on absence without leave and that while she was AWOL her pay would be suspended. I said that if I receive a doctor's certificate that we could talk about a different kind of leave. Rose Mary told me to do what I had to do, to put it in writing, and send it to her. She said she had to go get ready for her doctor's appointment.

September 7, 1995

Anne T. Young
Assistant Inspector General for
Management and Administration

cc:   Rose Mary Dews Miller
      8507 Wood Yard Road
      Clinton, Maryland 20735

EXHIBIT: 27
PAGE 1 OF 2 PAGES

MEMO FOR THE RECORD

I was on annual leave on 9/1/95. When I returned to the office on 9/5/95, I had an E-mail message from Jeni Mallios (attached).

Rose Mary had not reported for duty in OIG on 9/1 or 9/5 and there were no messages that she had tried to get in touch with me to request leave. Based on Jeni's advice, I decided to get in touch with Rose Mary. I did not have her phone number. Our office copy of employee locator cards did not have a card for Rose Mary. I called Selina Swales, in Jeni's absence, to see if she had a number for Rose Mary. She said she would try to locate a number. Selina was not successful, but on 9/6, she told me that Debbie Tyson in the mail room (619-5576) was the keeper of the locator cards. I called Debbie who told me that Rose Mary's home phone number was 301 868-9436. Her address is 8507 Wood Yard Road, Clinton, Maryland, 20735.

At 8:50 am on 9/6/95, I called Rose Mary Dews-Miller. I told her that I had been informed that her detail to the Comptroller's Office was completed and that as of September 1, 1995, she was expected to report for duty in the OIG. I asked when I could expect to see her. She said she did not know. She said she was getting ready to go to see the doctor at 10 am. She said it would depend on when she was released from his care. I told Rose Mary that in the absence of a medical certificate, I had little choice but to put her on absence without leave and that while she was AWOL her pay would be suspended. I said that if I receive a doctor's certificate that we could talk about a different kind of leave. Rose Mary told me to do what I had to do, to put it in writing, and send it to her. She said she had to go get ready for her doctor's appointment.

EXHIBIT: 27
PAGE 2 OF 2 PAGES