# EXHIBIT   44

July 18, 1995 Interim Performance Appraisal for the
Period of  May 1, 1994 - July 24, 1995

July 18, 1995

MEMORANDUM FOR: M/CBNE - Rose Mary Dews-Miller

FROM:          OIG/A - Darwin D. Roberts  DDR

SUBJECT:       Interim Performance Appraisal

Attached is your interim appraisal for the period May 1, 1994 - July 24, 1995. I am available to meet with you at your convenience to discuss the appraisal. Please call me on 401-7836, if you would like to meet.

Should you not wish to discuss the rating, please sign it on page 11 to indicate that you have received a copy (enclosed), and return the rating to me before July 28, 1995.

*[handwritten annotation with arrow pointing to "your convenience to discuss": "incorrect should be fully"]*

EXHIBIT 50
PAGE 1 OF 12 PAGES

# U.S. Information Agency

## PERFORMANCE APPRAISAL REPORT

**USIA**

*Wage System and GS 1 - 15 Personnel Senior Level*

**Type of Repo. (Check One)**
- [ ] Annual Rating or Record
- [x] Interim - Departure of Employee
- [ ] Interim - Departure of Rater
- [ ] Interim - Change of Duties
- [ ] Rating of Record - WGI Determination
- [ ] Interim - Completion of Detail or Temporary Promotion
- [ ] Interim - Other: _____
  (Specify Reason)

## SECTION I. GENERAL PERSONNEL INFORMATION

| Name of Rated Employee | SSN | Performance Appraisal Period |
|---|---|---|
| ROSE MARY DEWS-MILLER | 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 | May 1, 1994 - January 24, 1995 |

| Title, Grade, and Pay System | Organizational Symbol |
|---|---|
| Administrative Officer   GS-341-11 | OIG/M |

| Name and Title of Rating Officer | Name and Title of Reviewing Officer |
|---|---|
| Darwin D. Roberts, Director, Office of Admin. & Management | Louis J. Leporatti, Executive Assistant |

| Date Report Submitted to Personnel Office (M/P, B/PL, or B/CMP) | Is This Position Supervisory? [ ] Yes  [✓] No |
|---|---|

## GENERAL INFORMATION

Rated Employees, Rating and Reviewing Officers should read MOA V-A 450 for policies and detailed instructions. Questions should be directed to the appropriate personnel office (M/PDM, M/PDP, B/PL or B/CP).

### AT THE BEGINNING OF THE RATING PERIOD

--Normally within 30 days of the beginning of the rating period, the Rating Officer, in joint participation with the Rated Employee must determine at least two critical and any non-critical requirements of the position, establish a performance standard for the Fully Successful level for each requirement, and clearly and concisely state them in Section II-A.

--If an employee has significant supervisory responsibilities, at least one critical requirement must addresss these responsibilities.

--Performance requirements and standards must be reviewed, signed and dated at the beginning of the rating period by the Rating and Reviewing Officers and the Rated Employee in Section I-A.

--If a new Rating Officer arrives during the appraisal period, requirements and standards will be established on a new form IA-1272 between the Rated Employee and Rating Officer with proper signatures and dates, even if the requirements and standards do not change.

### DURING THE RATING PERIOD

--The Rating Officer must discuss performance with the Rated Employee at least once, preferably mid-way through the rating period, and is encouraged to do so more frequently. At the time of the discussion(s), the Rating Officer should sign and date Section I-B and the Rated Employee should sign Section I-C.

--Any modifications to the requirements and/or standards must be documented by the Rating Officer in Section I-B, approved by the Reviewing Officer in Section I-B, and certified by the Rated Employee in Section I-C.

### AT THE END OF THE RATING PERIOD

--The Rating Officer initiates the appraisal process by soliciting the Rated Employee's comments on his/her performance (including specific accomplishments during the appraisal period). The Rating Officer and Rated Employee should discuss the employee's accomplishments and deficiencies with respect to each performance requirement and its standard.

--The Rating Officer prepares the appraisal in Section II and III.

--The Rating Officer signs and dates the form and submits the appraisal for higher level review and approval to the Reviewing Officer.

--The Reviewing Officer indicates concurrence in the Rating Officer's summary rating in Section IV, Part A, prepares the narrative review in Section IV, Part B, and signs and dates the form. If there is no higher level official who can serve as Reviewing Officer, that fact and the reason must be indicated in Section IV.

--The summary rating must be reviewed and approved by a person at a higher level in the organization than the Rating Officer before communication to the Rated Employee. If there is no Reviewing Officer, a higher level approval is required in Section V in addition to the pool manager if the pool manager is other than the Associate/Office/Service Director (or another official in the chain of command).

--The Reviewing Officer (or other higher level reviewer) forwards the performance appraisal to the performance award pool manager for approval of the summary rating and signature in Section V before communication to the Rated Employee.

--For an Outstanding or Unsuccessful summary rating, approval by the Associate/Office/Service Director is required in Section V before communication to the Rated Employee.

--The performance appraisal is returned to the Rating Officer for discussion with the Rated Employee.

--The Rated Employee may add comments in Section VI, if desired. The Rated Employee should have a reasonable amount of time, normally three working days, to review the completed appraisal. Supervisors should read and consider the Rated Employee's comments. The performance appraisal must be reviewed and approved again in accordance with procedures above if the summary rating is changed for any reason.

--Narrative justification is normally to be contained within the space provided on the appraisal form, but is limited to no more than one additional page overall. There is no limitation on the comments provided by the Rated Employee.

--The Rating Officer will forward the completed performance appraisal to the appropriate Office of Personnel for filing.

--See MOA V-A 450 for information on interim ratings.

EXHIBIT 50  
PAGE 2 OF 12 PAGES

**SECTION I-A** (To be completed by Rating Officer, Rated Employee, & Reviewing Officer at beginning of rating period.)

We certify that the performance requirements in Section II, pages __1__ through __5__, and accompanying performance standards were established on __5/1/94__, after discussion between us, and that each of us has received a copy of them.

_Darwin D Roby_    __10/25/94__         _Employee Refuses to sign_    __10/25__
Signature of Rating Officer    Date         Signature of Rated Employee    Date

I certify that performance requirements and standards are consistent with applicable guidelines and the expectations of higher-level management.

_[signature]_    __10/25/94__
Signature of Reviewing Officer    Date

**SECTION I-B** (To be completed by Rating and Reviewing Officers during the rating period.)

I certify that performance review discussions with the Rated Employee were held on __*Attempted on 12-__
                                                                                          Date(s)

I certify that if any modifications to the requirements and/or standards were made on __None__ such changes are reflected in the revised standards/requirements which are attached to the performance plan the Rated Employee was provided a copy of the revisions.

_Darwin D Roby_    __12/21/94__            * Employee Refused to
Signature of Rating Officer    Date           meet with Rating Officer
                                              on the above date
I certify that I have reviewed and approved any modifications.

_____    _____
Signature of Reviewing Officer    Date

**SECTION I-C** (To be completed by Rated Employee upon completion of performance review discussions during rating period.)

** Employee Refused to meet with Rating Officer on 12-21-94 and would not reschedule another time.

Yes  No   I certify that:
☐    ☐    1. My Rating Officer and I discussed my performance on the following dates during the rating period: _____

☐    ☐    2. If applicable, any modifications and additions to the requirements and standards in Section II were discussed with me.

_____    _____
Signature of Rated Employee    Date

**LEVELS OF ACHIEVEMENT** - The following levels must be used to rate an employee's performance on each individual requirement in Section II-B.

**Outstanding** - Performance of rare high quality which clearly and consistently far exceeds the Fully Successful standard to an outstanding degree in terms of such factors as quality, quantity, timeliness, and the extent of supervision required, or exceeds the Highly Successful standard if one is provided.

**Highly Successful** - Performance of unusually good quality which clearly and consistently exceeds the Fully Successful standard to a significant degree in terms of such factors as quality, quantity, timeliness, and extent of supervision required, or meets the Highly Successful standard if one is provided.

**Fully Successful** - Performance which clearly and consistently meets the Fully Successful standard in terms of such factors as quality, quantity, timeliness and extent of supervision required.

**Minimally Successful** - Performance of poor quality which falls noticeably below the Fully Successful standard for such factors as quality, quantity, timeliness, and/or extent of supervision required, or meets the Minimally Successful standard if one is provided.

**Unsuccessful** - Performance of very poor quality which is unacceptable and falls well below the Fully Successful standard in terms of such factors as quality, quantity, timeliness, and/or extent of supervision required, or falls short of the Minimally Successful standard if one is provided.

2

EXHIBIT __50__
PAGE __3__ OF __12__ PAGES

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number __1__ (Note: Use a separate page for each performance requirement)

A. (Complete this item at the beginning of rating period)

**Performance Requirement:**
Employee is responsible for maintaining and managing the Office's financial resources. Formulates, justifies and executes the OIG multi-million dollar operating budget. This includes developing detailed background and justification documentation required to present the OIG budget to both OMB and Congress.

Is this a critical requirement?    Yes __X__    No _____

**Fully Successful Performance Standard** (other standards optional):

Financial resources are generally managed in an efficient and effective manner. Formulation, justification and execution of operating budget is accomplished with minimal supervisory input. Background and justification documentation generally require minimal changes once submitted to the Agency comptroller.

B. (Complete this item normally within 30 days after end of rating period)

Evaluation of performance on this requirement: Level of Achievement (Check one)

_____ Outstanding    _____ Highly Successful    _____ Fully Successful    __X__ Minimally Successful    _____ Unsuccessful

Describe specific reasons, citing examples, for this rating:

```
Ms. Dews-Miller's management of the OIG financial resources was
neither as efficient nor effective as in the past.  Budget
background materials she prepared and presented to the Office of
the Comptroller contained erroneous wording and figures and
therefore did not reflect an accurate picture of the OIG budget.
If it were not for the hands-on assistance provided by personnel
from the Office of the Comptroller, the OIG submissions to OMB and
Congress for budget formulation and justification would have been
severely lacking.

Additional effort on her part--either through training or from
working with personnel in the Office of the Comptroller--is needed
to meet this requirement satisfactorily.
```

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number __2__    (Note: Use a separate page for each performance requirement)

A. (Complete this item at the beginning of rating period)

**Performance Requirement:**

Employee is responsible for preparing financial plans, monitoring the execution of the approved budget and maintaining budget and accounting records which reflect the current status of the OIG allotment. This includes providing each AIG with monthly obligation reports to ensure control of their individual operating budgets. The employee also reviews Agency financial reports and compares them against OIG cuff records and reconciles discrepancies.

Is this a critical requirement?    Yes __X__   No ____

**Fully Successful Performance Standard** (other standards optional):

Financial plans are generally accurate, timely and require minimal corrections or changes. Fiscal records are generally managed and monitored to ensure adequate control over fiscal resources. Monthly obligation reports are generally prepared on time. Status of allotment is generally accurate. Accounting reports are generally reconciled monthly. Excess OIG general fund obligations are deobligated on at least a quarterly basis.

B. (Complete this item normally within 30 days after end of rating period)

Evaluation of performance on this requirement: Level of Achievement (Check one)

____ Outstanding    ____ Highly Successful    ____ Fully Successful    __X__ Minimally Successful    ____ Unsuccessful

Describe specific reasons, citing examples, for this rating:

Ms. Dews-Miller produced monthly obligation reports for each AIG which were thought to accurately reflect the status of the overall OIG budget authority. However, due to her failure to reconcile the OIG account against the proper agency financial reports and continually tracking OIG obligations through the agency's automated Financial Management System, the OIG was placed in a severe crisis mode during September and October to ensure there was no violation of the Anti-deficiency Act. One procurement was even canceled to ensure there would be no violation. Financial files were also not kept in a timely and accurate manner.

A more organized and conscientious approach to her work in this requirement is necessary.

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number __3__ (Note: Use a separate page for each performance requirement)

A. (Complete this item at the beginning of rating period)

**Performance Requirement:**
Employee serves as the travel coordinator for the OIG and liaison with the Agency Travel Office (M/AST). Advises staff on preparation of travel authorizations and vouchers. Reviews vouchers for accuracy before submitting to the Agency Finance Office (M/CFV).

Is this a critical requirement?    Yes __X__    No ____

**Fully Successful Performance Standard (other standards optional):**

Advice provided to staff is generally correct and informative and when necessary verify advice with M/AST. Travel information is generally maintained in a manner that allows easy accessibility to staff. Travel orders are generally processed with no adverse impact on travel arrangements. Vouchers are submitted to M/CFV in a timely manner. Tracks status of travel orders within OIG generally providing status to supervisor within 24 hours.

B. (Complete this item normally within 30 days after end of rating period)
   **Evaluation of performance on this requirement: Level of Achievement (Check one)**

____ Outstanding    __X__ Highly Successful    ____ Fully Successful    ____ Minimally Successful    ____ Unsuccessful

Describe specific reasons, citing examples, for this rating:

Ms. Dews-Miller provided the necessary support to OIG travelers ensuring that there was no adverse impact on travel arrangements. However, Ms. Dews-Miller needs to ensure travel related files e.g., travel vouchers, travel orders, etc. are established and maintained in a timely and accurate manner.

Ms. Dews-Miller alerted OIG management to possible abuses of the American Express travel card by OIG staff. This in turn led to the OIG initiating a review throughout the Agency on possible travel card abuse and will most likely lead to more effective and efficient management of future card use.

Name of Rated Employee  ROSE MARY DEWS-MILLER          Section II: Page __4__ of __5__

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number __4__  (Note: Use a separate page for each performance requirement)

A. (Complete this item at the beginning of rating period)

**Performance Requirement:**

Employee serves as the liaison with Agency Personnel Office (M/P). Overseas preparation of requests for personnel actions and other relevant documents as required for processing. Revises position descriptions when needed. Assists Director, OIG/M in overseeing the performance appraisal process. Updates monthly staffing pattern. Ensures that all Privacy Act information is securely filed.

Is this a critical requirement?         Yes __X__   No ____

**Fully Successful Performance Standard** (other standards optional):

Personnel paper work is generally prepared on time, accurate, and requires minimal review by the supervisor. Staffing patterns are accurate and are provided to the supervisor in a timely fashion. Files are maintained in a manner that allows easy access to personnel records. Generally ensures M/P performance appraisal due dates are met. Closely tracks the status of personnel actions once documentation is forwarded to M/P. Provides timely feedback to requesting officials on status of their personnel actions.

B. (Complete this item normally within 30 days after end of rating period)

Evaluation of performance on this requirement: Level of Achievement (Check one)

____ Outstanding   ____ Highly Successful   __X__ Fully Successful   ____ Minimally Successful   ____ Unsuccessful

Describe specific reasons, citing examples, for this rating:

Ms. Dews-Miller processed various requests for personnel actions including reassignments, promotions, reclassifications, and recruitments. Employee needs to expend greater effort in tracking the status of actions once they are forwarded to the Office of Personnel to keep OIG managers appraised of their specific requests. In addition, employee must ensure accurate and timely OIG personnel files are maintained.

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number __5__ (Note: Use a separate page for each performance requirement)

A. (Complete this item at the beginning of rating period)

**Performance Requirement:**

Employee serves as the training coordinator for the Office. Responsible for soliciting and compiling annual Individual Training Plans (ITPs) from each OIG staff member. Maintains a tracking system to ensure all training requirements are identified. Processes individual training requests. Coordinates with the Agency Training Office (M/PT) on Agency provided training and coordinates with the OIG purchasing agent for outside vendor training to ensure logistical and financial requirements are fully addressed. Complies and provides training literature/descriptions for the staff. Provides management status reports on staff training.

Is this a critical requirement?      Yes __X__  No _____

**Fully Successful Performance Standard (other standards optional):**

Ensure ITPs are generally completed before the beginning of the fiscal year. Prepares training budget estimates based on the ITPs to ensure sufficient fiscal resources are available. Tracking system is generally current and status reports are provided within two business days to supervisor upon requests. Staff training requests are generally processed in time for staff to attend their desired course dates. Training requests which are not within established parameters or incomplete are returned to the originator within two business days. Generally provides status of an individual training request to the requestor in a timely fashion. Training information materials are generally current and provide the staff with sufficient information.

B. (Complete this item normally within 30 days after end of rating period)

Evaluation of performance on this requirement: Level of Achievement (Check one)

___ Outstanding      ___ Highly Successful      _X_ Fully Successful      ___ Minimally Successful      ___ Unsuccessful

Describe specific reasons, citing examples, for this rating:

Ms. Dews-Miller generally provided the necessary support to ensure requested training for OIG staff was provided. However, training files for current and past years were not maintained in a timely or accurate manner. This in turn prohibited OIG supervisory personnel from checking the status of individual training records in a timely fashion and determining whether a specific individual had maintained their professional training requirements.

Ms. Dews-Miller needs to put forth more effort to ensure files are maintained in an accurate and timely manner.

7

EXHIBIT __50__
PAGE __8__ OF __12__

## SECTION III. OVERALL SUMMARY RATING

A. After completing Section II, the Rating Officer must assign one of the overall summary ratings listed below (modifications or substitutions are not permitted). The summary rating is based primarily upon the Rated Employee's performance of critical requirements and may not be reduced more than one level below the summary rating derived from critical requirements because of performance on noncritical requirements.

Summary Levels of Achievement (Check One):

_____ **Outstanding** - All critical requirements must have been rated Outstanding and no more than two noncritical requirements may be rated as low as Highly Successful.

_____ **Highly Successful** - All critical requirements must have been rated at least Highly Successful and all noncritical requirements at least Fully Successful. A Highly Successful summary rating may still be appropriate if performance on one, but not more than one, critical requirement is rated Fully Successful, provided performance on other critical requirements is rated at least Highly Successful and the Rater concludes that (1) the requirement was *relatively* less important than other critical requirements and (2) required only a small portion of the time of the employee and (3) that performance on that requirement was offset by performance on two or more other critical requirements.

_____ **Fully Successful** - Performance on all critical requirements must have been rated at least Fully Successful and performance on not more than one noncritical requirement rated as low as Minimally Successful. In exceptional cases, a summary rating of Fully Successful still may be appropriate if performance on one, but not more than one, critical requirement is rated Minimally Successful, provided the Rater concludes that (1) the requirement was *significantly* less important than other critical requirements and (2) required only a small portion (less than 10 - 15%) of the time of the employee and (3) that performance on the requirement was offset by at least Fully Successful ratings on two other more critical requirements, or by at least a Highly Successful rating if there was only one other critical requirement.

__X__ **Minimally Successful** - Except as noted above under Fully Successful, a summary rating of Minimally Successful is appropriate if the employee's performance has been rated as Minimally Successful on one or more critical or two or more noncritical requirements (see Section 453.2c of MOA V-A).

_____ **Unsuccessful** - A summary rating of Unsuccessful is required if the employee's performance on one or more critical requirements has been rated as Unsuccessful.

B. Optional comments: The Rating Officer may add any comments not covered elsewhere in the report to explain the overall rating chosen. A narrative justification must be provided for an overall summary rating of Outstanding or Unsuccessful.


_____    6-30-95
Signature of the Rating Officer            Date

8

EXHIBIT 50
PAGE 9 OF 12 PAGES

Name of Rated Employee  Ros. Mary Dews-Miller

## SECTION IV. REVIEWING OFFICER'S STATEMENT

Reviewing Officers must have served a sufficient time (normally 90 days) in their position to have adequate basis for completing this statement. If there can be no Reviewing Officer, the reasons should be explained in IV-B below.

A. **Overall Rating**

The Reviewing Officer must check one of the statements below. If there is a difference between the rating given by the Rating Officer and that given by the Reviewing Officer, the latter will prevail. In such cases, the Reviewing Officer must explain this difference of opinion through specific references to ratings in Section II and III and must discuss this Section in draft with the Rating Officer. It must also be discussed with the Rated Employee following any required approvals.

____✓____    I concur in the Overall Summary Rating assigned in Section III or

_____    I do not concur in the Overall Summary Rating assigned in Section III and assign the following Overall Summary Rating instead (Check one):

____ Outstanding    ____ Highly Successful    ____ Fully Successful    ____ Minimally Successful    ____ Unsuccessful

B. **Reviewing Officer's comments**

Comment on: (1) extent of knowledge of the specific responsibilities and assignments the Rated Employee was expected to perform; (2) whether the performance requirements and standards are reasonable and fair in relation to other similar positions; (3) how well the Rated Employee carried out his/her responsibilities; and (4) whether the nature of the working relationship between the Rated Employee and Rating Officer has a significant impact on performance or the performance appraisal process and whether the Rated Employee received adequate guidance.

*I have been fairly knowledgeable of Ms. Dews' specific responsibilities and assignments since she has been with OIG. Her performance requirements and standards are, in my opinion, fair and reasonable.*

*I agree with the rating provided to Ms. Dews. She needs to improve her attitude and approach to her work. Her relationship with her supervisor was cordial but sometimes tense. However, Ms. Dews did receive adequate guidance.*

_____      6/30/95
Signature of Reviewing Officer          Date

9

EXHIBIT ___50___
PAGE _10_ OF _12_

Name of Rated Employee _____ Mary Dews-Miller _____

## SECTION V.  FORM FOR PMS REVIEWS AND APPROVALS

A. Approval of Summary Rating by Higher-Level Reviewer/Awards Pool manager (all ratings): (To be completed b the Agency official in charge of managing the performance award pool prior to discussion of the rating with th rated employee.)

The overall Summary Rating assigned is:

_____ Outstanding   _____ Highly Successful   _____ Fully Successful   _____ Minimally Successful   _____ Unsuccessful

_____ APPROVED

_____
Signature of Higher-Level Reviewer
(Optional unless there is no Reviewing Officer)

_____ APPROVED

_____
Signature of Pool Manager

B. Approval of "Outstanding" or "Unsuccessful" Summary Rating. Must clearly meet the definition for levels of achievement on page 2 of this form.

_____ APPROVED

_____ DISAPPROVED      I assign a summry rating of _____
                        in lieu of the summary rating in A above.

_____          _____
Signature of Associate /Office/Service Director          Date

10

EXHIBIT  50
PAGE  11  OF  12  PAGES

Name of Rated Employee     Rose Mary Dews-Miller

## SECTION VI. RATED EMPLOYEE'S COMMENTS

The Rated Employee may use this space to provide additional comments and insights into his/her performance during the rating period. These optional comments should not be construed automatically as a rebuttal of the performance appraisal. Additional pages may be added if necessary. The Rated Employee should sign below to indicate he or she has read the appraisal and received a copy of it. The Rated Employee's signature does not indicate agreement with the appraisal.

Signature of Rated Employee                              Date