# EXHIBIT 47

"Since Coming to Budget Office" Memorandum Dated February 2, 1995 (Example of written feedback plaintiff received on her work)

Case 1:06-cv-01764-GK    Document 24-53    Filed 08/08/2007    Page 1 of 5

Since coming to Budget office 2/2/95

Rosemary is in the process of learning the basic budget concept and terms
She was able to say key word but did not fully understand how they applied to our daily procedure.
Examples — mandatory, discretionary, full-year, GOE, DSA, ceilings program reductions

She knows basic LOTUS
Not familiar with WordPerfect.
Not familiar with typing telegrams, ACTs or FES

Gave her some action cables that came in — She did not ask any questions. Placed on mandatory transfer. Just because post says its mandatory does not make it so. Learning what a mandatory is and how to research requests.

PAO Resource Sheets — Had no idea what they were and where info was derived.

The financial plan set up was new to her
What the F.P. ties to and the function titles.

Status of funds Report
Ran into problem with F.P. not adding. Spent considerable amount of time pondering less than $5,000.

Beginning to follow thru on actions without being asked repeatedly

Contingency List — still does not understand
May understand the purpose
Have not done it yet.

Transfers — learning
Have only done mandatory transfer
Activity Codes — not familiar with
Compartive Transfer box — not familiar with

Transferring action on Telegram — learning

GOE
Understands posting to individual sheets.
Does not understand posting to overall control sheet.
We are working on difference between funds and ceiling.

Directors Reserve and 3499 Reserve
Still some difficulty

We talked about her arrival time — Initially it was 8:15 to 8:30
She arrived anywhere from 8:30 to 9:15
She is making attempt to arrive 7:15 — so far so good

EXHIBIT: 22
PAGE  1  OF  4  PA:

I had to stress importance of not letting action sit.

We discussed not giving information out of the office without first checking with me.
Incident: Gentleman came in, I was out of office, when I returned he was still here.
Soon after he departed. I asked if visitor was related to NEA, I was informed it was.
I explained until she becomes familiar with office procedure it would be in our
best interest if she referred all queries to me. When I found out what he wanted,
I explained what procedure should have been taken. Check pending file to see if
action is being taken and then check with appropriate office (Katy's) on
status of transfer. She informed him no action was taken (correct – she looked in GOE
book), but transfer was in process.

We have discussed lunch – Core lunch time is 12:00 to 2:00
She would leave at 1:15 – 1:30 and return 1 hour later
She likes 12:30 – 1:30

We have discussed overtime and comp time.
Explained that prior approval should be obtained. These are not to be used to do
daily routine work. Only in special instances will they be earned and must have
approval prior to doing so.

Currently we are basically working on Congressional backup.
Fairly simple – Takeing numbers from one sheet and putting in special
format. Some examples are attached.

I have worked on all special projects thus far.

EXHIBIT: 22
PAGE 2 OF 4 PAGES

[margin top: *day lost* / *is out of the office usually 1st* / *until usually [?] of current month*]

[margin left: *Normal pattern / Monthly*]

1. EM is given a minimum of one week to update C.L. Her deadline is COB the day before its presented to EVA. She has presented CL at noon on the day its due and then its incomplete. X Rate is left off.

[margin left: *All of this could / can't be caught up before / I went on leave*]

2. I was on leave 3/21 - 23. Memo was brought into office by Sam Ringel on 21 and asked for copy to be given to Area. Upon my return on 24 by you I was given memo and informed that no copy was given to Area. Also during this time action cables were not acted upon. Happened again in June on 6/2 I was presented action from 6/5. Routine cables.
On 6/10 I left a list of things in in/box. Upon my return on 6/19 they were not done. She was suppose to distribute copies of sheet in GR to 3 different offices. Upon my return last task completed by me in no more than 2 hrs, when questioned she said she had a lot of work to do. In fact 7 transfers had been posted, very minimal work was done.

3. Repetitive - we are to complete approximately 5 reports each month. Same format, just updating sheets. Those things should become second nature. A better understanding should be obtained and questions should be generated about substance of reports.

When she goes thru mail she can not differentiate in many instances, action for M/CB and other offices. Reading + comprehending M/Cs action is not a natural, only a thing

that are using standard forms that
change the appearance + the concept
is lost.

EXHIBIT: 22
PAGE 4 OF 4 PAGES