# EXHIBIT    48

Hand Written Instructions Dated May 23 (Example of written feedback Plaintiff received on her work)

5/23

CK,
I want this paper back. Thanks Ken

RM,
Abu Dhabi

1. Do not change 3/31 GoE allocation. Starting point has everything added/subtracted as needed. Increase/decrease are made to non recur/added cost column.  ok

2. Cost added full yr cost of Program clerk/student bdwe in Provo. You add in what we gave them after 3/31 plus allowed full yr cost.

3. Items funded after 3/31 are added costs.

4. Add 96 Homeward passage to 96 C.C. It has not happened yet. It is anticipated for Fy 96. Placed on C.C. until actually occurs.

5. Summarize 96 CC items on side of sheet.

6. Does Utilization sheet tie?

7. Does Allowance sheet tie to Allow

8. Local Currency % should be written on sheet.

7/10

Eva

You are continuing to adjust GR submissions in the Book. This is wrong. Once Eva has reviewed GR any adjustments must be made on worksheets on computer.

The total must tie to what we gave Eva. Please correct back to 363,336.

Also, if you changed any hard copies of GR after Eva reviewed. Remove changes and make GR tie to numbers submitted to Eva

EXHIBIT: 23
PAGE 2 OF 3 PAGES

7/19/95

Rosemary

Do not leave messages regarding not coming to work.

You must talk with me or Ava.

Also if some family member or friend is delivering message. Same procedure must be followed

Carol T.

EXHIBIT: 23
PAGE 3 OF 3 PAGES