# EXHIBIT    49

MOA January 24, 1994

*United States Information Agency*

# MANUAL OF OPERATIONS
# AND
# ADMINISTRATION

*TRANSMITTAL LETTER*

TL 932D
June 24, 1994

PART V-A

### 1.    MATERIAL TRANSMITTED

Section 450, Performance Appraisal for Civil Service (PMS)
Employees has been revised. The changes include those resulting
from the USIA/AFGE Negotiated Labor-Management Agreement.  Also,
procedures have been simplified, and employees previously covered
under PMRS are now covered by the PMS regulations.  The text has
been revised to show:

--a rating of record is completed only to support a negative or
positive within-grade increase determination that conflicts with a
current rating of record or at the end of the established appraisal
cycle;

--the addition of a Performance Improvement Plan as a formal means
of providing an employee with an opportunity to improve when
performance is Unsuccessful;

--when an appraisal is done on an employee, the employee receives
the entire performance appraisal at one time, rather than in
segments; and

--a minimum three-day period for review by the Rated Employee.

### 2.    FILING INSTRUCTIONS

Insert revised pages of Section 450 in MOA Part V-A after Section
440.

EXHIBIT: 53
PAGE 1 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

450.1

400 IN-SERVICE PERSONNEL MANAGEMENT          TABLE OF CONTENTS

Section 450

USIA PERFORMANCE MANAGEMENT PLAN
PMS PERFORMANCE APPRAISAL SYSTEM FOR CIVIL SERVICE EMPLOYEES

451      GENERAL
         451.1   Applicability
         451.2   Authority
         451.3   Objectives
         451.4   Definitions
         451.5   Administrative Responsibilities
         451.6   Training of Supervisors and Employees

452      RATING AND REVIEWING OFFICERS AND RATED EMPLOYEES
         452.1   Designation of Rating and Reviewing Officers
         452.2   Responsibilities of Rating Officers
         452.3   Responsibilities of Reviewing Officers
         452.4   Responsibilities of Rated Employees

453      THE APPRAISAL PROCESS
         453.1   Identifying Performance Requirements and
                 Establishing Performance Standards
         453.2   Periodic Progress Review
         453.3   Completing a Written Performance Appraisal
         453.4   Preparation, Review and Approval Procedures
         453.5   Approval of Outstanding and Unsuccessful Ratings
         453.6   Inadmissible Comments

454      RATING PERIODS, INTERIM RATINGS, AND EXTENSIONS
         454.1   Annual Rating of Record
         454.2   Minimum Appraisal Period
         454.3   Extension of Appraisal Period
         454.4   Interim Performance Appraisal Reports
         454.5   Employees on Details or Temporary Promotions
         454.6   Within-Grade Increase Determination

455      SUBMISSION AND DISPOSITION OF REPORTS

TL 932D  (6/24/94)
(M/PPS)

EXHIBIT:  53
PAGE  3  OF  65  PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

Section 450

PERFORMANCE APPRAISAL FOR CIVIL
SERVICE (PMS) EMPLOYEES

This Section is the performance appraisal component of the Agency's performance management plan for General Schedule and Wage System employees under the Performance Management System (PMS).  The PMS compensation plan for General Schedule and Wage System employees is contained in MOA V-A 235, 239, and 260.  Other regulations relating to covered PMS employees are located as follows:  Awards Program, MOA V-A 570; Reduction in Force, MOA V-A 760; Personnel Records, Files and Reports, MOA V-A 900.

## 451  GENERAL

451.1    Applicability -

a.    The following regulations and procedures apply to all Civil Service employees (General Schedule including Schedule "C," *Senior Level,* and Wage System).  See MOA V-A 1100 for performance appraisal of the Senior Executive Service.

b.    Employees occupying positions in the excepted service for which employment is not expected to exceed 120 calendar days in a consecutive 12-month period, or positions filled by appointment by the President are excluded from coverage:

*c.    Temporary employees of less than one year may be appraised under this section.  If work requirements and standards will not be established, a written agreement to serve without an appraisal, provided by the Office of Personnel, must be signed by the employee.  Temporary employees whose appointments are extended beyond one year must be appraised under this section.*

451.2    Authority - These regulations are established pursuant to Subchapter I of Chapter 43 of Title 5, United States Code and 5 Code of Federal Regulations, Parts 430 and 432.

451.3    Objectives

a.    Communicate and evaluate accomplishment of organizational goals and objectives at both the individual and organizational levels.

TL 932D (6/24/94)
        (M/PPS)

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

451.3d

| 400  IN-SERVICE PERSONNEL MANAGEMENT | SECTION 450 |

d.  Critical Requirement (Element) - A component of the position consisting of one or more duties and responsibilities which contribute toward the accomplishment of organizational goals and objectives and which is of such importance that unacceptable (Unsuccessful) performance on the requirement (element) would result in Unsuccessful performance in the position.  At least two critical requirements (elements) must be established for all employees covered by this plan.  (Critical requirement is the term used by the Agency for a critical element as defined in 5 CFR 430.203.)

e.  Interim *Summary* Rating - The written *summary* rating level assigned for a period of less than a year but at least 90 days when there has been a change in Rating Officer, a significant change in duties, or a change in position (including detail or temporary promotion).  An interim rating is considered in determining the annual summary rating (see Section 454.1b.(3)).

f.  Noncritical Requirement (Element) - A component of the position that does not meet the definition of a critical requirement (element), but is of

sufficient importance to warrant written appraisal.

g.  Performance - An employee's accomplishment of assigned work as specified in the critical and noncritical requirements (elements) of the employee's position.

*h.  Performance Improvement Plan - A written plan for improving performance given to each employee whenever performance in one or more critical requirements is determined to be unacceptable.*

i.  Performance Plan - The aggregation of all of an employee's written critical and noncritical performance requirements and performance standards.

j.  Performance Standard - A statement of the expectations established by management for a critical or noncritical requirement (element) at a particular rating level.  A performance standard may include, but is not limited to, factors such as quality, quantity, timeliness, and manner of performance (see Section 453.1c).

TL 932D  (6/24/94)
(M/PPS)

PART V-A

## MANUAL OF OPERATIONS AND ADMINISTRATION

451.6

400 IN-SERVICE PERSONNEL MANAGEMENT                     SECTION 450

Successful level, at a minimum, at the beginning of the appraisal period; (b) reviewed and approved by the Reviewing Officer, or if required, at a higher level; (c) discussed with the Rated Employee, normally within 30 days of the beginning of the appraisal period; and (d) discussed and modified during the appraisal period, as needed.

(2) designating Rating and Reviewing Officers as appropriate.

(3) establishing appropriate goals and objectives of the employee's immediate organization, as a basis for development of performance requirements and standards for individual employees.

(4) encouraging candid and constructive discussions between Raters and Rated Employees concerning performance requirements and employee performance.

(5) ensuring timely compliance with appraisal schedules including submission of annual and interim performance ratings normally within 30 days after the end of the period covered by the ratings and completion of required higher level review of these ratings.

(6) ensuring appraisals are completed in a deliberate, fair, and objective manner and are consistent with the guidelines established in this section.

(7) ensuring that Rated Employees who do not meet the Fully Successful standard on one or more critical requirements are provided assistance in improving their performance.

(8) ensuring that performance of Agency employees detailed or assigned to other agencies or international organizations is properly appraised.

(9) ensuring the privacy and confidentiality of draft and completed ratings, including restrictions on number of copies, access to paper and electronic copies, and routine destruction of outdated file copies (see Section 455).

451.6    Training of Supervisors and Employees - The appropriate Office of Personnel shall provide periodically, and whenever appropriate, training and information for managers, supervisors and employees on the performance appraisal process, including:

TL 932D   (6/24/94)
          (M/PPS)

EXHIBIT: 53
PAGE 9 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

400 IN-SERVICE PERSONNEL MANAGEMENT

452.2

SECTION 450

will be completed by the next higher level official. If there is no higher level official who can serve as Reviewing Officer for the performance appraisal, that fact (and the reason) must be indicated in the performance appraisal section reserved for the Reviewing Officer's comments (Form 1272).

d.    If a question arises concerning who shall serve as a Rating or Reviewing Officer, the employing Associate Director (or his or her designee), Area Director or Office Director (D, C, CL, PL, OIG, GC, and B/C) or the Director of Personnel shall make the designation.

452.2    Responsibilities of Rating Officers - Rating Officers are responsible for:

a.    ensuring that Rated Employees have a clear understanding of their duties and performance requirements and standards;

b.    *inviting* the Rated Employee's participation in identifying performance requirements, critical and noncritical requirements, and performance standards;

c.    submitting such performance requirements and standards for higher level review and approval;

d.    providing to the employee normally within 30 days of the beginning of each appraisal period a copy of his or her performance plan, and the current position description (if duties and responsibilities have changed) *if requested*, and ensuring that receipt of the plan is appropriately acknowledged;

e.    frequently observing and evaluating an employee's performance in order to ensure that discussions and performance appraisal reports are based on a comprehensive view of performance rather than just a few significant events;

f.    discussing performance with the Rated Employee on a periodic basis (at least one mid-year progress review is required) throughout the appraisal period, focusing on the employee's performance in relationship to performance standards, including strengths and weaknesses, suggesting ways to improve performance, and discussing performance related extenuating circumstances;

g.    recognizing and rewarding superior performance;

TL 932D (6/24/94)
         (M/PPS)

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

452.4

400 IN-SERVICE PERSONNEL MANAGEMENT                SECTION 450

*e.    ensuring that the rating of record is approved by the pool manager prior to review by the Rated Employee.*

f.    ensuring that these procedures are adhered to by the Rating Officer and Rated Employee, as appropriate.

452.4    Responsibilities of Rated Employees - Rated Employees are responsible for:

a.    participating with the Rating Officer in determining performance requirements and standards for his or her assigned position; requesting clarification of any requirement or performance standard not clearly understood; and acknowledging receipt of requirements and standards;

b.    advising the Rating Officer of any factors or circumstances which he or she believes should be considered in appraising performance;

c.    *contributing to a list of accomplishments and* including in the performance appraisal his or her view of the job and performance; and

d.    signing the performance appraisal report to acknowledge receipt of a copy of the completed appraisal report.

453    THE APPRAISAL PROCESS

453.1    Identifying Performance Requirements and Establishing Performance Standards

a.    General Guidelines - Normally within 30 days of the beginning of each rating period, the Rating Officer must establish a written performance plan which will designate critical (and any appropriate noncritical) performance requirements and establish performance standards.  Performance plans must be consistent with (1) assigned work and the duties covered in the Rated Employee's position description, and (2) performance plans of other employees with similar duties and responsibilities.

(1)  If the employee's duties and responsibilities are clearly inconsistent with the position description, the Rating Officer must revise the position description.

(2)  To ensure a common understanding of the expected performance, joint participation by Rated Employees and the Rating Officers in the establishment of performance plans is encouraged.  Employees may

TL 932D    (6/24/94)
            (M/PPS)

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

453.1c

400 IN-SERVICE PERSONNEL MANAGEMENT                SECTION 450

(c) furthering achievement of equal employment opportunity goals; and

(d) as appropriate, factors such as: cost consciousness and cost efficiency, including requirements under the Prompt Payment Act and effective control and accountability for funds, property and other assets; maintaining and monitoring systems of internal control in their area; and taking corrective action against officials for violation of internal controls, failure to correct internal control weaknesses, or failure to resolve and/or implement audit recommendations.

c. **Performance Standards**

(1) Performance standards must be developed at the Fully Successful level for each critical and any noncritical requirement. The absence of a written performance standard *at a level other than Fully Successful* does not preclude the assignment of a rating at that level. Rating Officers may establish standards at other rating levels of performance if appropriate. The standards established at the Fully Successful level should require a fully effective level of performance

consistent with goals and objectives of the employee's immediate organization, the performance expectations of higher-level supervisors and managers, and the standards established for other employees, particularly those with similar duties and responsibilities. They also should be realistic and reasonable. Such standards should permit the accurate evaluation of job performance in relation to the requirements of the position. Correspondingly, any standard established at a higher level should be significantly more demanding.

(2) The purposes of a performance standard are to give Rated Employees specific written guidance on what they are expected to do; provide a benchmark against which the Rating Officer can make objective assessments of performance; and increase understanding between the Rating Officer and Rated Employee of the basis on which the appraisal will be made.

(3) In situations where a new Rating Officer arrives during the appraisal period, requirements and standards will be established between the Rated Employee and Rating Officer with proper

TL 932D (6/24/94)
(M/PPS)

EXHIBIT 53
PAGE 15 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

453.2d

400  IN-SERVICE PERSONNEL MANAGEMENT                    SECTION 450

(2)  explain the deficiencies in performance, citing examples;

(3)  explain the steps the Rating Officer will take to assist the employee to resolve the deficiencies such as formal and/or on-the-job training, counseling, and/or closer supervision; and

(4)  provide the performance standards at the Fully Successful level.

d.  If at any time, an employee's performance on one or more critical requirements is identified as Unsuccessful (Unacceptable), the supervisor must *provide the employee with a written Performance Improvement Plan in accordance with the paragraph below*, and start an opportunity period of at least 30 calendar days to provide a sufficient period of time for the employee to demonstrate acceptable performance (at least Minimally Successful).

e.  *Performance Improvement Plan (PIP)

(1)  If an employee's performance on one or more critical requirements is identified as Unsuccessful, the supervisor must consult with the Office of Personnel and give the employee a Performance Improvement Plan

(PIP) which states the following information:

(a)  which critical requirements were Unsuccessful (unacceptable);

(b)  the employee's deficiencies in performance citing specific examples;

(c)  the performance standards at the Minimally Successful level for those critical requirements where performance has been determined to be unacceptable;

(d)  the steps the Rating Officer proposes to take to assist the employee to resolve the deficiencies (formal or on-the-job training, counseling, and/or closer supervision);

(e)  the employee may be reduced in grade or removed if performance does not improve to, and is sustained at, an acceptable level (at least Minimally Successful);

(f)  a within-grade increase may only be given when performance is Fully Successful or better; and

TL 932D  (6/24/94)
(M/PPS)

EXHIBIT   53
PAGE  17  OF  65  PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

453.3d

400 IN-SERVICE PERSONNEL MANAGEMENT                    SECTION 450

degree in terms of such factors as quality, quantity, timeliness, and extent of supervision required, or meets the Highly Successful standard if one is provided.

(3)  Fully Successful - Performance which clearly and consistently meets the Fully Successful standard in terms of such factors as quality, quantity, timeliness, and extent of supervision required.

(4)  Minimally Successful - Performance of poor quality which falls noticeably below the Fully Successful standard for such factors as quality, quantity, timeliness, and/or extent of supervision required, or meets the Minimally Successful standard if one is provided.

(5)  Unsuccessful - Performance of very poor quality which is unacceptable and falls well below the Fully Successful standard in terms of such factors as quality, quantity, timeliness, and/or extent of supervision required, or falls short of the Minimally Successful standard if one is provided.

d.    The Rating Officer must also assign a summary rating of the Rated Employee's overall performance.  The summary rating of record may not be communicated to the

Rated Employee before approval by a person at a higher level in the organization than the Rating Officer (normally the Reviewing Officer), *and by the pool manager*, in accordance with 5 USC 430.206c.  Summary adjectival ratings are limited to the five shown below.  The ratings and accompanying decision rules for deriving them may not be modified.

(1)  Outstanding - For a summary rating of Outstanding, an employee's performance must have been rated as Outstanding on all critical requirements and no more than two noncritical requirements may be rated as low as Highly Successful.

(2)  Highly Successful - Except as noted, for a summary rating of Highly Successful, the employee's performance on all critical requirements must have been rated as at least Highly Successful and performance on noncritical requirements as at least Fully Successful.  A summary rating of Highly Successful still may be appropriate if performance on one but not more than one critical requirement is rated Fully Successful provided performance on other critical requirements is rated at least Highly Successful and the Rater *states* that (1) the

TL 932D (6/24/94)
     (M/PPS)

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

453.3f

400 IN-SERVICE PERSONNEL MANAGEMENT                         SECTION 450

requirements because of performance on noncritical requirements.

f.   An employee's annual rating of record cannot be reduced more than one level below the summary rating for performance in his or her official position because of ratings received on a detail, nor can a rating on a detail be the only basis for an annual rating of record of Unsuccessful.

g.   The performance appraisal and resulting rating of a disabled veteran may not be lowered because the veteran has been absent from work to seek medical treatment as provided in Executive Order 5396.

*h.   Ratings should reflect an employee's performance throughout the appraisal period.  If performance on one or more critical elements drops below the Fully Successful level in the last 90 days of the appraisal period, the Rating Officer may still assign a summary rating of Fully Successful based on the employee's overall performance; or, depending on the circumstances, a rating of less than Fully Successful may be assigned.*

i.   Reviewing Officer's Statement

(1)   It is Agency policy that performance appraisals should contain a meaningful Reviewing Officer's statement which includes the following information:

(a)   extent of knowledge of the specific responsibilities and assignments the Rated Employee was expected to perform;

(b)   whether the performance requirements and standards are reasonable and fair in relation to other similar positions in the Rated Employee's Office/Service/Bureau;

(c)   how well the Rated Employee carried out his or her responsibilities;

(d)   whether the nature of the working relationship between the Rated Employee and Rating Officer has a significant impact on performance or the performance appraisal process and whether the Rated Employee received adequate guidance;

(2)   The Reviewing Officer must indicate concurrence or non-concurrence of the overall summary rating assigned by the Rating Officer.  If the Reviewing

TL 932D   (6/24/94)
            (M/PPS)

EXHIBIT:   53
PAGE 2 r OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

453.4e

**400 IN-SERVICE PERSONNEL MANAGEMENT**                    **SECTION 450**

e.    The Reviewing Officer (or other higher level reviewer) forwards the rating of record to the performance award pool manager for approval and signature in Section V prior to communication to the Rated Employee.  For Outstanding and Unsuccessful ratings, see section 453.5.

f.    Following all approvals discussed above, the performance appraisal is returned to the Rating Officer for discussion with the Rated Employee.  Employees should have a reasonable amount of time, normally three working days, to review completed appraisal reports, and add comments if desired in Section VI of the appraisal form. Supervisors should read and consider such comments.  The completed appraisal must be signed by the Rated Employee to acknowledge receipt of a copy.  No further changes or additions may be made after this signature without informing the employee in writing. The Rated Employee's signature does not indicate agreement with the rating, preclude his/her rebuttal, or prevent the employee from filing a grievance.  Refusal to sign a performance appraisal report doesn't preclude its placement in the Rated Employee's performance file.

g.    The performance appraisal must be reviewed and approved again in accordance with all procedures in this section if it is changed for any reason.

h.    Narrative justification is normally to be contained within the space provided on the performance appraisal (IA-1272), but is limited to no more than one additional page overall. There is no limitation on the comments provided by the employee.

i.    The Rating Officer will forward the performance appraisal to the appropriate Office of Personnel for filing.*

453.5    Approval of Outstanding and Unsuccessful Ratings

a.    Since the Outstanding and Unsuccessful overall summary ratings are given considerable weight in the Merit Promotion process, career ladder promotions, awards, and establishing Reduction in Force registers, they must be approved by the appropriate Associate/Office/Service Director, or designee (or by the Agency Director or Deputy Director for ratings prepared by Associate or Office

TL 932D (6/24/94)
        (M/PPS)

EXHIBIT:   53
PAGE 23 OF 65 PAGES

PART V-A

## MANUAL OF OPERATIONS AND ADMINISTRATION

| | 454 |
|---|---|
| 400 IN-SERVICE PERSONNEL MANAGEMENT | SECTION 450 |

medical problems to be diagnosed only by medical personnel and should not be specifically discussed in any performance appraisal report. Reference may be made to the confirmed knowledge of a disability or medical problem only to the extent that it affects job performance.

c.    mention of initiation of, involvement in, or participation in grievance or EEO procedures except when an appropriate authority has determined that an employee has committed a discriminatory action;

d.    comments on an employee's participation or non-participation in employee organizations or activities, such as Unions, Credit Union Committees, Foreign Affairs Recreation Association, etc.;

e.    recommendations on reclassification of the Rated Employee's position to a higher grade; and

f.    reference to previous performance ratings or events or performance outside the rating period.

NOTE:  This list does not include all inadmissible comments.  The final decision on whether a comment is inadmissible will be made by the appropriate Office of Personnel.

454  RATING PERIODS, INTERIM RATINGS, AND EXTENSIONS

454.1    Annual Rating of Record - Regular annual ratings of record will be prepared on Form IA-1272:

a.    For Civil Service employees in grades GS-7 through *GS-12, GS-13 through GS-15 (non-supervisory), and Senior Level who are not under SES, for the period May 1 through April 30; and for Civil Service employees GS-13 through GS-15 (supervisory), for the period July 1 through June 30*.  Ratings of record must be approved and submitted to the appropriate Office of Personnel no later than June 15 following the end of the appraisal period for the former goup and September 1 for the latter group.

b.    For Civil Service employees in grades GS-1 through GS-6 and all Wage System employees for the period January 1 through December 31.  Ratings of record must be approved and submitted to the appropriate Office of Personnel no later than February 15 following the end of the rating period.

454.2    Minimum Appraisal Period - Any employee assigned to a PMS position generally must receive at least one rating of record each year.

TL 932D  (6/24/94)
        (M/PPS)

EXHIBIT    53
PAGE 25 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

454.4c

400 IN-SERVICE PERSONNEL MANAGEMENT                    SECTION 450

c.   If the Rated Employee has received one or more interim ratings during the annual rating period, the Rating Officer must consider these ratings, including ratings from other Federal agencies, in determining the employee's annual rating of record.   The determination *must* be prepared in a memorandum, with applicable interim and/or summary ratings attached, addressed to the Office of Personnel (M/P, B/PL or B/CP).   The memorandum must contain review and approval signatures appropriate to the performance appraisal process (see Exhibit B).   In making determinations of annual ratings of record based on interim ratings given to the employee throughout the annual rating period, supervisors should carefully consider the following factors:

(1)   Relative difficulty of the performance requirements and standards of both the current and previous interim rating periods;

(2)   Performance of the employee during the interim rating periods and any recent improvement or deterioration in performance; and

(3)   Length of time covered by the interim rating(s).

d.   Interim ratings given during the appraisal period shall not supersede the annual rating of record.   Such ratings shall be considered by the Rating Officer who prepares the next annual rating of record.

e.   For performance award provisions pertaining to employees whose performance cannot be appraised for the 90-day minimum appraisal period, see MOA V-A 260.

454.5   Employees on Details or Temporary Promotions

a.   At a minimum, ratings on critical requirements must be prepared when an employee is detailed or temporarily promoted for *90* days within or 90 days outside the Agency and has served for the minimum of a 90-day appraisal period under a performance plan.   If the employee served in the Agency for at least the minimum appraisal period, the employee must receive a rating of record from the Agency.

b.   At a minimum, employees must be given written critical performance requirements and standards no later than 30 calendar days after the beginning of a detail or temporary promotion within the Agency when the

TL 932D   (6/24/94)
(M/PPS)

EXHIBIT: 53
PAGE 27 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

<table>
<tr><td></td><td>456</td></tr>
<tr><td>400 IN-SERVICE PERSONNEL MANAGEMENT</td><td>SECTION 450</td></tr>
</table>

c.    The original copy of completed *interim reports and the Rating of Record* must be submitted by the Rating Officer to the appropriate Office of Personnel (M/PD, B/PL or B/CP), for filing. The performance rating, including the performance plan on which the rating is based, will be filed in the Employee's Performance Folder (EPF) and retained for *four* years.

d.    If an employee moves to another Federal agency at any time during the appraisal period, the performance ratings of record of the past *four* years and the most current performance plan must be transferred in the Official Personnel Folder.  If an employee has served a minimal appraisal period, a summary rating must be prepared which must be taken into consideration by the gaining agency when determining the next rating of record.

*e.    If there are one or more interim ratings to be taken into consideration by the current Rating Officer for the annual rating of record, the EPF copies should be attached to the required memorandum.*

456   USE OF PERFORMANCE APPRAISALS

456.1    Communication of Organizational Objectives - Goals and objectives of the employee's immediate organization should be established and communicated through the appraisal process. Such goals and objectives can be established by Associate or Office Directors when determining the performance requirements and standards for subordinate managers.  These managers can use these goals and objectives as a basis for developing performance requirements and standards for subordinate employees.

456.2    Review of Duties and Performance Requirements - The appraisal process provides an opportunity for the supervisor to discuss with the subordinate the duties and performance requirements of the position, as well as the employee's performance.  It also provides an opportunity for supervisors and employees to identify the employee's strengths and areas in which his or her performance could be improved or supervisory assistance is required.

TL 932D   (6/24/94)
            (M/PPS)

EXHIBIT:    53
PAGE  29  OF  65  PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

456.8

400 IN-SERVICE PERSONNEL MANAGEMENT                    SECTION 450

on-the-job training, to improve employee effectiveness. Supervisors and employees should follow normal Agency procedures (see MOA V-A 420) to request training.

456.8    Reduction in Force (RIF)

a.    An employee's performance is one of the factors considered in determining the employee's retention standing in a reduction in force, consistent with OPM regulations. For RIF purposes, a rating of record of Outstanding, Highly Successful, Fully Successful, Minimally Successful, or Unsuccessful is the rating given at the end of the annual appraisal cycle.

b.    No rating of record may be assigned for the sole purpose of affecting an employee's RIF retention standing.

c.    Additional service credit as described in MOA V-A 760 will be based on the employee's last three annual performance ratings of record received during the *four*-year period prior to the date of issuance of specific reduction-in-force notices.

d.    See MOA V-A 760, Reduction-in-Force, for details on credit for performance under a reduction-in-force situation.

456.9    Reduction in Grade or Removal Based on Unsuccessful ("Unacceptable") Performance - A removal or reduction in grade based on Unsuccessful ("Unacceptable") performance must be supported by a written notice giving the specific instances of such employee's Unsuccessful performance on one or more critical requirements. This information should be gathered during the performance appraisal process. Action to reassign, demote or remove an employee may be taken at any time during the appraisal period, but only after the employee has been given *a Performance Improvement Plan and* an opportunity to demonstrate acceptable performance. (See Section 453.2e).

457 REBUTTALS AND GRIEVANCES

457.1    Discussions with Rating and Reviewing Officers - An employee who disagrees with his or her performance appraisal should first discuss it with the Rating and/or Reviewing Officers when the report is being prepared. If

TL 932D   (6/24/94)
          (M/PPS)

EXHIBIT  53
PAGE 31 OF 65 PAGES

PART V-A

MANUAL OF OPERATIONS AND ADMINISTRATION

458.2b

<u>400  IN-SERVICE PERSONNEL MANAGEMENT</u>                    <u>SECTION 450</u>

b.    The evaluation will consider:

(1)    Comments of supervisors and employees solicited each year by the Director of each Office of Personnel;

(2)    A representative sample of performance requirements, standards and ratings given to covered employees during the previous appraisal period;

(3)    Past, current and projected rating distributions of the appropriate elements to determine any trends or problems (but not to establish any forced distribution or ratings); and

(4)    Any other appropriate factors.

459    UNION AND BARGAINING UNIT EMPLOYEE RIGHTS

459.1    <u>Union Rights</u>

a.    In accordance with Federal statute, an exclusive labor organization (Union) must be given the opportunity to be present at "formal" discussions between supervisors and Civil Service employees.  Formal discussions include meetings between supervisors and bargaining unit employees where critical

and noncritical performance requirements and standards are established and/or modified.

b.    The Agency recognizes *its statutory obligation to provide the Union advance notice and opportunity* to attend these discussions.  The specific notification procedures which have been agreed to by the parties are contained in the appropriate negotiated agreement.  For details on the procedures to be followed in assuring the Unions' right to notification of these discussions, supervisors of employees who are in the AFGE bargaining unit should refer to *Article 18, Section 5,* of the Negotiated Agreement between USIA and AFGE, Local 1812, and supervisors of employees in the NFFE bargaining unit should refer to Section 4, Article V, of the Negotiated Agreement between USIA and NFFE, Local 1418.

459.2    <u>Employee's Rights</u>

a.    In accordance with Federal statute, employees who are part of a bargaining unit that is represented by an exclusive labor organization (Union) have entitlement to representation, if they so desire, in certain situations. With regard specifically to

TL 932D. (6/24/94)
       (M/PPS)

EXHIBIT: 53
PAGE 33 OF 65 PAGES

## PART V-A

## MANUAL OF OPERATIONS AND ADMINISTRATION

|  | EXHIBIT 450A |
| --- | --- |
| 400  IN-SERVICE  PERSONNEL  MANAGEMENT | SECTION 450 |

Form   IA - 1272 - Performance Appraisal Report

(Pages 1 - 11)

TL 932D (6/24/94)

EXHIBIT: 53
PAGE 35 OF 65 PAGES

**United States
Information Agency**

**PERFORMANCE APPRAISAL REPORT**

**Wage System and
GS 1 - 15 Personnel
Senior Level**

USIA

**Type of Report** (Check One)

☐ Annual Rating of Record
☐ Interim - Departure of Employee
☐ Interim - Departure of Rater
☐ Interim - Change of Duties
☐ Rating of Record - WGI Determination
☐ Interim - Completion of Detail or Temporary Promotion
☐ Interim - Other: _____
(Specify Reason)

## SECTION I. GENERAL PERSONNEL INFORMATION

| Name of Rated Employee | SSN | Performance Appraisal Period |
|---|---|---|

| Title, Grade, and Pay System | | Organizational Symbol |
|---|---|---|

| Name and Title of Rating Officer | | Name and Title of Reviewing Officer |
|---|---|---|

| Date Report Submitted to Personnel Office (M/P, B/PL, or B/CMP) | Is This Position Supervisory? ☐ Yes ☐ No |
|---|---|

### GENERAL INFORMATION

Rated Employees, Rating and Reviewing Officers should read MOA V-A 450 for policies and detailed instructions. Questions should be directed to the appropriate personnel office (M/PDM, M/PDP, B/PL or B/CP).

#### AT THE BEGINNING OF THE RATING PERIOD

—Normally within 30 days of the beginning of the rating period, the Rating Officer, in joint participation with the Rated Employee must determine at least two critical and any non-critical requirements of the position, establish a performance standard for the Fully Successful level for each requirement, and clearly and concisely state them in Section II-A.

—If an employee has significant supervisory responsibilities, at least one critical requirement must address these responsibilities.

—Performance requirements and standards must be reviewed, signed and dated at the beginning of the rating period by the Rating and Reviewing Officers and the Rated Employee in Section I-A.

—If a new Rating Officer arrives during the appraisal period, requirements and standards will be established on a new form IA-1272 between the Rated Employee and Rating Officer with proper signatures and dates, even if the requirements and standards do not change.

#### DURING THE RATING PERIOD

—The Rating Officer must discuss performance with the Rated Employee at least once, preferably mid-way through the rating period, and is encouraged to do so more frequently. At the time of the discussion(s), the Rating Officer should sign and date Section I-B and the Rated Employee should sign Section I-C.

—Any modifications to the requirements and/or standards must be documented by the Rating Officer in Section I-B, approved by the Reviewing Officer in Section I-B, and certified by the Rated Employee in Section I-C.

#### AT THE END OF THE RATING PERIOD

—The Rating Officer initiates the appraisal process by soliciting the Rated Employee's comments on his/her performance (including specific accomplishments during the appraisal period). The Rating Officer and Rated Employee should discuss the employee's accomplishments and deficiencies with respect to each performance requirement and its standard.

The Rating Officer prepares the appraisal in Section II and III.

—The Rating Officer signs and dates the form and submits the appraisal for higher level review and approval to the Reviewing Officer.

—The Reviewing Officer indicates concurrence in the Rating Officer's summary rating in Section IV, Part A, prepares the narrative review in Section IV, Part B, and signs and dates the form. If there is no higher level official who can serve as Reviewing Officer, that fact and the reason must be indicated in Section IV.

—The summary rating must be reviewed and approved by a person at a higher level in the organization than the Rating Officer before communication to the Rated Employee. If there is no Reviewing Officer, a higher level approval is required in Section V in addition to the pool manager if the pool manager is other than the Associate/Office/Service Director (or another official in the chain of command).

—The Reviewing Officer (or other higher level reviewer) forwards the performance appraisal to the performance award pool manager for approval of the summary rating and signature in Section V before communication to the Rated Employee.

—For an Outstanding or Unsuccessful summary rating, approval by the Associate/Office/Service Director is required in Section V before communication to the Rated Employee.

—The performance appraisal is returned to the Rating Officer for discussion with the Rated Employee.

—The Rated Employee may add comments in Section VI, if desired. The Rated Employee should have a reasonable amount of time, normally three working days, to review the completed appraisal. Supervisors should read and consider the Rated Employee's comments. The performance appraisal must be reviewed and approved again in accordance with procedures above if the summary rating is changed for any reason.

—Narrative justification is normally to be contained within the space provided on the appraisal form, but is limited to no more than one additional page overall. There is no limitation on the comments provided by the Rated Employee.

—The Rating Officer will forward the completed performance appraisal to the appropriate Office of Personnel for filing.

—See MOA V-A 450 for information on interim ratings.

IA-1272
(1-94)

EXHIBIT 53
PAGE 31 OF 65

Name of Rated Employee _____    Section II: Page _____ of _____

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number _____    (Note: Use a separate page for each performance requirement

A. (Complete this Item at the beginning of rating period)

**Performance Requirement :**

Is this a critical requirement ?                    Yes _____    No _____

**Fully Successful Performance Standard (other standards optional):**

B. (Complete this item normally within 30 days after end of rating period)

**Evaluation of performance on this requirement: Level of Achievement (Check one)**

_____ Outstanding        _____ Highly        _____ Fully        _____ Minimally        _____ Unsuccessful
                                Successful            Successful          Successful

**Describe specific reasons, citing examples, for this rating:**

3

EXHIBIT _____ 53
PAGE 39 OF 65 PAGES

Name of Rated Employee _____    Section II, Page _____ of _____

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number _____    (Note: Use a separate page for each performance requirement)

A. (Complete this Item at the beginning of rating period)

   **Performance Requirement :**




   Is this a critical requirement ?        Yes _____  No _____

   **Fully Successful Performance Standard (other standards optional):**




B. (Complete this item normally within 30 days after end of rating period)
   Evaluation of performance on this requirement: Level of Achievement (Check one)

   _____ Outstanding    _____ Highly         _____ Fully         _____ Minimally      _____ Unsuccessful
                              Successful            Successful          Successful

   **Describe specific reasons, citing examples, for this rating:**

Name of Rated Employee _____ Section II: Page _____ of _____

## SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number _____ (Note: Use a separate page for each performance requirement)

A. (Complete this Item at the beginning of rating period)

   **Performance Requirement :**

   Is this a critical requirement ?                    Yes _____   No _____

   Fully Successful Performance Standard (other standards optional):

B. (Complete this item normally within 30 days after end of rating period)

   Evaluation of performance on this requirement: Level of Achievement (Check one)

   ____ Outstanding    ____ Highly          ____ Fully           Minimally          ____ Unsuccessful
                            Successful           Successful      ____ Successful

   Describe specific reasons, citing examples, for this rating:

7

Name of Rated Employee _

## SECTION IV.  REVIEWING OFFICER'S STATEMENT

Reviewing Officers must have served a sufficient time (normally 90 days) in their position to have adequate basis for completing this statement.  If there can be no Reviewing Officer, the reasons should be explained in IV-B below.

### A.   Overall Rating

The Reviewing Officer must check one of the statements below.   If there is a difference between the rating given by the Rating Officer and that given by the Reviewing Officer, the latter will prevail.  In such cases, the Reviewing Officer must explain this difference of opinion through specific references to ratings in Section II and III and must discuss this Section in draft with the Rating Officer.  It must also be discussed with the Rated Employee following any required approvals.

_____ I concur in the Overall Summary Rating assigned in Section III or

_____ I do not concur in the Overall Summary Rating assigned in Section III and assign the following Overall Summary Rating instead (Check one):

_____ Outstanding   _____ Highly Successful   _____ Fully Successful   _____ Minimally Successful   _____ Unsuccessful

### B.   Reviewing Officer's comments

Comment on: (1) extent of knowledge of the specific responsibilities and assignments the Rated  Employee was expected to perform ; (2) whether the performance requirements and standards are reasonable  and fair in relation to other similar positions; (3) how well the Rated Employee carried out his/her responsibilities; and (4) whether  the nature  of the working  relationship between the Rated Employee and Rating  Officer has a significant impact on performance or the performance appraisal process and whether the Rated Employee received adequate guidance.

_____          _____
Signature of Reviewing Officer                              Date

EXHIBIT: ___53___
PAGE 45 OF 65 PAGES

Name of Rated Employee _____

## SECTION VI.  RATED EMPLOYEE'S COMMENTS

The Rated Employee may use this space to provide additional comments and insights into his/her performance during the rating period. These optional comments should not be construed automatically as a rebuttal of the performance appraisal. Additional pages may be added if necessary. The Rated Employee should sign below to indicate he or she has read the appraisal and received a copy of it. The Rated Employee's signature does not indicate agreement with the appraisal.

_____          _____
Signature of Rated Employee                         Date

11

EXHIBIT ___ 55
PAGE 47 OF 65 PAGES

PART V-A

## MANUAL OF OPERATIONS AND ADMINISTRATION

EXHIBIT 450B

400 IN-SERVICE PERSONNEL MANAGEMENT                    SECTION 450

Performance Appraisal System for Non-U.S. Citizens Employed in
the United States (GG Employees)

(Pages 1 - 15)

TL 932D   (6/24/94)

EXHIBIT:   53
PAGE 49 OF 65 PAGES

Part V-A

## MANUAL OF OPERATIONS & ADMINISTRATION

Exhibit 450I
(page 1)

---

400  IN-SERVICE PERSONNEL MANAGEMENT                            Section 450

---

Exhibit 450C – Performance Appraisal System for Non-U.S. Citizens
Employed in the United States (GG Employees)

### 451 GENERAL

1. **COVERAGE**

   This exhibit incorporates the guidelines for appraising the performance of
   Non-U.S. Citizen (GG) employees, including those serving on a personal
   services contract. A copy of the form is attached.

2. **EFFECTIVE DATE**

   These policies are effective May 1, 1988, for all GG employees.

3. **GUIDELINES**

   Performance appraisals for GG employees serve as a basis for within-grade
   increases, performance awards, quality step increases, promotions,
   appointment renewals and retention determinations as well as a basis for
   establishing specific performance expectations and providing feedback on
   accomplishments and any deficiencies. Accordingly, they should be
   completed in a deliberate, fair and objective manner.

   The following basic steps must be taken in appraising the performance of
   GG employees using the revised appraisal form attached to this exhibit.

   A. **Establish Performance Requirements and Standards**

      (1) Performance requirements and standards normally should be
          established within 30 days for each GG employee, (Section
          II-A). Although the Rating Officer (usually the Rated
          Employee's supervisor) has the final responsibility, employees
          should participate in this process to ensure a common
          understanding of expected performance.

      (2) At least two critical requirements must be established for each
          position. A critical requirement is so important that
          performance below the Fully Successful level on even one such
          requirement normally would warrant the denial of a within-grade
          increase and might warrant removing or demoting the employee.
          Noncritical requirements should be included only if the
          responsibilities involved are important enough to be appraised.
          Requirements should be stated in specific, clear, and concise
          terms and numbered with a separate page for each requirement.

      (3) Performance standards must be established for at least the Fully
          Successful level for each performance requirement. Fully
          Successful standards must require a good, fully effective level
          of performance. Standards for other levels are optional.

EXHIBIT:  53
PAGE  51  OF  65  PAGE

Part V-A

## MANUAL OF OPERATIONS & ADMINISTRATION

Exhibit 49
(page 3)

- 3 -

D. **Complete Appraisals**

   (1) **Requirements for Ratings**

       a. The performance of GG employees must be rated at least once a year.

       b. Appraisals should be completed for employees who have been in their position for at least 90 days and are (1) promoted or reassigned or have a significant change in duties or (2) if they are detailed or temporarily promoted for a period of 90 days or longer. An appraisal also should be completed if the Rating Officer Changes and the employee has served under the previous Rating Officer for at least 90 days. Such interim ratings should be considered in determining an overall annual summary performance rating. Appraisals do not have to be completed simply due to a change in the shift to which an employee is assigned.

       c. Annual summary performance ratings normally must be completed within 45 days of the end of the annual performance appraisal period, i.e., April 30 for all GG employees who have served in the position for at least 90 days. The rating period must be extended up to 90 days if the employee has been in his or her current position for less than 90 days, or if the Rating Officer has had less than 90 days to observe the employee's performance, and the employee has not received an interim rating earlier in the year.

   (2) **Rating Process**

       a. Before completing an appraisal, a Rating Officer must solicit and consider the views of the Rated Employee.

       b. The Rating Officer then must assess the Rated Employee's performance on each performance requirement in Section II-B by assigning a rating level and writing a brief narrative assessment, which clearly and specifically explains the reasons for the rating and includes specific details on significant achievements or deficiencies, particularly if performance exceeded or failed to meet the Fully Successful standard. Finally, the Rating Officer must assign an overall summary rating in Section III and add any appropriate comments on the Rated Employee's overall performance, including the consideration given to any interim ratings in determining the overall annual rating. Paragraph (5) lists factors which must not be considered or included in an appraisal by any of the participants in the rating process.

EXHIBIT: ____53____
PAGE _53_ OF _65_ PAGE

Part V-A

# MANUAL OF OPERATIONS & ADMINISTRATION

Exhibit
(page

---

**400   IN-SERVICE PERSONNEL MANAGEMENT**                          **Section 450**

---

- 5 -

(b) Mention of a medical problem, such as a physical handicap,
alcoholism, or drug abuse;

(c) Mention of performance occurring outside the rating period
being addressed by the appraisal, except to note trends
that have continued in the current period;

(d) Mention of initiation or participation in grievance or EEO
procedures, except when an appropriate authority has
determined that an employee has committed a discriminatory
action

(e) Mention of an employee's activities on behalf of a Union
having exclusive recognition within the Agency; or

(f) Mention of future personnel plans or possibilities (e. g.,
reassignment or retirement of the employee).

Questions on whether a particular factor can be considered or
included in an appraisal should  be addressed to the appropriate
Office of Personnel (VOA/PL, M/PPS or VOA/MP) which is
responsible for making the final determination in such matters.

E.   Review and Establish Performance Requirements and Standards for
the Next Appraisal Period

Once appraisals have been completed and approved, Rating
Officers, in consultation with Rated Employees, must review
existing requirements and standards, make any necessary
revisions and establish new ones for the next appraisal period.
Until new requirements and standards are established in
accordance with paragraph A, existing ones will be in effect.

F.   Related Policies

Policies and procedures governing within-grade increases,
performance awards and quality step increases for GG, GS and
Wage employees are included in Sections 235, 260 and 239
respectively; of the Agency's Manual of Operations and
Administration (MOA Part V-A).

(G)  Further Information

For additional guidance, individuals should contact their
servicing personnel office (VOA/PL, M/PPD or VOA/MP).

EXHIBIT:  53
PAGE  55  OF  65  PAGES

**Part** V–A

# MANUAL OF OPERATIONS & ADMINISTRATION

**400   IN-SERVICE PERSONNEL MANAGEMENT**      **Section 450**

---

**LEVELS OF ACHIEVEMENT** - The following levels must be used to rate an employee's performance on each individual requirement in Section II-B:

**Outstanding** - Performance of rare high quality which clearly and consistently far exceeds the Fully Successful standard to an outstanding degree in terms of such factors as quality, quantity, timeliness, and the extent of supervision required, or exceeds the Highly Successful standard if one is provided.

**Highly Successful** - Performance of unusually good quality which clearly and consistently exceeds the Fully Successful standard to a significant degree in terms of such factors as quality, quantity, timeliness, and extent of supervision required, or meets the Highly Successful standard if one is provided.

**Fully Successful** - Performance which clearly and consistently meets the Fully Successful standard in terms of such factors as quality, quantity, timeliness and extent of supervision required.

**Minimally Successful** - Performance of poor quality which falls notably below the Fully Successful standard for such factors as quality, quantity, timeliness, and/or extent of supervision required, or meets the Minimally Successful standard if one is provided.

**Unsuccessful** - Performance of very poor quality which is unacceptable and falls well below the Fully Successful standard in terms of such factors as quality, quantity, timeliness, and/or extent of supervision required, or falls short of the Minimally Successful standard if one is provided.

---

**SECTION I-A**      (To be completed by Rating Officer, Rated Employee, and Reviewing Officer at beginning of rating period.)

We certify that the performance requirements in Section II, pages _____ through _____, and accompanying performance standards were established on _____, after discussion between us, and that each of us has received a copy of them.

_____      _____
Signature of Rating Officer    Date        Signature of Rated Employee    Date

I certify that performance requirements and standards are consistent with applicable guidelines and the expectations of higher-level management.

_____
Signature of Reviewing Officer    Date

---

**SECTION I-B** (To be completed by Rating and Reviewing Officers during the rating period.)

I certify that performance review discussions with the Rated Employee were held on _____

I certify that if any modifications to the requirements and/or standards were made on _____, such changes are reflected in the revised standards/requirements which are attached to the performance plan and the Rated Employee was provided a copy of the revisions.

_____
Signature of Rating Officer    Date

I certify that I have reviewed and approved any modifications.

_____
Signature of Reviewing Officer    Date

---

**SECTION I-C** (To be completed by Rated Employee upon completion of mid-year performance review discussions.) period.)

YES   NO   I certify that:

☐    ☐    1. My Rating Officer and I discussed my performance on the following dates during the rating period: _____

☐    ☐    2. If applicable, any modifications and additions to the requirements and standards in Section II were discussed with me.

_____
Signature of Rated Employee    Date

2

---

EXHIBIT: _53_
PAGE _57_ OF _65_ PAGES

**400   IN-SERVICE PERSONNEL MANAGEMENT**                              **Section 450**

---

Name of Rated Employee _____     Section II:  Page _____ of _____

### SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number _____ (NOTE. Use a separate page for each performance requirement)

A.   (Complete this item at the beginning of rating period)
     **Performance Requirement:**




     Is this a critical requirement?                    Yes _____ No _____
     **Fully Successful Performance Standard (other standards optional)**




B.   (Complete this item normally within 30 days after end of rating period)
     Evaluation of performance on this requirement: Level of Achievement (check one)

     _____ Outstanding    _____ Highly        _____ Fully        _____ Minimally    _____ Unsuccessful
                                   Successful            Successful          Successful

     **Describe specific reasons, citing examples, for this rating:**



4

EXHIBIT: _53_
PAGE _59_ OF _65_ PAGES

**Part V-A**

Exhibit 450B
(page 11)

# MANUAL OF OPERATIONS & ADMINISTRATION

**400   IN-SERVICE PERSONNEL MANAGEMENT**                          **Section 450**

---

Name of Rated Employee _____     Section II:  Page _____ of _____

### SECTION II. EVALUATION OF INDIVIDUAL PERFORMANCE REQUIREMENTS

Performance Requirement Number _____ (NOTE. Use a separate page for each performance requirement)
A.   (Complete this item at the beginning of rating period)
     **Performance Requirement:**

Is this a critical requirement?                         Yes _____ No _____
**Fully Successful Performance Standard** (other standards optional):

B.   (Complete this item normally within 30 days after end of rating period)
     **Evaluation of performance on this requirement: Level of Achievement** (check one)

_____ Outstanding   _____ Highly        _____ Fully        _____ Minimally      _____ Unsuccessful
                               Successful            Successful           Successful

     Describe specific reasons, citing examples, for this rating.

6

---

TL 932D            (6/24/94)

Part V-A

**MANUAL OF OPERATIONS & ADMINISTRATION**

Exhibit 450B
(page 13)

---

**400   IN-SERVICE PERSONNEL MANAGEMENT**                                                **Section 450**

---

Name of Rated Employee_____

### SECTION III. OVERALL SUMMARY RATING

A. After completing Section II. the Rating Officer must assign one of the overall summary ratings listed below (modifications or substitutions are not permitted). The summary rating is based primarily upon the Rated Employee's performance of critical requirements and may not be reduced more than one level below the summary rating derived from critical requirements because of performance on noncritical requirements.

Summary Levels of Achievement (check one):

_____ **Outstanding** - All critical requirements must have been rated Outstanding and no more than two noncritical requirements may be rated as low as Highly Successful.

_____ **Highly Successful** - All critical requirements must have been rated at least Highly Successful and all noncritical requirements at least Fully Successful. A Highly Successful summary rating may still be appropriate if performance on one, but not more than one, critical requirement is rated Fully Successful, provided performance on other critical requirements is rated at least Highly Successful and the Rater concludes that (1) the requirement was relatively less important than other critical requirements and (2) required only a small portion of the time of the employee and (3) that performance on that requirement was offset by performance on two or more other critical requirements.

_____ **Fully Successful** - Performance on all critical requirements must have been rated at least Fully Successful and performance on not more than one noncritical requirement rated as low as Minimally Successful. In exceptional cases, a summary rating of Fully Successful still may be appropriate if performance on one, but not more than one, critical requirement is rated Minimally Successful, provided the Rater concludes that (1) the requirement was significantly less important than other critical requirements and (2) required only 10 - 15% of the time of the employee and (3) that performance on the requirement was offset by at least Fully Successful ratings on two other more critical requirements, or by at least a Highly Successful rating if there was only one other critical requirement.

_____ **Minimally Successful** - Except as noted above under Fully Successful, a summary rating of Minimally Successful is appropriate if the employee's performance has been rated as Minimally Successful on one or more critical or two or more noncritical requirements (see MOA V-A-Exhibit 450C).

_____ **Unsuccessful** - A summary rating of Unsuccessful is required if the employee's performance on one or more critical requirements has been rated as Unsuccessful.

B. **Optional comments:** The Rating Officer may add any comments not covered elsewhere in the report to explain the overall rating chosen.

_____          _____
Signature of Rating Officer                              Date

8

TL 932D          (6/24/94)

EXHIBIT: 53
PAGE 63 OF 65 PAGES

Form V-A

Exhibit 450 B
(page 15)

# MANUAL OF OPERATIONS & ADMINISTRATION

**400  IN-SERVICE PERSONNEL MANAGEMENT**                    **Section 450**

Name of Rated Employee _____

### SECTION V. RATED EMPLOYEE'S COMMENTS

The Rated Employee may use this space to provide additional comments and insights into his/her performance during the rating period. These optional comments should not be construed automatically as a rebuttal of the performance appraisal. Additional pages may be added if necessary. The Rated Employee should sign below to indicate he or she has read the appraisal and received a copy of it. The Rated Employee's signature does not indicate agreement with the appraisal.

Signature of Rated Employee                          Date

10

TL 932D          (6/24/94)

EXHIBIT: 53
PAGE 65 OF 65 PAGES