# EXHIBIT 52

Affidavit of Dolores Bulles

CITY OF:    Arlington
STATE OF:   Virginia

AFFIDAVIT

I, Dolores Bulles, Administrative Services Assistant, GS-303-7, Policy, Plans and Management Division, in the Office of Inspector General, State Department, and formerly Purchasing Agent, GS-1105-7, Office of Administration and Management, Office of Inspector General, United States Information Agency (hereinafter "Agency"), do solemnly swear or affirm:

I am submitting this affidavit in response to questions by Investigator, Lee M. Kramer, to answer the complaint of discrimination of Rose Mary Dews-Miller, dated March 28, 1996, against the Agency.

For the record I have worked for the government for approximately twelve (12) years.

I understand the Complainant is alleging that she was discriminated against on the basis of reprisal, for previous EEO activities, when the following events occurred:

(1) For the May 1, 1994 to January 24, 1995 Performance Report, she received a "Minimally Successful" performance rating. The Rating and Reviewing Officers failed to discuss the "Minimally Successful" rating or to explain her deficiencies to her before issuing this rating, pursuant to the Manual of Operations and Administration (MOA), Part V-A, Section 453.2(c)(1), (2) and (3);

(2) For the February 1, 1995 to July 31, 1995 Performance Appraisal Report, she received a "Minimally Successful" performance rating. The Rating and Reviewing Officers failed to discuss the "Minimally Successful" rating or to explain her deficiencies to her before issuing the rating, pursuant to the MOA, Part V-A, Section 453.2(c)(1), (2) and (3);

(3) From September 5, 1995 through November 24, 1995, she was placed on Absence Without Leave (AWOL) because of a work injury. She reported the work injury to her then immediate supervisors (Rating and Reviewing Officers), pursuant to MOA, Part V-A, Section 506.3(c)(1). However, the Management Official who placed her on AWOL was not her supervisor at the time of her work injury; and

Page 1 of 4 Pages                              Initials: DNB

EXHIBIT 19
PAGE 1 OF 5 PAGES

(4) On November 9, 1995, she was denied a Within Grade Increase (WGI). The Rating and Reviewing Officers failed to discuss her deficiencies in performance with her that resulted in the denial of the WGI, pursuant to MOA, Part V-A, Section 453.2(c)(1), (2) and (3).

I was the Purchasing Agent in the Office of Administration and Management in the OIG from around July, 1991 through April, 1996. I worked with the Complainant until she left the OIG in late January, 1995. She was the Administrative Officer. To the best of my knowledge, Darwin Roberts was my first line supervisor at the time when I was requested by him to take over the Complainant's January 24, 1995 Performance Appraisal. Mr. Roberts would often ask me to hand deliver important documents to other offices. This was not an unusual occurrence for him to ask me to hand deliver an envelope. I did as he requested and I went over to the Office of the Comptroller and told Ms. Carol Keith, the Complainant's supervisor, that I had an "eyes only" envelope for the Complainant. I asked Ms. Keith if I could please place the "eyes only" envelope on the Complainant's desk. The Complainant was not in the office at the time.

As Purchasing Agent for the OIG I purchased everything for the OIG and was the contracting officer for the Audit Services Contracts. The Complainant was not responsible for negotiating contracts with vendors. The Complainant was only to coordinate the dates for the training. I was responsible for negotiating the price and sending out the purchase orders. The Complainant was only supposed to call the training vendor and register the person taking the training. Then she was supposed to have given me the training forms and she was supposed to tell me that she registered the person for training on a certain date and then I would call the training vendor, negotiate the price, prepare the purchase order and mail/fax it to the vendor. Then I would give the Complainant a copy of the purchase order along with the training application and the Complainant as the Administrative Officer was to notify the trainee that they were scheduled to take the training.

The Complainant would often take it upon herself to negotiate the price with the vendor, confirm all the details with the vendor, and then would tell me to prepare a purchase order. This was not the Complainant's responsibilities. I was the Purchasing Agent and it was my responsibility to take care of negotiating the price and confirming the trainee was booked and preparing the paperwork and sending it out to the vendor. This would create double work and a double effort to complete the purchase of the training. I would have to go over everything that

Page 2 of 4 Pages                                    Initials: [signature]

EXHIBIT  19
PAGE  2  OF  4  PAGES

she did from square one because I needed to make sure that the purchase was done properly. I would need to call the vendors and explain to them that the Complainant was only the training coordinator and I was the Purchasing Agent and it was my responsibility to issue the training contract. Sometimes the vendors would be annoyed. Several times I would need to re-negotiate the price, because the Complainant took it upon herself to negotiate a price that was not always based on the correct information. I was the only employee in OIG that had a contracting officers warrant. The Complainant did not have a contracting officers warrant. The Complainant's role was to coordinate the training not to contract with vendors. She was supposed to tell the vendors that the Purchasing Agent would be contacting them to negotiate the contract. Sometimes she did this and other times she took it upon herself to negotiate with the vendors.

Sometimes the Complainant would ask me to access the financial management system on the computer in the library and retrieve information for her off the system. She would ask me to do this because she told me that she did not have a password to get into the system. However, I knew that Ms. John had given the Complainant a password at the same time that Ms. John gave me a password. I even told the Complainant to go to Ms. John and request a new password if her current one was not working. However, the Complainant would continue to ask me to access the computer and get her any required information. To the best of my knowledge, the only thing that the Complainant understood with respect to the financial management system was the open document listing. I do not believe that the Complainant liked working with the financial management system and she did not like working with computers overall. I was able to work with the financial management system.

After the Complainant was placed on detail in the Office of the Comptroller I was assigned some of her responsibilities. I was requested to do the personnel work and the training. Ms. Elaine John took care of the budget and travel responsibilities that were once the Complainant's responsibilities.


Page 3 of 4 Pages                                    Initials: MB

EXHIBIT: 19
PAGE 3 OF 4 PAGES

When the Complainant left the OIG she left behind stacks of documents in many boxes in her office, and stacks of documents in a supply cabinet. To the best of my knowledge the Complainant was told to clean up her office and her files before she went on her detail to the Office of the Comptroller. Ms. John and I were assigned to clean up the mess left behind by the Complainant. I even came in on the weekend and initially spent approximately sixteen (16) hours of overtime. This only made a dent in the filing. When I realized how long it was going to take us to clean up her files I asked Ms. John if we could ask the supervisors of the secretaries if the secretaries could assist us. We took boxes to the secretaries and they filed the training documents and the travel documents. I cannot recall how long it took to clean up the Complainant's stacks of documents that she left behind. It seemed to take a long time.

I have read this statement consisting of four pages, and it is true and correct. I have signed or initialed each page. I have been given an opportunity to make any corrections or additions which I have initialed. I understand that the information I have given is not to be considered confidential; that it may be shown to the interested parties; and that it may be used in evidence.

*Dolores A. Bulles*
Dolores Bulles

Subscribed and sworn before me at the State Department, 1700 N. Moore Street, Arlington, Virginia this seventh day of November, 1996.

*Lee M. Kramer*
Lee M. Kramer, Investigator
Page 4 of 4 Pages

EXHIBIT 19
PAGE 4 OF 4 PAGES