# EXHIBIT 54

Notice of Personnel Action

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DEUS MILLER, ROSE M | 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 | 03-18-54 | 04-28-96 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 515 | CONV TO APPT NTE 12-09-96 |
| 5-C. Code | 5-D. Legal Authority |
| N6M | REG 316.402(B)(1) |
| 5-E. Code | 5-F. Legal Authority |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ADMINISTRATIVE OFFICER | ADMINISTRATIVE OFFICER |
| USG0980002  US07FP0040 | USG2034001  US03ET0018 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0341 | 11 | 04 | $40,803.00 | PA | GS | 0341 | 11 | 04 | $40,803.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $38,479 | $2324 | $40,803 | $0 | $38,479 | $2324 | $40,803 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF INSPECTOR GENERAL | OFFICE OF THE GENERAL COUNSEL |
| 070000  OIG | 030000  GC |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference |
|---|---|---|---|
| 1 | 0 | | YES [X] NO |
| 27. FEGLI: BASIC LIFE PLUS ADDL OPT W/5 TIMES PAY & STD OPT & FAMILY OPT | 28. Annuitant Indicator: 9 NOT APPLICABLE | | 29. Pay Rate Determinant: 0 |
| 30. Retirement Plan: 1 CSRS | 31. Service Comp. Date (Leave): 06-19-72 | 32. Work Schedule: F FULL TIME | 33. Part-Time Hours Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit |
|---|---|---|---|
| 1 - Competitive Service  1 | E - Exempt  E | | 8888 |
| 38. Duty Station Code: 11-0010-001 | 39. Duty Station: WASHINGTON DC | | |
| 40. AGENCY DATA: FEM | 41. COMP LEVEL: 0000 | 42. POS SENS: 3 | 43. CITIZENSHIP: 1 | 44. NON-SUPERVISORY |

45. Remarks

TEMPORARY APPOINTMENT-NTE
POSITION IS AT THE FULL PERFORMANCE LEVEL.

Exhibit 21

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| UNITED STATES INFORMATION AGCY | JANICE M BRAMBILLA |
| 47. Agency Code: IBGC | 48. Personnel Office ID: 2751 | 49. Approval Date: 05-23-96 | DIRECTOR OF HUMAN RESOURCES |

5-Part  60-316

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/93
NSN 7540-01-333-