# EXHIBIT 55

Letter from Jeni Mallios to Dews-Miller Dated August 31, 1995

**United States Information Agency**

WASHINGTON DC 20547-0001



USIA

August 31, 1995

Ms. Rose Mary Dews-Miller
P.O. Box 863
Clinton, MD  20735

Dear Rose Mary:

As we discussed this afternoon, I have received a xerox copy of your performance appraisal from M/CB.  Because the overall appraisal is less than fully successful, your detail in M/CB has ended and you are to return to the position of Administrative Officer, Office of the Inspector General, effective September 1.  I will notify Anne Young, OIG, of your return.  You will want to discuss with her the issue of your work-related injury and related absences.

Please be assured that I will provide assistance in your search for a position outside of OIG, as long as OIG remains a part of USIA.  Enclosed are several positions for which I think you qualify--I don't know if any of these positions interest you, but I believe you meet qualifications.

You asked that I put in writing my request for your updated SF-171.  As I explained, having your SF-171 close at hand will allow me to provide your application quickly to a USIA selecting official when I learn of a vacancy for which you are qualified.  However, you are under no obligation whatsoever to provide your SF-171 or to accept my offer.

I will be out the week of Labor Day, but should you have any questions, please feel free to leave a message for me on (202) 619-5862.  I'll receive it Monday, September 11.

Sincerely,

Jeni Mallios
Personnel Management Specialist
Office of Human Resources

Exhibit 9-2

P.S. If you find there's something you think shouldn't wait till 9/11, please feel free to call Blanche [Jurádowski]. I mentioned this to her in the event that you need something in my absence. Hope you're on the mend, Rose Mary.