# EXHIBIT 56

November 9, 1995 Memorandum to Plaintiff and Response to Request for Reconsideration April 2, 1996

**United States Information Agency**
Washington, D.C. 20547



NOV  9 1995

OFFICE OF INSPECTOR GENERAL

Ms. Rose Mary Dews Miller
P.O. Box 863
Clinton, MD 20735

THROUGH:   Marian C. Bennett  *MCB*
           Inspector General

Dear Ms. Miller:

This letter is to notify you of the Office of Inspector General's (OIG) negative determination on your within grade increase. You became eligible for a within grade increase on October 29, 1995. However, you will not receive a within grade increase at this time because your performance is not at an acceptable level of competence. Your most recent annual rating of record comprised of two interim appraisals—one from OIG and the other from Office of Comptroller—showed your performance was at the minimally successful level. You have not reported for duty to OIG since your detail to Office of Comptroller ended on August 31, 1995.

You are entitled to have a representative in this matter. If you wish to have a representative, you must notify Janice Brambilla, Director of Personnel, in writing, stating the name, title, and address of the representative. Ms. Brambilla's address is: USIA, Room 534, 301 4th Street, S.W., Washington, D.C. 20547. Her telephone number is (202) 619-4611.

You or your representative have the right to request Ms. Brambilla to reconsider this determination. If you choose to request reconsideration, your written request must be filed within 15 days of your receipt of this notice of negative determination and must set forth the reasons the Agency should reconsider the determination. You or your representative have a right to review all of the material used to support this negative within grade increase determination. Arrangements for review of the material must be made with me. My telephone number is (202) 401-7054.

To receive a within grade increase in the future your performance must improve to meet or exceed the fully successful performance standards contained in the attached performance plan. This determination to deny your within grade increase will be automatically reviewed in one year in order to determine whether your performance is acceptable so that you can receive a within

Exhibit 9-4

grade increase at that time. If, at any time prior to that date, your performance improves to the fully successful level or above, as documented in a performance appraisal, you will be granted a within grade increase at that earlier date.

A copy of this notice of negative determination will be placed in your Official Personnel Folder with an SF-50, Notification of Personnel Action. If the determination is reversed at some later date, through reconsideration or appeal, these documents will be removed from your Official Personnel Folder.

Sincerely yours,

*Anne T. Young*

Anne T. Young
Assistant Inspector General for
Management and Administration

Attachment. As stated.

cc: Jeni Mallios, Office of Personnel

United States
Information
Agency

WASHINGTON DC 20547-0001

April 2, 1996

USIA

Ms. Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland  20735

Dear Ms. Dews-Miller:

This responds to your November 28, 1995 request for reconsideration of the denial of your within-grade increase, which was effective October 29, 1995.  I have reviewed the record on which this denial was based and considered your assertions carefully in making this decision.  My findings are as follows:

You received two interim appraisals which comprised your most recent annual rating of record.  The first interim appraisal (covering the period May 1, 1994-January 24, 1995) was authored by Darwin Roberts in the Office of the Inspector General.  The second interim appraisal (covering the period February 1, 1995-July 31, 1995) was authored by Carol Keith in the Office of the Comptroller.  Both interim appraisals were minimally successful, and the annual rating of record was, therefore, minimally successful.

When you became eligible for a within-grade increase in October 1995, your supervisor was Anne Young.  Responsibility fell to her to determine whether your performance warranted a within-grade increase.  Your file contained the minimally successful annual rating of record.  There was no more recent performance on which Ms. Young could base her decision since you were absent from work from August 18, 1995 to mid-day November 27, 1995.  As a result, your within-grade increase was denied based on your minimally successful rating of record covering the period from May 1, 1994-July 31, 1995.

You noted that Ms. Young's letter of negative determination of your within-grade increase was dated after the effective date of your notification of personnel action.  It would have been preferable for you to receive Ms. Young's negative determination on October 29, however, the date of her letter does not negate the two performance appraisals on which the denial was based.

You noted that you received no written warnings from your supervisors on correcting your performance deficiences.  Written warning is only required when performance falls to the unsuccessful level.  I note from the appraisals that your supervisors were not hiding their concerns from you throughout the rating period.  Rather, Mr. Roberts attempted to meet and

3-4

discuss performance issues with you, but you refused to participate. The appraisal authored by Ms. Keith indicates various conversations on performance and considerable time spent with you in one-on-one on-the-job training.

For the reasons stated above, I find that the record supports Anne Young's determination and, therefore, sustain her decision to deny your within-grade increase.

In accordance with MOA V-A 235.81, you may appeal this decision to the Merit Systems Protection Board. Your appeal must be filed within 35 days of the date of this letter. Forms and instructions for this purpose are enclosed.

Sincerely,

*Janice Brambilla*

Janice H. Brambilla
Director
Office of Human Resources