# EXHIBIT 58

Notice of Personnel Action

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MS MILLER, ROSE | 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 | 03-18-54 | 12-09-96 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 355 | TERMINATION - EXP OF APPT |
| 5-C. Code | 5-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
ADMINISTRATIVE OFFICER
USG2034001    US03FT0018

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0341 | 11 | 04 | $40,803.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $38,479 | $2324 | $40,803 | $0 |

15. TO: Position Title and Number

14. Name and Location of Position's Organization
OFFICE OF THE GENERAL COUNSEL
030000  GC

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 0 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z — BASIC LIFE PLUS ADDL OPT W/5 TIMES PAY & STD OPT & FAMILY OPT | 9 — NOT APPLICABLE | C |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 06-19-72 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | E — E-Exempt, N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DC |

| 40. Agency Data | 41. Comp Level | 42. Pos Sens | 43. Citizenship | 44. |
|---|---|---|---|---|
| FEM | 0000 | 3 | 1 | NON-SUPERVISORY |

45. Remarks:
TEMPORARY APPOINTMENT-NTE
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
FORWARDING ADDRESS: 8507 WOODYARD ROAD, CLINTON, MD 20735
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR TERMINATION: PER SETTLEMENT AGREEMENT DATED 01/30/95

SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).

Exhibit 22

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| UNITED STATES INFORMATION AGCY | JANICE H BRAMBILLA |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
| IA00 | 2751 | 12-06-96 | |

5-Part 50-316     2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/
NSN 7540-01-333-