UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, Plaintiff's Opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Defendant's Motion be and hereby is granted; and it is

FURTHER ORDERED that the above-captioned action should be, and hereby is DISMISSED from the Court's docket, with prejudice.

_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Rose M. Dews-Miller
8507 Woodyard Road
Clinton, MD 20735

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530