UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSE M. DEWS-MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE
## AND NOTICE OF FILING OF EXHIBITS

Defendant, Condoleezza Rice, Secretary of State, by and through undersigned counsel, advises this Court that, on August 8, 2007, at about 11:30 p.m., she filed *Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment*, *Defendant's Memorandum in Support of its Motion to Dismiss, or in the Alternative for Summary Judgment*, *Defendant's Statement of Material Facts Not in Dispute*, and 58 exhibits electronically on the ECF system. Because of time constraints, the late hour at which those documents were filed, and the sheer number of exhibits accompanying her motion, Defendant was unable to serve pro se Plaintiff with a copy of the documents on August 8, 2007. However, on August 9, 2007, Defendant served Plaintiff with a copy of this filing, via Federal Express.

Defendant further advises this Court that, due to the substantial number of Defendant's exhibits (and the length of a few of them), a courtesy copy of the exhibits will be filed in paper form with chambers. See LCvR 5.4(e).

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2007, I served *pro se* Plaintiff, via Federal Express, with a copy of the foregoing *Notice of Amended Certificate of Service and Notice of Filing of Exhibits* addressed as follows:

> ROSE M. DEWS-MILLER
> 8507 Woodyard Road
> Clinton, MD 20735

> __/s/_____
> JONATHAN C. BRUMER, D. C. BAR # 463328
> Special Assistant United States Attorney
> 555 Fourth Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2007, I served *pro se* Plaintiff, via Federal Express, with a copy of *Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment*, *Defendant's Memorandum in Support of its Motion to Dismiss, or in the Alternative for Summary Judgment*, *Defendant's Statement of Material Facts Not in Dispute*, and the accompanying exhibits addressed as follows:

> ROSE M. DEWS-MILLER
> 8507 Woodyard Road
> Clinton, MD 20735

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)