U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZA RICE, ) | |
| Secretary, Department of State ) | |
| Agency Defendant ) | |
|     Defendant ) | |

## MOTION TO AMEND SCHEDULING ORDER

Comes now the Plaintiff, pro se and pursuant to the Federal Rules of Procedure, moves this Honorable Court to amend the scheduling order that has been issued in the above-captioned action and for reasons therefore states the following:

1. That on May 15, 2007, Plaintiff filed a First Amended Complaint in the instant matter;

2. That on or about August 8, 2007, Defendant filed an extensive 48 page Motion to Dismiss and or in the Alternative, For Summary Judgment along with a 17 page Statement of Material Facts Not in Dispute and 58 Exhibits that total well over 700 sheets of paper;

3. That on August 13, 2007, the parties appeared before this Court for a Scheduling Conference;

4. That at that time, Plaintiff's daughter, Attorney Terrah A. Dews advised the Court that she would be willing to represent Plaintiff in this matter;

5. That Attorney Terrah A. Dews in open Court represented to the Court that she had not seen the pending dispositive Motion filed by the Defendant;

6. That Attorney Terrah A. Dews has a pending application for admission to the Bar of this Court and was therefore advised by the Clerk's Office that she could not sign this pleading;

7. That pursuant to the Scheduling Order in the above-captioned action, Plaintiff's Opposition to the Defendant's Motion is due September 17, 2007 and the Exchange of Witness List is due on September 15, 2007;

8. That based on the sheer volume of the pending dispositive Motion filed by the Defendant, Plaintiff requests additional time to respond to the Motion;

9. That the granting of additional time to respond to the pending Motion will impact the dates outlined in the Court's scheduling order;

10. That Plaintiff has not requested a continuance since the filing of the Amended Complaint on May 15, 2007;

11. That Defendant consents to amending the following dates: October 5, 2007 for Plaintiff's Opposition; November 5, 2007 for Defendant's Reply and November 5, 2007 for the Exchange of Witness Lists[1];

12. That Defendant does not consent to the remainder dates that Plaintiff has proposed;

13. That Plaintiff defers to the Court to determine appropriate dates for the remaining dates outlined in the Scheduling Order;

14. That the parties have conferred in this matter:

15. That Plaintiff proposes the following Amended Scheduling Order;

---

[1] Counsel for Defendant has advised Counsel for Plaintiff that he intends to file a Motion to Stay Discovery on the Merits until the Court has ruled on the Defendant's pending Motion to Dismiss, or in the alternative, for Summary Judgment.

| | |
|---|---|
| Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | October 5, 2007 |
| Deadline for Defendant's Reply | November 5, 2007 |
| Exchange of Witness Lists | November 5, 2007 |
| Deadline for Written Discovery Requests | November 12, 2007 |
| Exchange of Initial Disclosures | December 5, 2007 |
| Proponent's R. 26 (a)(2) Statements | January 7, 2008 |
| Opponent's R. 26 (a)(2) Statements | February 7, 2008 |
| Close of all discovery | April 7, 2008 |
| Deadline for filing dispositive Motions | May 7, 2008 |
| Pretrial Conference | June 10, 2008 |

**WHEREFORE**, the Plaintiff moves that this Honorable Court amend the current Scheduling Order.

Respectfully submitted,

*Rose M. Dews-Miller* (signature)
Rose M. Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735
(301) 868-9436 (voice)
(301) 868-9267 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2007, Defendant was served by hand carrying a copy of the foregoing Motion to Amend Scheduling Order to the following address:

Jonathan C. Brumer, Esquire
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

Rose M. Dews-Miller

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER,<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 06-1764 (GK) |
| CONDOLEEZA RICE,<br>Secretary, Department of State<br>Agency Defendant<br>Defendant | )<br>)<br>)<br>)<br>) | |

## ORDER

**UPON CONSIDERATION** of the Motion to Amend Scheduling Order and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that the Motion to Amend Scheduling Order is hereby **GRANTED**; and it is further

**ORDERED** that the Scheduling Order be amended as follows:

| | |
|---|---|
| Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | October 5, 2007 |
| Deadline for Defendant's Reply | November 5, 2007 |
| Exchange of Witness Lists | November 5, 2007 |
| Deadline for Written Discovery Requests | November 12, 2007 |
| Exchange of Initial Disclosures | December 5, 2007 |
| Proponent's R. 26 (a)(2) Statements | January 7, 2008 |
| Opponent's R. 26 (a)(2) Statements | February 7, 2008 |
| Close of all discovery | April 7, 2008 |
| Deadline for filing dispositive Motions | May 7, 2008 |
| Pretrial Conference | June 10, 2008 |

_____
Gladys Kessler
United States District Court Judge