U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER,<br>    Plaintiff<br><br>v.<br><br>CONDOLEEZA RICE,<br>Secretary, Department of State<br>Agency Defendant<br>    Defendant | )<br>)<br>)<br>)  Civil Action No. 06-1764 (GK)<br>)<br>)<br>)<br>)<br>) |

## LINE

Comes now the Plaintiff, pro se and states that on September 14, 2007, Plaintiff filed a Motion to Amend Scheduling Order requesting that this Court grant an extension of time to submit her Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment that was due on September 17, 2007. In her Motion to Amend Scheduling Order, Plaintiff stated that Defendant consented to an extension of time for Plaintiff to file her Opposition from September 17, 2007 to October 5, 2007.

Respectfully submitted,

Rose M. Dews-Miller
Rose Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735
(301) 868-9436 (voice)
(301) 868-9267 (facsimile)

**RECEIVED**

SEP 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2007, Defendant was served by faxing and mailing first class postage a copy of the foregoing Line to the following address:

Jonathan C. Brumer, Esquire
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

                                              *Rose M. Dews-Miller*
                                              Rose M. Dews-Miller