U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1764 (GK) |
| ) | |
| CONDOLEEZA RICE, ) | |
| Secretary, Department of State ) | |
| Agency Defendant ) | |
|     Defendant ) | |

## LINE

Comes now the Plaintiff, pro se and states that on September 14, 2007, Plaintiff attempted to hand carry a copy of her Motion to Amend Scheduling Order to counsel for the Defendant. However, because Plaintiff was not able to access Defendant's building, she sent the Motion via first class mail. Therefore, the Certificate of Service on Plaintiff's Motion to Amend Scheduling Order should read that Defendant was served via first class mail and not hand carried. Additionally, Plaintiff faxed a copy of the Motion on Monday, September 17, 2007 to counsel for the Defendant.

Respectfully submitted,

*Rose M. Dews-Miller*
Rose Dews-Miller
8507 Woodyard Road
Clinton, Maryland 20735
(301) 868-9436 (voice)
(301) 868-9267 (facsimile)

RECEIVED
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2007, Defendant was served by faxing and mailing first class postage a copy of the foregoing Line to the following address:

Jonathan C. Brumer, Esquire
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

*Rose M. Dews-Miller*
Rose M. Dews-Miller