UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSE M. DEWS-MILLER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1764 (GK) |
| | : | |
| **CONDOLEEZZA RICE,** | : | |
| Secretary of State, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Motion to Amend Scheduling Order, Defendant's Response to Plaintiff's Motion to Amend Scheduling Order and Motion to Amend the Scheduling Order, and the entire record herein, it is this 19th day of September, 2007, hereby

**ORDERED**, that the parties' Motions are hereby **partially granted** inasmuch as they both seek to extend the deadline of Plaintiff's Opposition to October 5, 2007, and the deadline for Defendant's Reply to November 5, 2007; and it is further

**ORDERED**, that discovery and briefing proceed according to the following schedule:

| | |
|---|---|
| Deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment of August 8, 2007 | **October 5, 2007** |
| Deadline for Defendant's Reply | **November 5, 2007** |
| Deadline for exchange of Initial Disclosures, witness lists and discovery requests | **December 5, 2007** |
| Proponent's deadline for Rule 26 statements | **January 7, 2008** |
| Opponent's deadline for Rule 26 statements | **February 7, 2008** |

| | |
|---|---|
| Close of all discovery | **March 7, 2008** |
| Deadline for Defendant's Post-Discovery Dispositive Motion | **April 7, 2008** |
| Deadline for Plaintiff's Opposition | **May 6, 2008** |
| Deadline for Defendant's Reply | **May 22, 2008** |
| Pretrial Conference | **July 7, 2008 at 4:15 p.m.** |
| Trial Date | Should a trial be necessary in this case, the date will be set at the pretrial conference |

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**