IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | * | |
| | * | |
| Defendant. | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF' SECOND MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Rose M. Dews-Miller, by her undersigned attorney, moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, that all dates in the Amended Scheduling Order dated September 19, 2007 be extended sixty (60) days. In support thereof, the Plaintiff states as follows:

1. According to the docket in this case, the Plaintiff filed an Amended Complaint on May 15, 2007.

2. The docket in this case also reveals that the Defendant filed three (3) requests for extension of time to respond to the Plaintiff's Amended Complaint. It appears that each request was granted by the Court. On August 8, 2007, eighty-five (85) days after the filing of the Plaintiff's Amended Complaint, the Defendant filed the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. The Defendant's Motion, if one were to include the Statement of Material Facts Not in Dispute, is sixty-six (66) pages in length and has fifty-eight (58) exhibits.

3. Prior to the filing of this Motion, the Plaintiff was proceeding in this case *pro se*.[1] The Plaintiff has recently retained the undersigned to represent her.[2] The deadline for the Plaintiff to respond to the Defendant's Motion is October 5, 2007.

4. Given the voluminous nature of the Defendant's Motion and the fact that the undersigned has recently been retained, the Plaintiff requests that the deadline in which she is to respond to the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment be extended sixty (60) days, i.e., until December 4, 2007, and that all other deadlines in the Amended Scheduling Order dated September 19, 2007 be extended sixty (60) days as well.

5. The undersigned needs the additional time to investigate the facts in this case and to otherwise prepare an appropriate response to the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. Although the Defendant was given eighty-five (85) days to file a response to the Plaintiff's Amended Complaint, the Defendant will not consent to this Motion.[3]

---

[1] The Plaintiff did have some assistance for her daughter who is an attorney but is not admitted to practice in this Court.

[2] Contemporaneously with the filing of this Motion, the undersigned has entered his appearance on behalf of the Plaintiff.

[3] During Local Rule 7(m) discussions, the Defendant advised the Plaintiff that it is her position that no discovery on the merits should be conducted until the Court rules on the Defendant's Motion because the arguments presented in the Motion are primarily jurisdictional in nature and not on the merits. The Plaintiff disagrees. The Defendant's Motion makes both jurisdictional and on the merits arguments. In fact, the Defendant has filed a Statement of Material Facts Not in Dispute which list thirty-five (35) alleged facts, if not more, that are allegedly not in dispute. Accordingly, the Defendant seeks a judgment on the merits. Furthermore, at this juncture, it appears that it would be appropriate to deny the Defendant's Motion and permit discovery pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff Rose M. Dews-Miller respectfully requests that the Court extend all dates in the Amended Scheduling Order dated September 19, 2007 by sixty (60) days, and such other and further relief as the case may require.

/S/

_____
CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
410-235-7811

Attorney for Plaintiff
Rose M. Dews-Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | * | |
| | * | |
| Defendant. | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of the Plaintiff's Second Motion to Amend Scheduling Order, it is

this _____ day of _____ 2007, by the United States District Court for the

District of Columbia;

**ORDERED:**

1. That the Plaintiff's Second Motion to Amend Scheduling Order BE, and the same hereby IS, GRANTED; and

2. That all dates in the Amended Scheduling Order dated September 19, 2007 BE, and the same hereby ARE, EXTENDED by sixty (60) days

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE