IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | * | |
| | * | |
| Defendant. | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR EXTENSION OF TIME FOR THE PLAINTIFF
TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Rose M. Dews-Miller, by her undersigned attorney, moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, that the date on which she is to respond to the Defendant's Motion for Summary Judgment be extended from December 4, 2007 to December 10, 2007. In support thereof, the Plaintiff states as follows:

1. Pursuant to the Court's Order dated September 19, 2007, the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment is due on December 4, 2007.

2. The undersigned, Plaintiff's counsel, has an urgent family matter that requires that he travel out of town and he is not expected to return until December 5, 2007. During that time, the undersigned will not be in a position to work on the Opposition to the Plaintiff's Motion for Summary Judgment.

3. Accordingly, the Plaintiff requests a brief extension of until December 10, 2007 to file her Opposition to the Defendant's Motion for Summary Judgment.

4. The undersigned has consulted with defense counsel and defense counsel has authorized the undersigned to state that the Defendant consents to and does not oppose this Motion. The Defendant, however, would likewise want a similar brief extension to file her reply to January 10, 2008. If the instant Motion is granted, the Plaintiff does not oppose the granting of an extension of until January 10, 2008 for the Defendant to file her reply.

WHEREFORE, Plaintiff Rose M. Dews-Miller respectfully requests that the Court extend the date on which she is to file her Opposition to the Defendant's Motion for Summary Judgment through and until December 10, 2007, extend the date on which the Defendant is to file her reply through and until January 10, 2008, and such other and further relief as the case may require.

/S/

_____
CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
410-235-7811

Attorney for Plaintiff
Rose M. Dews-Miller

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 06-1764 (GK) |
| CONDOLEEZZA RICE, Secretary of State, | * | |
| | * | |
| Defendant. | | |
| | * | |

****************************************************************************

**ORDER**

Upon consideration of the Consent Motion for Extension of Time for the Plaintiff to Respond to the Defendant's Motion for Summary Judgment, it is this _____ day of _____ 2007, by the United States District Court for the District of Columbia;

**ORDERED:**

1. That the Consent Motion for Extension of Time for the Plaintiff to Respond to the Defendant's Motion for Summary Judgment BE, and the same hereby IS, GRANTED;

2. That the date on which the Plaintiff is to file her Opposition to the Defendant's Motion for Summary Judgment BE, and the same hereby IS, EXTENDED through and until December 10, 2007; and

3. That the date on which the Defendant is to file her Reply BE, and the same hereby IS, EXTENDED through and until January 10, 2008.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE