**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROSE M. DEWS-MILLER, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 06-1764 (GK) |
| CONDOLEEZZA RICE, Secretary of State, | * | |
| | * | |
| Defendant. | * | |

*******************************************************************************

**REQUEST FOR HEARING**

Plaintiff Rose M. Dews-Miller, by her undersigned attorney, respectfully request a hearing on the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

/S/
_____
CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
410-235-7811

Attorney for Plaintiff
Rose M. Dews-Miller