## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER )<br><br>Plaintiff, )<br><br>v. )<br><br>CONDOLEEZZA RICE, )<br>Secretary of State, )<br><br>Defendant. ) | Civil Action No. 06-1764 (GK) |

## CONSENT MOTION FOR CONTINUANCE OF
## DECEMBER 17, 2007 STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condoleezza Rice, Secretary of State, by and through the undersigned counsel, respectfully moves this Court for a continuance of the Status Conference in the above-captioned action which is currently set for December 17, 2007 at 10:45 a.m. Defendant respectfully requests that the Court continue the status conference to a date subsequent to the filing of Defendant's Reply brief which is convenient to the Court. Defendant respectfully states as follows:

1. On August 8, 2007, Defendant filed a Motion to Dismiss, or in the alternative, for Summary Judgment. See Docket Entry No. 24.

2. On August 13, 2007, a status conference was held in this case. See Minute Entry dated August 13, 2007.

3. On August 13, 2007, the Court also issued a Scheduling Order which set several deadlines for this action, and set a Status Conference date of December 17, 2007 at 10:00 a.m. See Docket Entry No. 26. On December 13, 2007, the Court reset the time for the Status

Conference set for December 17, 2007 from 10:00 a.m. to 10:45 a.m. in Courtroom 26A before Judge Gladys Kessler.

4. On December 10, 2007, Plaintiff filed her Opposition to *Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment*. See Docket Entry No. 38.

5. Defendant's Reply brief is currently due by January 10, 2008. See Amended Minute Order dated November 29, 2007.

6. The only significant development which has transpired since the Court's last Status Conference on August 13, 2007, was Plaintiff's filing of an Opposition brief on December 10, 2007. As mentioned, Defendant has not yet filed her Reply brief. For this reason, the undersigned counsel for Defendant respectfully submits that too little has occurred to warrant a status conference at this time. Defendant respectfully submits that the interest of economy for the Court and parties alike would be better served by having a Status Conference rescheduled to a date subsequent to the filing of Defendant's Reply brief which is convenient to the Court.

On December 13, 2007, the undersigned counsel for the Defendant spoke with Plaintiff's counsel about the relief sought in this motion. After some discussion, Plaintiff's counsel indicated that he consented to the relief sought in this motion.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of December, 2007, the foregoing

*Defendant's Consent Motion for Continuance of Status Conference* was served upon Plaintiff's

counsel pursuant to the Court's Electronic Case Filing System, addressed to:

      Charles G. Byrd, Jr.
      Alston & Byrd
      2518 Maryland Avenue
      Baltimore, Maryland 21218


                             __/s/_____
                             JONATHAN C. BRUMER, D. C. BAR # 463328
                             Special Assistant United States Attorney
                             555 Fourth Street, N.W., Room E4815
                             Washington, D.C. 20530
                             (202) 514-7431
                             (202) 514-8780 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROSE M. DEWS-MILLER )
)
     Plaintiff, )
)
     v. )        Civil Action No. 06-1764 (GK)
)
CONDOLEEZZA RICE, )
Secretary of State, )
)
     Defendant. )
)

## <u>ORDER</u>

UPON CONSIDERATION of *Defendant's Consent Motion for Continuance of Status Conference*, and the record herein, and it appearing that good cause exists for the requested relief, it is this _____ day of _____, 2007,

ORDERED, that *Defendant's Consent Motion for Continuance of Status Conference* is hereby GRANTED;

FURTHER ORDERED, that the Status Conference currently set for December 17, 2007 is canceled, and will instead be held on _____

_____.

_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Charles G. Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530