## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROSE M. DEWS-MILLER | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1764 (GK) |
| CONDOLEEZZA RICE,<br>Secretary of State, | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME OF DEFENDANT'S
REPLY DEADLINE, CONSENT MOTION TO MODIFY
THE OTHER DEADLINES SET FORTH IN THE
COURT'S OCTOBER 19, 2007 SCHEDULING ORDER,
AND CONSENT MOTION FOR CONTINUANCE OF THE
JANUARY 15, 2008 STATUS CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Condoleezza Rice, Secretary of State, by

and through the undersigned counsel, respectfully moves this Court: (1) to extend the deadline

for Defendant's pre-discovery Reply brief (set forth in the Court's Amended Minute Order of

November 29, 2007) by forty six (46) days, from January 10, 2008 to February 25, 2008; (2) to

extend the other remaining deadlines set forth in the Court's October 19, 2007 Minute Order,

including the discovery-related deadlines and the post-discovery briefing deadlines, by this same

forty six (46) day period; (3) for a continuance of the Status Conference in the above-captioned

action which is currently set for January 15, 2008 at 10:30 a.m., to a date subsequent to the new

proposed deadline for the filing of Defendant's pre-discovery Reply brief which is convenient to

the Court.

On January 2, 2008, the undersigned counsel for the Defendant sent an e-mail and left a

voice mail message for Plaintiff's counsel concerning the relief sought in this motion.  On

January 3, 2008, after an exchange of e-mails between counsel, Plaintiff's counsel advised the

undersigned counsel: (1) that Plaintiff consented to a continuance of the status conference and

the non-reply deadlines; and (2) that Plaintiff consented to an extension on Defendant's Reply

brief of only until January 31, 2008.  Defendant respectfully states as follows:

1.  On May 15, 2007, approximately seven (7) months after the filing of her original

complaint in this action, Plaintiff filed a 30 page Amended Complaint which contained no fewer

than 115 paragraphs and 22 counts and made a wide variety of legal arguments.  See Docket

Entry Nos. 1, 14.

2.  On August 8, 2007, Defendant filed a *Motion to Dismiss, or in the alternative, for

Summary Judgment*.  See Docket Entry No. 24.

3.  On August 13, 2007, a status conference was held in this case.  See Minute Entry

dated August 13, 2007.

4.  During the one hundred and twenty four (124) day period between August 8, 2007 and

December 10, 2007, Plaintiff filed three separate motions in which she requested, among other

things, that the Court extend Plaintiff's deadline for filing an Opposition to Defendant's August

8, 2007 *Motion to Dismiss, or in the alternative, for Summary Judgment*.  See Docket Entry Nos.

27, 34, 36.  Defendant consented to every one of Plaintiff's three requests for extensions on her

Opposition deadline.[1]

---

[1]  See Docket Entry No. 28 at 1, ¶ 1 (*Defendant's Response to Plaintiff's Motion to Amend Scheduling Order*, noting that "Defendant consents to Plaintiff's proposed enlargement of time on the deadline for Plaintiff's Opposition from September 17, 2007 to October 5, 2007," among other deadines); Docket Entry Nos. 35 at 1-2, ¶ 1 (Defendant's Reply to Plaintiff's Second Motion to Amend the Scheduling Order, advising that "in order to accommodate

5.  The Court granted all three of Plaintiff's requested extensions on her Opposition deadline, and gave Plaintiff in the aggregate <u>more than four months</u> -- one hundred and twenty four (124) days – to prepare her Opposition brief.  <u>See</u> Minute Order dated September 19, 2007; Minute Order dated October 19, 2007; Minute Order dated November 29, 2007; Amended Minute Order dated November 29, 2007.

6.  On December 10, 2007, Plaintiff filed her Opposition to *Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment*.  <u>See</u> Docket Entry No. 38.

7.  Defendant's pre-discovery Reply brief is currently due by January 10, 2008.  <u>See</u> Amended Minute Order dated November 29, 2007.

8.  On October 19, 2007, the Court issued a Minute Order in which it extended all of the deadlines set forth in its Amended Scheduling Order by sixty (60) days.  <u>See</u> Minute Order dated October 19, 2007.  The Court's October 19, 2007 Minute Order had the effect of entering the following discovery-related and post-discovery briefing deadlines:

| | |
|---|---|
| Deadline for initial disclosures, witness lists and discovery requests | February 4, 2008 |
| Deadline for Plaintiff's rule 26 statement | March 7, 2008 |
| Deadline for Defendant's rule 26 statement | April 7, 2008 |
| Deadline for Close of Discovery | May 6, 2008 |
| Deadline for Defendant's post-discovery dispositive motion | June 6, 2008 |

Plaintiff's scheduling needs, Defendant consents to Plaintiff's proposed enlargement of time of sixty days" on among other deadlines Plaintiff's deadline for filing an Opposition brief); Docket Entry No. 36 at 2, ¶ 4 (Plaintiff's third motion for extension of time to file an Opposition, noting that Defendant had consented to the motion.)

Deadline for Plaintiff's Opposition          July 7, 2008

Deadline for Defendant's Reply               July 21, 2008

Date of pre-trial conference                 September 5, 2008

See Minute Order dated October 19, 2007; see also Amended Scheduling Order dated September

19, 2007.  On December 18, 2007, the Court set a Status Conference for January 15, 2008 at

10:30 a.m.  See Minute Order dated December 18, 2007.

9.  Since December 10, 2007, when Plaintiff filed her Opposition to Defendant's August

8, 2007 *Motion to Dismiss, or in the alternative, for Summary Judgment*,  the undersigned

counsel has prepared and filed the following pleadings, among others: (1) *Defendants' Status*

*Report on Supplemental Search for Documents Responsive to Plaintiff's Freedom of Information*

*Act Request* for Isasi v. Jones, *et. al.*, Civil Action No. 06-2222 (RBW) (D.D.C.) (filed on

December 17, 2007); and (2) a *Memorandum of Points and Authorities in Support of Defendants'*

*Motion for Summary Judgment, and in Opposition to "Plaintiff's Motion Asking for Leave to*

*File a Memorandum of Law in Support of Plaintiff's Amended Petition"* filed in Cooper v.

Executive Office for United States Attorney Freedom of Information/Privacy Act Staff, *et. al.*,

Civil Action No. 07-0744 (RMC) (D.D.C.) (filed on December 26, 2007).  In addition, the

undersigned counsel has contended with numerous filing deadlines in his other cases, as well as

discovery related deadlines in connection with Delgado v. Gonzales, Civil Action No. 07-0256

(CKK) (D.D.C.).

10.  The undersigned counsel also recently participated in a four day damages trial which

began on December 10, 2007 and ended on December 13, 2007 in Dugar, *et. al*. v. Washington

Metropolitan Area Transit Authority, et. al., Civil Action No. 05-1500 (HHK) (D.D.C.).

4

11.  Furthermore, the undersigned Counsel for Defendant was informed for the first time on December 14, 2007, that his detail at the United States Attorney's Office would end on or about January 4, 2008.  On January 2, 2008, the undersigned counsel was given permission to extend his detail by one week, to January 11, 2008, to enable him to complete the process of transferring his cases, doing what substantive work he was able to do on his cases, and filing any and all necessary motions for enlargement and continuance.  The Assistant United States Attorney who inherits this case will need some time to: (1) familiarize himself or herself with the very complicated procedural history of this case and the relevant legal authorities; (2) confer with agency counsel about the circumstances of this case; and (3) prepare an appropriate Reply brief. Between now and January 11, 2008, the undersigned counsel will need to devote a significant amount of time to preparing each of the twenty one (21) cases he has been assigned for transfer.

12.  Within the next few weeks, the undersigned counsel for Defendant (and the attorney or attorneys who inherit his cases) will be responsible for, among other things: (1) completing a discovery response for Delgado v. Gonzales, Civil Action No. 07-0256 (CKK) (D.D.C.), which will require the review of over a thousand pages of documents; (2) drafting and filing a Reply brief in Murthy v. Conner, Civil Action No. 06-2208 (D.D.C.) (due by January 14, 2008, assuming that Plaintiff files and serves his Opposition by the current deadline of January 4, 2008); (3) drafting and filing a *Motion for Summary Judgment* in Grossman v. Guitierrez, 07-353 (JR) (D.D.C.) (due by January 18, 2008); and (4) potentially drafting and finalizing a settlement agreement in Keller v. Springer, 07-1388 (RMU) (D.D.C.).

13.  No trial date has been set by the Court in this action.

14.  The only significant development which has transpired since the Court's last Status

Conference on August 13, 2007, was Plaintiff's filing of an Opposition brief on December 10, 2007.  As mentioned, Defendant has not yet filed her Reply brief.  For this reason, the undersigned counsel for Defendant respectfully submits that too little has occurred to warrant a status conference at this time.  Defendant respectfully submits that the interest of economy for the Court and parties alike would be better served by having a Status Conference rescheduled to a date subsequent to the filing of Defendant's Reply brief which is convenient to the Court.

15.  In two previous filings, the undersigned counsel for Defendant has noted that Defendant's August 8, 2007 *Motion to Dismiss, or in the alternative, for Summary Judgment* raised what is at the very least a colorable (1) challenge to the Court's jurisdiction over Plaintiff's claims, and (2) a series of arguments that several of Plaintiff's claims fail to state a claim upon which relief can granted.  For this reason, the undersigned counsel has advised the Court that Defendant intends to eventually file a Motion seeking a Stay of Discovery on the Merits until the Court has had a chance to consider and rule on the challenges on threshold matters raised in Defendant's August 8, 2007 *Motion to Dismiss, or in the alternative, for Summary Judgment*. See, e.g., Docket Entry No. 28 at 2-3, ¶¶ 2-4 & n. 1; see also Docket Entry No. 35 at 2-5 , ¶¶ 3-7 & n. 3.  This remains Defendant's position.

Although the undersigned counsel has not yet been able to draft and file the long anticipated Motion to Stay Discovery of the Merits, the undersigned counsel is hopeful that either he or the attorney who inherits this case from him will be able to prepare and file such a motion in fairly short order.  Nevertheless, in view of the fact that Defendant has not yet filed a *Motion seeking to Stay Discovery on the Merits*, the undersigned counsel proposes a new schedule in this motion for, among other things, the discovery related deadlines set forth in this Court's October

19, 2007 Minute Order (as well as the Reply deadline set forth in the Court's Amended Minute

Order dated November 29, 2007).

      16.  Specifically, in the interests of fairness and efficiency for the Court and parties alike,

Defendant proposes to replace the briefing and discovery schedule set forth in the Court's

October 19, 2007 scheduling order and its November 29, 2007 Amended Minute Order with the

following schedule for discovery and the filing of dispositive briefs:

| | |
|---|---|
| Deadline for Defendant's pre discovery Reply brief | February 25, 2008 |
| Status Conference | A date subsequent to the filing of Defendant's pre-discovery Reply brief, which is convenient to the Court |
| Deadline for initial disclosures, witness lists and discovery requests | March 21, 2008 |
| Deadline for Plaintiff's rule 26 statement | April 22, 2008 |
| Deadline for Defendant's rule 26 statement | May 23, 2008 |
| Deadline for Close of Discovery | June 23, 2008 |
| Deadline for Defendant's post-discovery dispositive motion | July 22, 2008 |
| Deadline for Plaintiff's Opposition | August 22, 2008 |
| Deadline for Defendant's Reply | September 5, 2008 |
| Date of pre-trial conference | October 21, 2008 |

      17.  On January 2, 2008, the undersigned counsel for the Defendant sent an e-mail and

left a voice mail message for Plaintiff's counsel about the relief sought in this motion.  On

January 3, 2008, after an exchange of e-mails between counsel, Plaintiff's counsel advised the

undersigned counsel: (1) that Plaintiff consented to a continuance of the status conference and the non-reply deadlines; and (2) that Plaintiff consents to an extension on Defendant's Reply brief of only until January 31, 2008.

18.  The modifications to the Court's October 19, 2007 scheduling order, its November 29, 2007 Amended Minute Order, and its December 18, 2007 Minute Order described in this motion are sought in good faith and will not unfairly prejudice any party.  Allowing the parties some additional time for briefing and to conduct discovery will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT this *Motion for Enlargement of Time of Defendant's Reply Deadline, Consent Motion to Modify the Other Deadlines Set Forth in the Court's October 19, 2007 Scheduling Order, and Consent Motion for Continuance of the January 15, 2008 Status Conference*, and MODIFY the October 9, 2007 scheduling order, its November 29, 2007 Amended Minute Order, and its December 18, 2007 Minute Order, by entering a new revised schedule for discovery, briefing, and the Status Conference, with the following deadlines:

| | |
|---|---|
| Deadline for Defendant's pre discovery Reply brief | February 25, 2008 |
| Status Conference | A date subsequent to the filing of Defendant's pre-discovery Reply brief, which is convenient to the Court |
| Deadline for initial disclosures, witness lists and discovery requests | March 21, 2008 |
| Deadline for Plaintiff's rule 26 statement | April 22, 2008 |
| Deadline for Defendant's rule 26 statement | May 23, 2008 |

Deadline for Close of Discovery                    June 23, 2008

Deadline for Defendant's post-discovery
  dispositive motion                              July 22, 2008

Deadline for Plaintiff's Opposition              August 22, 2008

Deadline for Defendant's Reply                   September 5, 2008

Date of pre-trial conference                     October 21, 2008


Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of January, 2008, the foregoing *Motion for Enlargement of Time of Defendant's Reply Deadline, Consent Motion to Modify the Other Deadlines Set Forth in the Court's October 19, 2007 Scheduling Order, and Consent Motion for Continuance of the January 15, 2008 Status Conference* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:


Charles G. Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218


___/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ROSE M. DEWS-MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1764 (GK) |
| | ) | |
| CONDOLEEZZA RICE, | ) | |
| Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Enlargement of Time of Defendant's Reply Deadline, Consent Motion to Modify the Other Deadlines Set Forth in the Court's October 19, 2007 Scheduling Order, and Consent Motion for Continuance of the January 15, 2008 Status Conference*, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2008,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Court MODIFY the October 9, 2007 scheduling order, its November 29, 2007 Amended Minute Order, and its December 18, 2007 Minute Order by entering a new revised schedule for discovery, briefing, and the Statue Conference, with the following deadlines:

| | |
|---|---|
| Deadline for Defendant's pre discovery Reply brief | February 25, 2008 |
| Status Conference | A date subsequent to the filing of Defendant's pre-discovery Reply brief, which is convenient to the Court |

Deadline for initial disclosures,
  witness lists and discovery requests     March 21, 2008

Deadline for Plaintiff's rule 26 statement     April 22, 2008

Deadline for Defendant's rule 26 statement     May 23, 2008

Deadline for Close of Discovery     June 23, 2008

Deadline for Defendant's post-discovery
  dispositive motion     July 22, 2008

Deadline for Plaintiff's Opposition     August 22, 2008

Deadline for Defendant's Reply     September 5, 2008

Date of pre-trial conference     October 21, 2008


_____
GLADYS KESSLER
United States District Court Judge

Copies of this order to:

Charles G. Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530