UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSE M. DEWS-MILLER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1764 (GK) |
| | : | |
| **CONDOLEEZZA RICE,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time of Defendant's Reply Deadline, Consent Motion to Modify the Other Deadlines Set Forth in the Court's October 19, 2007 Scheduling Order, and Consent Motion for Continuance of the January 15, 2008 Status Conference, and the record herein, and it appearing that good cause exists for the requested extension, it is this 4th day of January, 2008, hereby

**ORDERED**, that Defendant's Motion is **granted**; and it is further

**ORDERED**, that the Court modify the October 9, 2007 Scheduling Order, its November 29, 2007 Amended Minute Order, and its December 18, 2007 Minute Order by entering a new revised schedule for discovery, briefing, and the Status Conference, with the following deadlines:

| | |
|---|---|
| Deadline for Defendant's pre-discovery reply brief | February 25, 2008 |
| Status Conference | February 26, 2008 at 10:00 a.m. |
| Deadline for initial disclosures, witness lists and discovery requests | March 21, 2008 |
| Deadline for Plaintiff's Rule 26 Statement | April 22, 2008 |

| | |
|---|---|
| Deadline for Defendant's Rule 26 Statement | May 23, 2008 |
| Deadline for close of discovery | June 23, 2008 |
| Deadline for Defendant's post-discovery dispositive motion | July 22, 2008 |
| Deadline for Plaintiff's Opposition | August 22, 2008 |
| Deadline for Defendant's Reply | September 5, 2008 |
| Pretrial Conference | To be set at Status Conference on February 25, 2008 |

    /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**