UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSE M. DEWS-MILLER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>CONDOLEEZZA RICE,  )<br>Secretary of State,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 06-1764 (GK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and wihdraw the appearance of Special Assistant United States Attorney Jonathan C. Brumer, as counsel for the defendant in the above-captioned case.

Respectfully submitted

      /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

ROSE M. DEWS-MILLER
8507 Woodyard Road
Clinton, MD 20735

on this _____ day of February, 2008.

　　　　　　　　　　　　　　　　　　　/s/
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov