UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROSE M. DEWS-MILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONDOLEEZA RICE, ) <br> Secretary of State, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1764 (GK) |

**ORDER**

A status conference occurred in this case on February 26, 2008. Upon consideration of the representations of the parties and the entire record herein, it is hereby

**ORDERED** that Defendant shall file a supplemental memorandum by **March 17, 2008** regarding the substantive impact of Civil Action No. 98-2417 (GK) on the present case; Plaintiff shall file her response by **March 31, 2008**; and the Defendant shall file a reply **five days** thereafter.

February 26, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**