UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE M. DEWS-MILLER, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>CONDOLEEZZA RICE, <br>Secretary of State, <br><br>　　　　Defendant. | Civil Action No. 06-1764 (GK) <br>ECF |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

　　　／s／_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov