UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROSE M. DEWS-MILLER,** | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 06-1764 (GK)<br>ECF |
| **CONDOLEEZZA RICE,**<br>**SECRETARY OF STATE,** | )<br>)<br>) | |
| Defendant. | )<br>) | |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO COPMPLETE DISCOVERY AND CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Defendant, Condoleezza Rice, Secretary of State, by and through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time of 90 days to, and including, September 22, 2008 to complete discovery in the instant case. Presently, discovery is due to be completed by June 23, 2008. Further, pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4, Defendant respectfully moves the Court to amend the Scheduling Order entered in this case on January 4, 2008 (Docket No. 42). A proposed Scheduling Order adjusting the existing discovery deadline, and schedule for briefing dispositive motions is attached.

For cause, Defendant states as follows: Defendant has only recently received Plaintiff's Rule 26(a) disclosures and both Plaintiff and Defendant are continuing to work on responses to opposing party's First Request for Production of Documents and First Set of Interrogatories. Defendant has had to sort through and make ready for production and or inspection numerous documents including administrative records from two EEOC complaints, and supporting documents from a prior Federal Circuit case.

The extension of the discovery deadline until September 22, 2008, will also allow the parties to complete necessary written discovery requests, provide sufficient time to schedule the depositions discussed by the parties, and any additional depositions that may be deemed necessary, consistent with the schedules of the parties and counsel, and to propound any additional discovery that may be required. Finally, the parties agree that dispositive motions should be filed within 30 days of the discovery cutoff, an opposition within 30 days, and a reply within 10 days. The proposed scheduling order reflects these dates.

WHEREFORE, Defendant respectfully requests a 90 day extension of the discovery period and further adjustment of the dates in the Court's current scheduling order, as requested herein

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_ /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
(202) 514-5134
Megan.weis@usdoj.gov

June 12, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROSE M. DEWS-MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-1764 (GK)** |
| | ) | **ECF** |
| **CONDOLEEZZA RICE,** | ) | |
| **SECRETARY OF STATE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time to Complete Discovery and Consent Motion to Amend the Scheduling Order, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

**ORDERED**, that Defendant's Consent Motion is **granted**; and it is further

**ORDERED**, that the Court modify its January 4, 2008 Scheduling Order, by entering a new revised schedule for the completion of discovery and briefing, with the following deadlines:

Deadline for close of discovery: September 22, 2008

Deadline for Defendant's post-discovery dispositive motion: October 22, 2008

Deadline for Plaintiff's Opposition: November 21, 2008

Deadline for Defendant's Reply: December 1, 2008

It is **SO ORDERED** this _____ day of _____, 2008.

_____

Hon. Gladys Kessler